**EXHIBIT A**

Dockets.Justia.com

US006790966B2

(12) **United States Patent**
Romanczyk, Jr. et al.

(10) **Patent No.:** US 6,790,966 B2
(45) **Date of Patent:** Sep. 14, 2004

(54) **COCOA EXTRACTS CONTAINING SOLVENT-DERIVED COCOA POLYPHENOLS FROM DEFATTED COCOA BEANS**

(75) Inventors: **Leo J. Romanczyk, Jr.**, Hackettstown, NJ (US); **John F. Hammerstone, Jr.**, Nazareth, PA (US); **Margaret M. Buck**, Morristown, NJ (US)

(73) Assignee: **Mars Incorporated**, McLean, VA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/342,772**

(22) Filed: **Jan. 15, 2003**

(65) **Prior Publication Data**
US 2003/0176493 A1 Sep. 18, 2003

**Related U.S. Application Data**

(60) Continuation of application No. 09/975,242, filed on Oct. 11, 2001, now Pat. No. 6,517,841, which is a continuation of application No. 09/768,473, filed on Jan. 24, 2001, now Pat. No. 6,562,863, which is a continuation of application No. 09/172,873, filed on Oct. 15, 1998, now Pat. No. 6,225,338, which is a division of application No. 08/839,446, filed on Apr. 14, 1997, now Pat. No. 5,891,905, which is a division of application No. 08/687,885, filed on Jul. 26, 1996, now Pat. No. 5,712,305, which is a division of application No. 08/317,226, filed on Oct. 3, 1994, now Pat. No. 5,554,645.

(51) Int. Cl.[7] .............................. A23F 5/00; A23G 1/00; C07D 309/00; C07D 313/00

(52) U.S. Cl. ...................... 549/354; 549/355; 549/396; 426/302; 426/542; 426/593; 426/631

(58) Field of Search ................................. 549/354, 355, 549/386; 426/302, 542, 593, 631

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,750,795 A | 3/1930 | Defren |
| 1,855,026 A | 4/1932 | Livingston et al. |
| 1,925,326 A | 9/1933 | Kellogg et al. |
| 2,176,031 A | 10/1939 | Mushner ..................... 99/163 |
| 4,390,698 A | 6/1983 | Chiovini et al. ........... 544/274 |
| 4,407,834 A | 10/1983 | Chiovini et al. ........... 426/422 |
| 4,444,798 A | 4/1984 | Magnolato et al. ......... 426/422 |
| 4,704,292 A | 11/1987 | Kattenberg ................ 426/565 |
| 4,755,391 A | 7/1988 | Bigalli et al. ............. 426/427 |
| 4,758,444 A | 7/1988 | Terauchi et al. ........... 426/593 |
| 4,797,421 A | 1/1989 | Ariga et al. ............... 426/565 |
| 4,871,562 A | 10/1989 | Terauchi et al. .......... 426/330.3 |
| 4,908,212 A | 3/1990 | Kwon et al. ................ 424/440 |
| 4,970,090 A | * 11/1990 | Zeiger et al. .............. 426/650 |
| 5,338,554 A | 8/1994 | Vogt et al. ................ 426/45 |
| 5,554,645 A | * 9/1996 | Romanczyk, Jr. et al. ... 514/453 |
| 5,912,363 A | 6/1999 | Nafisi-Movaghar et al. | 549/399 |
| 6,159,451 A | 12/2000 | Kim et al. ................ 424/58 |
| 6,194,020 B1 | 2/2001 | Myers et al. .............. 426/631 |
| 6,225,338 B1 | * 5/2001 | Romanczyk, Jr. et al. ... 514/453 |
| 6,312,753 B1 | 11/2001 | Kealey et al. ............ 426/631 |
| 6,517,841 B2 | * 2/2003 | Romanczyk, Jr. et al. ... 426/542 |
| 6,562,863 B2 | 5/2003 | Romanczyk, Jr. et al. ... 514/453 |

| | | |
|---|---|---|
| 6,627,232 B1 | * 9/2003 | Hammerstone, Jr. et al. ................. 424/776 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | A-87879/98 | 4/1999 |
| CA | 2249501 | 4/1999 |
| EP | 0 348 781 | 1/1990 |
| EP | 1 026 164 A1 | 9/2000 |
| FR | WO 02/14251 A1 | 10/2001 |
| JP | 57-206391 | 12/1981 |
| JP | 7-213251 | 8/1995 |
| JP | 7-274894 | 10/1995 |
| JP | 8-22848 | 2/1996 |
| JP | 9-206026 | 8/1997 |
| JP | 9-224606 | 9/1997 |
| JP | 9-234018 | 9/1997 |
| WO | WO 00/45769 | 8/2000 |

OTHER PUBLICATIONS

Ariga, T. et al., "Antioxidative Properties of Proanthocyanidins and Their Applications," *Fragrance Journal*, 1994, 7, 52–56.

Clapperton et al., "Polyphenols and Cocoa Flavour", Presented at the XVIth International Conference of the Group Polyphenols, Lisbon, Portugal, 1992.

Forsyth et al., "Cacao Polyphenolic Substances. 5. The Structure of Cacao Leucocyanidin 1", *The Biochemical Journal*, 1960, 74, 374–378.

Forsyth, "Cacao Polyphenolic Substances, 1. Fractionation of the Fresh Beans", *Biochem Journal*, 1952, 51:511–516.

Forsyth, "Cacao Polyphenolic Substances, 2. Changes During Fermentation", *Biochem Journal*, 1952, 51:516–520.

Forsyth, "Cacao Polyphenolic Substances, 4. The Anthocyanin Pigments", *Biochem*, 1956, 65:177–179.

Forsyth, "Cacao Polyphenolic Substances. 3. Separation and Estimation on Paper Chromatograms", *The Biochemical Journal* 1955, 60, 108–111.

Forsyth, "Caffeine in Cacao Beans", *Nature*, 1952, 169:33.

Forsyth, "Leuco–cyanidin and Epicatechin", 1953, 172:4379–4381.

(List continued on next page.)

*Primary Examiner*—Nathan M. Nutter
(74) *Attorney, Agent, or Firm*—Clifford Chance, US LLP; Margaret B. Kelley

(57) **ABSTRACT**

Disclosed and claimed are cocoa extracts such as polyphenols or procyanidins, methods for preparing such extracts, as well as uses for them, especially as antineoplastic agents and antioxidants. Disclosed and claimed are antineoplastic compositions containing cocoa polyphenols or procyanidins and methods for treating patients employing the compositions. Additionally disclosed and claimed is a kit for treating a patient in need of treatment with an antineoplastic agent containing cocoa polyphenols or procyanidins as well as a lyophilized antineoplastic composition containing cocoa polyphenols or procyanidins. Further, disclosed and claimed is the use of the invention in antioxidant, preservative and topioisomerase-inhibiting compositions and methods.

**24 Claims, 91 Drawing Sheets**

**US 6,790,966 B2**

Page 2

OTHER PUBLICATIONS

Griffiths, "A Comparative Study of the Seed Polyphenols of the Genus Theobroma", *The Biochemical Journal*, 1960, 74, 362–365.

Jalal, M.A.F. et al., "Polyphenols of Mature Plant, Seedling and Tissue Cultures of *Theobroma cacoa*", *Phytochemistry*, 1977, 16, 1377–1380.

Kattenberg, H., Nutritional Functions of Cocoa and Chocolate, *The Manufacturing Confectioner*, Feb. 2000.

Mueller, "Antioxidant Properties of Cacao and Their Effect on Butteroil", *Journal of Dairy Science*, 1954.

Naito et al., "Fractionation of Antioxidants from Cacao Bean Husk", *Article in Nippon Shokuhin Kogyo Gakkaishi, Journal of Japanese Society of Food Science and Technology*, 1982, 29(9), 530–533.

Osawa, "Antioxidant Effect of Polyphenols in Chocolates and Cocoa", *The 1ˢᵗ International Symposium on Chocolate and Cocoa Nutrition*, Japan, 1995.

Paolino et al., "Inhibition by Cocoa Extracts of Biosynthesis of Extracellular Polysaccharide by Human Oral Bacteria", *Archs oral Biol.*, 1985, 30(4), 359–363.

Porter et al., "Cacao Procyanidins: Major Flavanoids and Identification of Some Minor Metabolites", *Phytochemistry*, 1991, 30(5), 1657–1663.

Porter, "Flavans and proanthocyanidins", *The Flavonoids*, 1988, 21–62.

Quesnel, "Fractionation and Properties of the Polymeric Leucocyanidins of the Seeds of Theobroma Cacao", *Phytochemistry*, 1968, 7:1583–1592.

Rigaud et al., "Normal–phase high–performance liquid chromatographic separation of procyanidins from cacao beans and grape seeds", *Journal of Chromatography*, 1993, 654, 255–260.

Thompson, Plant Proanthocyanidin, Part 1. Introduction: The Isolation, Structure, and Distribution in Nature of Plant Procyanidins, *J.C.S. Perkin.*, 1972, vol. 11:1387–1399.

Ziegleder et al., "Antioxidative Effects of Cocoa", *CCB Rev. Choc. Confect. Bak.*, 1993.

* cited by examiner



*FIG. 1*



FIG. 2A

Case 2:33-av-00001 RC-DS Document 21-2 Filed 04/23/2007 Page 6 of 53



FIG. 2B

FIG. 3



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



*FIG. 4D*



FIG. 4E

Case 2:33-av-00001 Document 21-2 Filed 04/23/2007 Page 13 of 53

*FIG. 5*



DOSE M&M2 F4/92
ug/mL MM2



*FIG.6A*



FIG.6B



FIG.6C



*FIG.6D*

FRACTIONAL SURVIVAL

DOSE Mg

*FIG. 7A*



DOSE MM−1 A 0212P3

*FIG. 7B*



*FIG. 7C*



DOSE MM-1C O122P3



FIG. 7D

*FIG. 7E*



DOSE MM—1E 0292P8

*FIG. 7F*



DOSE MM-I A/B 0292P6

Case 2:33-av-00001 RC-PS Document 1-2 Filed 04/23/2007 Page 24 of 53

*FIG. 7G*



FRACTIONAL SURVIVAL

DOSE MM-1 A/E 0292P6

*FIG. 7H*



DOSE MM-1 A/D 0292 P6

Case 2:33-av-00001-DSC Document 1-2 Filed 04/09/2007 Page 26 of 53

*FIG.8A*



*FIG.8B*



*FIG.8C*



DOSE MM-1 C 0162K3

*FIG.8D*



DOSE MM-1 D 0212K5

*FIG.8E*



*FIG.8F*



*FIG. 8G*



*FIG.8H*



*FIG. 9A*



*FIG.9B*



*FIG.9C*



DOSE MM-I C 0192H5

*FIG.9D*



*FIG. 9E*



*FIG. 9F*



*FIG.9G*



DOSE A/E  0262H3

*FIG. 9H*



DOSE MM-1 D&E 0262H1

*FIG.10A*



DOSE MM−1 A 092A5

*FIG. 10B*



*FIG. 10C*



*FIG. 10D*



*FIG. IOE*



DOSE M&MI E 0192A7

*FIG.10F*



DOSE MM-1 B&D 0302A6

*F1G.IOG*



DOSE MM-I C&D 0302A6



*FIG. IOH*

FRACTIONAL SURVIVAL (y-axis)

DOSE MM-I A&E 0262A6

*FIG. IIA*



*FIG. 11B*



*FIG. IIC*



DOSE MM-IC 019259

*FIG. IID*

