John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN, PC
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.:  973.994.1700
Fax:  973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Ste. 4400
Chicago, Illinois 60606-5096
Tel.:  312.372.2000
Fax:  312.984.7700

*Attorneys for Plaintiff Mars, Inc..*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | CIVIL ACTION NO. |

### PLAINTIFF MARS, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Mars, Inc. states that it is not a publicly-held corporation, and that there is no publicly-held corporation that owns 10 percent or more of its stock.

CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN
*Attorneys for Plaintiff Mars, Inc.*

By:_____
     JOHN M. AGNELLO

Dated:  April 3, 2007

#314644v1