MARS, INC. v. NATRACEUTICAL, S.A. et al										Doc. 1 Att. 5

Summons in a Civil Action

# United States District Court

### DISTRICT OF NEW JERSEY

**MARS, INC.,**

       Plaintiff,

vs.

**NATRACEUTICAL, S.A., NATRA U.S., INC.,**

       Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO:   Natraceutical, S.A.
       c/o Natra U.S., Inc.
       1059 Tierra Del Rey, Ste. H
       Chula Vista, CA  91910

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
CLERK

_____
DATE

BY:_____
     DEPUTY CLERK

Dockets.Justia.com

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
☐                         Returned                                                           unexecuted:

_____

☐                                    Other                                                             (specify):

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                     Signature of Server

                                                                       _____
                                                                       Address of Server