Summons in a Civil Action

# United States District Court

### DISTRICT OF NEW JERSEY

**MARS, INC.,**

    Plaintiff,

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

vs.

**NATRACEUTICAL, S.A., NATRA U.S., INC.,**

    Defendants.

TO:    Natraceutical, S.A.
        Autovía A-3, Salida 343
        Camí de Torrent, s/n.
        46930 Quart de Poblet
        Valencia
        SPAIN

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____        _____
CLERK                                                                                                DATE

BY:_____
      DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |
| Check one box below to indicate appropriate method of service | |
| ☐ Served personally upon the defendant. Place where served: _____ _____ ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ ☐ Returned unexecuted: _____ ☐ Other (specify): _____ _____ _____ | |
| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on _____         _____  Date                                      Signature of Server                                                              _____                                                              Address of Server |