Summons in a Civil Action

# United States District Court

## DISTRICT OF NEW JERSEY

**MARS, INC.,**

    Plaintiff,

vs.

**NATRACEUTICAL, S.A., NATRA U.S., INC.,**

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO:   Natra U.S., Inc.
c/o National Registered Agents, Inc. of New Jersey
100 Canal Pointe Blvd., Ste 108
Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____      _____
**CLERK**                                                                    **DATE**

BY:_____
      **DEPUTY CLERK**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                    Date                                        Signature of Server

                                                                _____
                                                                Address of Server