MARS, INC. v. NATRACEUTICAL, S.A. et al                                                                                    Doc. 2
Case 2:07-cv-01574-SRC-PS   Document 2   Filed 04/05/2007   Page 1 of 3
Case 2:33-av-00001   Document 1109-7   Filed 04/03/2007   Page 1 of 2

Summons in a Civil Action

# United States District Court

### DISTRICT OF NEW JERSEY

**MARS, INC.,**

    Plaintiff,

vs.

**NATRACEUTICAL, S.A., NATRA U.S., INC.,**

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-1574 (SRC)

TO:  Natraceutical, S.A.
      c/o Natra U.S., Inc.
      1059 Tierra Del Rey, Ste. H
      Chula Vista, CA 91910

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH                                           4-5-07
CLERK                                                      DATE

BY: DIANNE C. RICHARDS
     DEPUTY CLERK

Summons in a Civil Action

# United States District Court

## DISTRICT OF NEW JERSEY

MARS, INC.,

    Plaintiff,

vs.

NATRACEUTICAL, S.A., NATRA U.S., INC.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-1574 (SRC)

TO:  Natra U.S., Inc.
      c/o National Registered Agents, Inc. of New Jersey
      100 Canal Pointe Blvd., Ste 108
      Princeton, NJ 08540

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH
_____
CLERK

4-5-07
_____
DATE

DIANNE C. RICHARDS
BY: _____
      DEPUTY CLERK

Summons in a Civil Action

# United States District Court

### DISTRICT OF NEW JERSEY

MARS, INC.,

    Plaintiff,

vs.

NATRACEUTICAL, S.A., NATRA U.S., INC.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-1574 (SRC)

TO:   Natraceutical, S.A.
       Autovía A-3, Salida 343
       Camí de Torrent, s/n.
       46930 Quart de Poblet
       Valencia
       SPAIN

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon John M. Agnello, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey 07068 an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH
CLERK

DATE 4-5-07

BY: DIANNE C. RICHARDS
      DEPUTY CLERK