John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068
Tel.:   973.994.1700
Fax:   973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Ste. 4400
Chicago, Illinois 60606-5096
Tel.:   312.372.2000
Fax:   312.984.7700

*Attorneys for Plaintiff Mars, Inc..*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>NATRACEUTICAL, S.A., NATRA U.S., INC.<br><br>      Defendants. | CIVIL ACTION NO.<br><br>**NOTICE OF APPEARANCE** |

Please enter appearance of Melissa E. Flax, Esq., 5 Becker Farm Road, Roseland, New Jersey 07068, (973) 994-1700, as additional counsel for plaintiff Mars, Inc. in the above-captioned matter.

                                        CARELLA, BYRNE, BAIN GILFILLAN,
                                         CECCHI, STEWART & OLSTEIN, P.C.

                                        By:    /s/ Melissa E. Flax

Dated: April 3, 2007
#314653v1

Dockets.Justia.com