# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:07-CV-1574(SRC)(MF) |
| | ) |
| vs. | ) **CERTIFICATE OF SERVICE OF** |
| | ) **SUMMONS AND COMPLAINT** |
| NATRACEUTICAL, S.A., NATRA U.S., | ) |
| INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

MELISSA E. FLAX, of full age and upon her oath certifies:

1.    I am an attorney at law in the state of New Jersey and a member of Carella,

Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, attorneys for plaintiff in the above-captioned

matter.

Dockets.Justia.com

2.      On April 10, 2007, the summons and complaint was personally served upon the registered agent for defendant, Natra U.S., Inc. at 591 Camino de la Reina, Suite 860, San Diego, California 92108, as evidenced by the return of service attached hereto as Exhibit A.

3.      On April 10, 2007, the summons and complaint was personally served upon the registered agent for defendant, Natra U.S., Inc. at c/o National Registered Agents, Inc. of New Jersey, 100 Canal Pointe Blvd., Ste 108, Princeton, New Jersey 08540, as evidenced by the return of service attached hereto as Exhibit B.

4.      On April 11, 2007, the summons and complaint was personally served upon the agent for defendant, Natraceutical, S.A. at 1059 Tierra Del Rey, Suite H, Chula Vista California 91910, as evidenced by the return of service attached hereto as Exhibit C.

I certify under penalty of perjury that the foregoing is true and accurate.  Executed on April 12, 2007.

/s/ Melissa E. Flax
MELISSA E. FLAX (4060)

<u>EXHIBIT A</u>

EXPRESS PROCESS SERVICE
110 WEST "C" STREET, SUITE 713
SAN DIEGO, CA 92101
(619) 232-4800  Fax: (619) 232-6339

------------------------------------------------------------------------
0700547   <-- Refer to this Number for Inquiry or Payment        DATE:  04/11/07
------------------------------------------------------------------------

        CARELLA, BYRNE, BAIN, ET AL.              TELEPHONE:  (973) 994-1700
        5 BECKER FRAM RD.                         ATTENTION:  KATHY
        ROSELAND, NJ 07068                        YOUR FILE #:  990000000.5

------------------------------------------------------------------------
                              CASE INFORMATION
------------------------------------------------------------------------
     SERVICE ON:  NATRA US INC.
    CASE NUMBER:  07-1574 (SRC)
     CASE TITLE:  MARS, INC. v NATRACEUTICAL, S.A.
      DOCUMENTS:  SUMMONS & COMPLAINT
------------------------------------------------------------------------
                            SERVICE INFORMATION
------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Tuesday, APRIL 10, 2007 at 2:18 PM
   DOCUMENTS SERVED AT:  591 CAMINO DE LA REINA, STE.860
                         SAN DIEGO, CA 92108
     MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:  AL GOTTLIEB
  DOCUMENTS LEFT WITH:   AUDREY ATILANO, PERSON IN CHARGE
                REPORT:  LOCATED THE AGENT FOR SERVICE AT ANOTHER ADDRESS. THIS PERSON IS
                         AN ATTORNEY. LEFT DOCUMENTS WITH RECEPTIONIST WHO IS AUTH TO
                         ACCEPT.

------------------------------------------------------------------------
                                                      CHARGES
------------------------------------------------------------------------
                                      PROCESS/ATTEMPTS     100.00
                                                LOCATE      50.00
                                             PHOTOCOPY      45.00
                                                 TOTAL     195.00
                                               CREDITS     195.00
                                        BALANCE DUE -->       0.00

              THANK YOU FOR USING EXPRESS PROCESS SERVICE

In accepting the attached proof of service you agree to the following terms: Payment is
due upon receipt. Accounts 30 days or more past due are subject to a service charge of
1.5% per month or $5.00 min. charge, whichever is greater.

----- FOR COURT USE ONLY -----

Attorney or Party Without Attorney:
CARELLA, BYRNE, BAIN, ET AL.
5 BECKER FRAM RD.
ROSELAND, NJ 07068
Telephone:  (973) 994-1700

On behalf of:  PLAINTIFF          Ref: 990000000.5

Court:  USDC DISTRICT OF NEW JERSEY

Case Title:  MARS, INC. v.
             NATRACEUTICAL, S.A.

                                     Case No.: 07-1574 (SRC)
PROOF OF SERVICE

1.  At the time of service I was at least 18 years of age and not a party to this
    action, and I served copies of the:

    SUMMONS & COMPLAINT

2.  a.    Party Served:   NATRA US INC.
    b.    Person Served: J. MICHAEL WILSON, AUTHORIZED AGENT
    c.    Address:        591 CAMINO DE LA REINA, STE.860
                          SAN DIEGO, CA 92108

3.  I served the party named in item 2a
    a.    By personally delivering the copies:
          (1)  on:  APRIL 10, 2007      (2)  at:  2:18 PM
    b.    By leaving copies with or in the presence of:
          AUDREY ATILANO, PERSON IN CHARGE
          (1)  a person at least 18 years of age apparently in charge at the
               office or usual place of business of the person served, or the
               usual mailing address other than a U.S. Postal Service post
               office box of the person served, who was informed of the
               general nature of the papers.
          (3)  on:  APRIL 10, 2007      (4)  at:  2:18 PM

4.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.    on behalf of: NATRA US INC.
          under: 416.10 (corporation)

5.  Person Serving:                     Recoverable Costs per 1033.5(a)(4)(B
      AL GOTTLIEB                        a. Fee for Service:  150.00
      C/O EXPRESS PROCESS SERVICE        d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713        (1) Owner.
      SAN DIEGO, CA 92101                   (2) Registration No.: 148
      (619) 232-4800                        (3) County: SAN DIEGO

6.  I declare under penalty of perjury under the laws of the State of California
    that the foregoing is true and correct.

    Date:  APRIL 11, 2007          Signature: _____
                                               AL GOTTLIEB

Jud. Coun. form, rule 2.150                                        0700547

EXHIBIT B

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE  4-10-07   4:23 PM |

| | |
|---|---|
| NAME OF SERVER (Print)  EDWARD ALLEN | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 100 CANAL POINTE BLVD
PRINCETON, NJ (SERVED: LESLIE LOFTON, AUTHORIZED AGENT)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐                                    Returned                                    unexecuted

☐                                    Other                                    (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-12-07
                    Date

Signature of Server
EDWARD ALLEN

Address of Server

EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J.  07006
(973) 364-1220  FAX (973) 364-1252

EXHIBIT C

EXPRESS PROCESS SERVICE
110 WEST "C" STREET, SUITE 713
SAN DIEGO, CA 92101
(619) 232-4800  Fax: (619) 232-6339

--------------------------------------------------------------------------------
0700546   <-- Refer to this Number for Inquiry or Payment         DATE:  04/11/07
--------------------------------------------------------------------------------

          CARELLA, BYRNE, BAIN, ET AL.             TELEPHONE:  (973) 994-1700
          5 BECKER FRAM RD.                        ATTENTION:  KATHY
          ROSELAND, NJ 07068                       YOUR FILE #:  990000000.5

--------------------------------------------------------------------------------
                              CASE INFORMATION
--------------------------------------------------------------------------------
     SERVICE ON: NATRACEUTICAL, S.A.
     CASE NUMBER: 07-1574 (SRC)
     CASE TITLE: MARS, INC. v NATRACEUTICAL, S.A.
     DOCUMENTS: SUMMONS & COMPLAINT
--------------------------------------------------------------------------------
                            SERVICE INFORMATION
--------------------------------------------------------------------------------
DATE & TIME OF SERVICE: Wednesday, APRIL 11, 2007 at 9:05 AM
    DOCUMENTS SERVED AT: 1059 TIERRA DEL REY, STE.H
                         CHULA VISTA, CA. 91910
      MANNER OF SERVICE: PERSONAL SERVICE
                 SERVER: ED STALLMAN
   DOCUMENTS LEFT WITH: CELIA SALDANA, AUTHORIZED TO ACCEPT
                 REPORT: PER YOUR REQUEST ATTEMPTED TO SERVE ON 4/10/07, OFFICE WAS
                         CLOSED. WENT BACK THIS MORNING AND SERVED CELIA SALDANA, ADMIN.
                         ASST. AND AUTH TO ACCEPT.

--------------------------------------------------------------------------------
                                                     CHARGES
--------------------------------------------------------------------------------
                                        PROCESS/ATTEMPTS      100.00
                                              PHOTOCOPY        45.00
                                                  TOTAL       145.00
                                                CREDITS       145.00
                                          BALANCE DUE -->        0.00

                  THANK YOU FOR USING EXPRESS PROCESS SERVICE

In accepting the attached proof of service you agree to the following terms: Payment is
due upon receipt. Accounts 30 days or more past due are subject to a service charge of
1.5% per month or $5.00 min. charge, whichever is greater.

```
---------------------------------------------- FOR COURT USE ONLY -----
Attorney or Party Without Attorney:
CARELLA, BYRNE, BAIN, ET AL.
5 BECKER FRAM RD.
ROSELAND, NJ 07068
Telephone:  (973) 994-1700

On behalf of:  PLAINTIFF        Ref: 990000000.5
-----------------------------------------------
Court:  USDC DISTRICT OF NEW JERSEY
-----------------------------------------------
Case Title:  MARS, INC. v.
             NATRACEUTICAL, S.A.
                                               Case No.: 07-1574 (SRC)
PROOF OF SERVICE
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS & COMPLAINT

2. a.  Party Served: NATRACEUTICAL, S.A.
   b.  Person Served: CELIA SALDANA, AUTHORIZED TO ACCEPT
   c.  Address:    1059 TIERRA DEL REY, STE. I
                   CHULA VISTA, CA. 91910

3. I served the party named in item 2a
   a.  By personally delivering the copies:
       (1) on: APRIL 11, 2007     (2) at:  9:05 AM

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   d.  on behalf of: NATRACEUTICAL, S.A.
       under: 416.10 (corporation)

5. Person Serving:                    Recoverable Costs per 1033.5(a)(4)(B
      ED STALLMAN                   a. Fee for Service:  100.00
      C/O EXPRESS PROCESS SERVICE   d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713   (1) Independent Contractor.
      SAN DIEGO, CA 92101              (2) Registration No.: 585
      (619) 232-4800                   (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: APRIL 11, 2007

        EDS
   Jud. Coun. form, rule 2.150        Signature: _____
                                                              0700546