UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574(SRC)(MF) |

DECLARATION OF MELISSA E. FLAX IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE

Melissa E. Flax, of full age and upon her oath declares as follows:

1. I am an attorney at law in the State of New Jersey and a member of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, attorneys for plaintiff Mars, Inc. ("Mars").

2. I submit this declaration in support of Mars' application for an Order to Show Cause.

3. True and accurate copies of the following documents are contained in Plaintiff's Compendium of Exhibits:

| Exhibit No. | Exhibit Title |
|---|---|
| 1 | Decl. of Harold. H. Schmitz in Support of Plaintiff Mars' Application for an Order to Show Cause for Preliminary Injunction. |
| 2 | Natraceutical website, <http://www.natraceutical.com/e_natra7.asp>, April 9, 2007. |
| 3 | Excerpt from Grupo Natra Catalyst. |
| 4 | Food Technology Buyer's Guide, <http://buyersguide.ift.org/cms/?pid=3003&companyId=6000425>, Mar. 29, 2007. |
| 5 | CocoaVia® brochure. |
| 6 | The CocoaVia Story, <http://www.cocoavia.com/story/>, Mar. 29, 2007. |
| 7 | Cocoapro® Fact Sheet. |
| 8 | CocoaVia Product Fact Sheet. |
| 9 | Marlene M. Machut, *Research Finds Flavanols in Cocoa May Help Treat Diabetes, Strokes and Dementia,* July 25, 2005. |
| 10 | Lori Fromm, *Flavanols in Cocoa May Offer Benefits to the Brain,* Feb. 18, 2007. |
| 11 | *Mars Breaks New Ground in Heart Health with CocoaVia,* Sept. 14, 2005, <http://www.masterfoodsnews.com/prodprint.asp?prodid=265>, March 22, 2007. |
| 12 | Elizabeth Schreiber, *Start a Heart-Healthy Diet During American Heart Month: It's Easy and Delicious to be Good to Your Heart,* Feb. 1, 2006. |
| 13 | Decl. of Brice S. Russell in Support of Plaintiff Mars' Application for an Order to Show Cause for Preliminary Injunction. |
| 14 | The CocoaVia Brand Difference, <http://www.cocoavia.com/products/>, March 29, 2007. |
| 15 | U.S. Patent No. 6,312,753, entitled "Cocoa Components, Edible Products Having Enriched Polyphenol Content, Methods of Making Same and Medical Uses." |
| 16 | U.S. Patent No. 6,790,966, entitled "Cocoa Extracts Containing Solvent-Derived Cocoa Polyphenols from Defatted Cocoa Beans." |
| 17 | U.S. Patent No. 5,554,645, entitled "Antineoplastic Cocoa Extracts and Methods for Making and Using the Same." |
| 18 | Excerpts from MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 1993). |
| 19 | Certificate of Analysis: CCX Reduced Fat 12% Polyphenols. |
| 20 | Decl. of John F. Hammerstone in Support of Plaintiff Mars' Application for an Order to Show Cause for Preliminary Injunction. |
| 21 | 1/15/03 Preliminary Amendment to Application for the '966 patent. |

2

| 22 | 10/1/03 Amendment to Application for the '966 patent. |
|---|---|
| 23 | Certificate of Analysis: CocoanOX Extract 45% Polyphenols. |
| 24 | *Christiana Indus., Inc. v. Empire Elecs. Inc.*, Case No. 06-12568, 2006 U.S. Dist. LEXIS 54210, at *5 (E.D. Mich. Aug. 4, 2006). |
| 25 | *Lawman Armor Corp. v. Winner Int'l, Inc.*, Case No. 01-1605, 2002 U.S. Dist. LEXIS 1431, at *50-51 (E.D. Pa. Jan. 23, 2002). |
| 26 | IFT 2007 Annual Meeting and Food Expo Exhibitor List, <http://www.am-fe.ift.org/cms/?pid=1000373>, Feb. 27, 2007. |
| 27 | Natra U.S., Inc. company information page, IFT 2007 Annual Meeting and Food Expo website, <http://www.am-fe.ift.org/cms/?pid=1000025&companyId=6000425>, Feb. 27, 2007. |
| 28 | IFT 2007 Annual Meeting and Food Expo Benefits, <http://www.am-fe.ift.org/cms/?pid=1000249>, Feb. 27, 2007. |
| 29 | IFT 2007 Annual Meeting and Food Expo Marketing, <http://www.am-fe.ift.org/cms/?pid=1000252>, Mar. 29, 2007. |
| 30 | *Allan Block Corp. v. E. Dillon & Co.*, Case No. 04-3511, 2005 U.S. Dist. LEXIS 13566, at *20 (D. Minn. July 1, 2005). |
| 31 | *What is Acticoa cocoa and chocolate?*, Acticoa website, <http://www.acticoa.com/en/2>, Mar. 29, 2007. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2007.

_____
MELISSA E. FLAX