# EXHIBIT 2

Dockets.Justia.com



> Contact
Contact form

# Contact

**Natraceutical, S.A.**
Autovía A3. Exit 343
Camí de Torrent, s/n.
46930 Quart de Poblet
Valencia - Spain
Tel. +34 961920851
Fax. +34 961920445
**info@natraceuticals.com**
**www.natraceuticals.com**

**Natra US, Inc**
Business Development Manager
Natraceutical Products
PO Box 1465
Pt.Pleasant, NJ 08742
Phone: 203-541-9110
Fax: 203-541-9191
**infous@natraceuticals.com**
**www.natraus.com**



**Natra US**
A subsidiary of Natraceutical
for the development of
its products in the
United States.

**Natraceutical S.A. (Valencia**
Extraction and refining plant.

# EXHIBIT 3



# Grupo Natra

**Contents**

| | |
|---|---|
| Key Summary | 2 |
| Grupo Natra | 3 |
| Natra Cacao | 5 |
|    Cocoa bean processing and products | 5 |
|    Zahor | 6 |
|    Jacali | 7 |
| Natraceutical | 8 |
|   Financial Performance | 9 |
|   Purified caffeine | 10 |
|   Nutraceuticals and active ingredients | 11 |
|   Commercialisation of patents | 13 |
|   Other sales | 13 |

**Andrew Cosgrove**
Catalyst
April 2006



## Grupo Natra

Grupo Natra is a Spanish listed company which produces, processes and markets cocoa products, caffeine and nutraceuticals The company was established in 1943 by three graduate chemists with the aim of extracting theobromine from cocoa.

In 2005 the group reported sales of $297mn. The group now consists of 3 subsidiaries: publicly listed Natraceutical, Natra Cacao & Chocolate, and a winery, Torre Oria, which is considered to be a non-strategic asset and expected to be divested in 2006.

Grupo Natra has pursued a strategy of aggressive acquisition over the last 2 years. At the end of FY04, Natra acquired Zahor, a Spanish chocolate business that will provide both vertical integration as well as a higher presence in Europe. In 1H05 Natra acquired Jacali, a Belgian chocolate company that expands Natra's value-added product line. And in mid-2005, Natraceutical acquired Grupo Braes which will enhance  the European nutraceutical business. In 2005 Natraceutical also opened a new caffeine plant in Brazil (Exnama).

* Grupo Natra organisation



# EXHIBIT 4



**Home**    **Contact Us**    **Food Technology**    **IFT**    **Company Login**

**Natra U.S. Inc.**
PO Box 122170
Chula Vista, CA 91912
U.S.A.

**Phone:** 619 3974120
**Fax:** 619 3974121

info@natraus.com
www.natraus.com



**Description:**
The Natraceutical Group is a multinational company composed of three different companies. Natraceutical SA is based in Valencia Spain and specializes in the production of Cocoa Derivatives, Natural Caffeine, Cocoa Butter and Botanical Extracts. Overseal Natural Ingredients, located in England, are experts in Natural Colors, Coloring Foodstuffs, Talin, and Dried Yeasts. The Swiss company Obipektin have produced Natural Pectins for over 70 years as well as Natural Fruit and Vegetable powders. The group has 5 production centers in England, Switzerland (2), Spain, and Brazil and has more than 20% of its resources dedicated to R&D. For more information visit www.natraceuticalgroup.com

**New Products:**
The CocoanOX line of cocoa polyphenols is the latest in innovation. CocoanOX 12% is a natural cocoa powder with a high concentration of cocoa polyphenols (minimum 12%). Its CocoanOX Extracts line varies from 30 to 70% in cocoa polyphenols. A recent clinical study validates the bioavailability of its polyphenols. Natraceutical is also launching Soluble Cocoa Fiber an all natural cocoa ingredient which contains 37–41% soluble fiber from cocoa. The ingredient has undergone pre-clinical trials which demonstrate it can act to lower LDL ("bad") cholesterol levels. Obipektin has launched a new range of fruit and vegetable powders with their Actisec line. Each variety guarantees a minimum quantity of phytonutrients.

**We are listed under the following Categories/Subcategories:**

**ingredients, additives**
- antioxidants
- bakery additives
- bakery mixes, fillings
- beverage bases, mixes
- botanicals
- coatings, chocolate
- coatings, confectionery
- cocoa, cocoa powder, chocolate
- confectionery ingredients
- extracts
- flavors, essential oils, aromatic chemicals, natural, synthetic
- flavors, fruit
- flavors, savory
- gravies, sauces
- non-GMO ingredients
- nutrients, supplements
- seasonings
- spices, herbs
- bakery fillings

**Areas where our products are distributed include:**
- Europe
- North America

 Printer Friendly Version

© 2005 Institute of Food Technologists.   All rights reserved.   No right of reproduction without the prior written consent of the copyright ho

# EXHIBIT 5





## CocoaVia™ Brand:
## Real Heart Health,
## Real Chocolate Pleasure

CocoaVia™ Brand is a line of great-tasting snacks that contains natural ingredients known to promote heart health. CocoaVia™ marries the great taste and enjoyment of real premium chocolate with the health benefits of natural soy sterol extracts and cocoa flavanols.

### CocoaVia™ Brand: A Unique Choice to Help Maintain Heart Health

What makes CocoaVia™ so unique?

- A patented combination of naturally-occurring cocoa flavanols and soy sterols

- Contains the only cocoa to be made with a patented and proprietary process, called Cocoapro®, which retains much of the naturally-occurring cocoa flavanols

- Only product to guarantee 100 milligrams of cocoa flavanols per serving

- A responsible portion size packed with nutrition, 80-140 calories/serving

- Contains heart healthy nutrients: Good source of Vitamins A, E, B6, B12 and folic acid; and an excellent source of calcium

- Delivers the great taste of real premium chocolate and may help with patient compliance

*Only CocoaVia™ is guaranteed to deliver at least 100 milligrams of cocoa flavanols per serving.*

### Cocoa Flavanols
### A Snapshot of the Science

#### A Cocoa Glossary

Cocoa flavanols are naturally occurring compounds found in cocoa beans – the unprocessed cocoa bean is from the tropical plant Theobroma cacao. Flavanols are a distinct group of compounds within the flavonoids family – plant compounds that can be found in a variety of drinks and foods such as red wine, green tea and certain fruits and vegetables. Flavonoids are part of a broader class of compounds known as polyphenols.

Cocoa flavanol is the term used to describe the specific flavonoids found in cocoa which include the single flavanol molecules called monomers (catechin and epicatechin) and the larger oligomer molecules, which link 2 to 10 of the monomer units together (referred to as proanthocyanidins).

The compounds in cocoa are flavanols, not flavonols – which are entirely different compounds found in fruits and vegetables. Both are sub-groupings in the flavonoids family.

Flavanols are often confused with antioxidants. Some of the earliest research showed cocoa flavanols may have an antioxidant function – helping to reduce LDL cholesterol oxidation. More recent and breakthrough research indicate the benefits go far beyond this role as an antioxidant. Newer studies point to broader benefits: improved blood flow, vessel relaxation and reduced risk of clotting. These functions appear to be the primary mechanism behind the potential cardiovascular benefits of flavanols.

#### It's in the Beans

While flavanols are found naturally in cocoa beans, traditional cocoa processing often destroys many of these heart-healthy compounds. After 15 years of scientific research on flavanols, Mars, Incorporated developed a patented and proprietary process called Cocoapro® that retains the natural goodness of the cocoa bean. This technology helps ensure that CocoaVia™ retains much of the naturally-occurring cocoa flavanols, which support both heart health and the rich flavor.

www.cocoavia.com

## What the Research Suggests

Mars, Incorporated has collaborated on scientific research with top scientists from around the world, resulting in over 90 peer reviewed publications and more than 30 patents. A growing body of evidence suggests that cocoa flavanols can help support cardiovascular health in multiple ways:

### Promotes a healthy blood flow and circulation

Harvard researchers studied the effects of flavanol-rich cocoa consumption on peripheral blood flow. Healthy participants regularly consumed a flavanol-rich cocoa beverage for five days and had measurements of blood flow taken on the first and last day of the study. Those subjects that consumed the flavanol-rich cocoa beverage experienced both acute and sustained increases in peripheral blood flow – improvements that appeared to be related to the production of nitric oxide, a molecule produced within the body that has an important role in regulating the response of blood vessels to blood flow.

In contrast, the consumption of a flavanol-poor cocoa beverage did not result in the same dramatic increases in blood flow. The results of this study suggest that cocoa flavanols can promote a healthy blood flow, which provides support that these flavanols may be an important dietary factor in maintaining cardiovascular health.

FISHER ND, HUGHES M, GERHARD-HERMAN M, HOLLENBERG NK, *Flavanol-rich cocoa induces nitric-oxide-dependent vasodilation in healthy humans.* Journal of Hypertension. 2003; 21: 2281-6.

Researchers in Germany compared the effects of a high-flavanol cocoa beverage with a low-flavanol cocoa beverage among participants with a single cardiovascular risk factor. Those who consumed the high-flavanol beverage experienced significant increases in blood vessel dilation (relaxation) and this effect was paralleled by an increase in circulating nitric oxide, a compound in the body that helps blood vessels relax. When these same subjects consumed the low flavanol beverage, these changes were not observed. These findings support the concept that the consumption of flavanol rich cocoa may help to support a healthy vascular system.

HEISS C, DEJAM A, KLEINBONGARD T, SCHEWE T, SIES H, KELM M. *Vascular effects of cocoa rich in flavan-3-ols.* Journal of the American Medical Association. 2003; 290:1030-1031.

*The mounting scientific evidence on cocoa flavanols is extraordinary. This is a scientific breakthrough that could well lead to a medical breakthrough."* said Dr. Norm Hollenberg, Professor of Medicine at Harvard Medical School.

Most recently, a study conducted at Heinrich-Heine University (Dusseldorf, Germany) found that the consumption of a flavanol-rich cocoa beverage resulted in dramatic improvements in blood flow. In this study, smokers, a group known to have marked impairments in their blood vessel function, consumed in random order, either a flavanol rich (176-185 mg cocoa flavanols) or flavanol poor cocoa beverage. Changes in their vessel function were measured before and after the consumption of these beverages. When this group consumed the flavanol rich cocoa beverage, there was a marked improvement in their vessel function, indicative of an improved blood flow response. This improvement in vessel function was linked to a significant increase in circulating nitric oxide (a signaling molecule integral to the blood flow response), as well as to the appearance of flavanols in the circulation. These changes were not observed following the consumption of the flavanol poor cocoa beverage. Taken together, this study provides support for the concept that the consumption of cocoa flavanols may help to support cardiovascular health.

HEISS C, DEJAM A, KLEINBONGARD T, PERRE S, SCHROETER H, SIES H, KELM, M. *Acute consumption of flavanol-rich cocoa and the reversal of endothelial dysfunction in smokers.* Journal of the American College of Cardiology. 2005; 46:1276-83.

### Decrease tendency to form blood clots

Researchers at the University of California-Davis conducted a feeding study to examine the effects of cocoa flavanols alone and in combination with a baby aspirin on platelet function. Participants in the study experienced modest improvements in platelet function, experiencing aspirin-like effects following the consumption of a flavanol-rich cocoa beverage alone. Interestingly, the results upon feeding flavanol-rich cocoa in combination with aspirin suggested that the combination of the two were additive – supporting the concept that cocoa flavanols and aspirin may help to modulate the factors that influence clot formation.

REIN D, PAGLIERONI TG, WUN T, PEARSON DA, SCHMITZ HH, GOSSELIN R, KEEN CL. *Cocoa inhibits platelet activation and function.* American Journal of Clinical Nutrition. 2000; 72(1):30-35.

In this study, platelets (cells in blood that are the main component of blood clots) were found to be less prone to aggregate and form clots several hours after the consumption of flavanol-rich chocolate. The results suggest that cocoa flavanols may be influential modulators of the platelet response and, as such, may represent important dietary factors in the prevalence of clot formation.

HOLT RR, SCHRAMM DD, KEEN CL, LAZARUS SA, SCHMITZ HH. *Chocolate consumption and platelet function.* Journal of the American Medical Association. 2002;287:2212-2213.

### Antioxidant effects

Consumption of flavanol-rich chocolates resulted in an increase in blood antioxidant capacity within two hours after eating the chocolate. In addition, researchers also observed a decrease in markers related to damage caused by free radicals. Together, these data support the concept that cocoa flavanols may act as antioxidants in the body, and as such, may help to mitigate damage caused by free radicals.



*CocoaVia™ is the only global brand purposely designed to deliver both chocolate pleasure and real heart health benefits.*

REIN D, LOTITO S, HOLT RR, KEEN CL, SCHMITZ HH, FRAGA CG. *Epicatechin in human plasma: in vivo determination and effect of chocolate consumption on plasma antioxidant capacity.* Journal of Nutrition. 2000; 130(8):2109S-14S.

To study the potential benefits of regular cocoa flavanol consumption, healthy subjects participated in four-week randomized cross-over study in which they were instructed to consume either an average American diet, or this diet in combination with cocoa flavanols (supplied as flavanol-rich cocoa powder and flavanol- rich chocolate). After four weeks, participants who consumed a diet supplemented with flavanol-rich cocoa and dark chocolate experienced a number of favorable heart-health benefits including a decrease in LDL or "bad" cholesterol oxidation, an increase in HDL or "good" cholesterol, and an increase in total antioxidant capacity in the blood. This study supports the notion that regular cocoa flavanol consumption as part of a mixed diet can have a positive influence on factors related to cardiovascular health and as such, may be an important dietary strategy in supporting heart health.

WAN Y, VINSON JA, ETHERTON TD, PROCH J, LAZARUS SA, KRIS-ETHERTON PM. *Effects of cocoa powder and dark chocolate on LDL oxidative susceptibility and prostaglandin concentrations in humans.* American Journal of Clinical Nutrition. 2001; 74(5): 596-602.

### CocoaVia™ Research

Beyond the science supporting the heart-health benefits of cocoa flavanols, research presented at the American Heart Association Scientific Sessions (November 2004) demonstrated the cholesterol-lowering benefits of CocoaVia™ Snack Bars.

### Lowers total and LDL cholesterol

A free-living population of adults with elevated cholesterol were instructed to consume either two CocoaVia™ Snack Bars per day or a matched control product without plant sterols with meals for six weeks (the daily dose of plant sterols was 3 grams per day). The group that consumed the CocoaVia™ Snack Bars experienced a significant reduction in total (an average of 4.7%) and LDL (an average of 6%) cholesterol levels, as well as significant improvement in the ratio of total cholesterol to HDL cholesterol. This study demonstrated that the CocoaVia™ Snack Bar could effectively and safely reduce total and LDL cholesterol in a free-living adult population, and as such, the CocoaVia™ Snack Bar may represent a useful dietary strategy in maintaining healthy cholesterol levels.

WANG-POLAGRUTO JF, BRAUN MM, POLAGRUTO JO, LEE L, KWIK-URIBE C, KEEN CL. *Chocolate snack bars containing phytosterols effectively lowers total and LDL-cholesterol without affecting plasma vitamin A or E.* American Heart Association Scientific Sessions, November 8, 2004.

### Patient Guidance

For many patients, taking control of their cholesterol levels can be a challenge which involves changing overall lifestyles, as well as breaking unhealthy habits. Dietary modifications are integral lifestyle changes necessary to attain and maintain healthy cholesterol levels. Including certain foods and beverages that support healthy cholesterol levels is a change that patients can make in their diet that may help them manage their cholesterol. Incorporating these foods and beverages into their diet might be the easiest lifestyle modification of all – especially when they taste as good as CocoaVia™ products.



### CocoaVia™ Chocolate Almond Snack Bars
Serving Size: 1 bar - 22g    Calories: 80    Calories from Fat: 20

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 2g | 3% | Total Carbohydrate 13 g | 4% |
| Saturated Fat 1g | 5% | Dietary Fiber 1g | 4% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 1 g |  |
| Sodium 60 mg | 3% |  |  |
| Vitamin A | * | Vitamin E | 20% |
| Vitamin C | 15% | Vitamin B6 | 10% |
| Calcium | 25% | Folic Acid | 15% |
| Iron | 2% | Vitamin B12 | 15% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Crispy Chocolate Bars
Serving Size: 1 bar - 22g    Calories: 90    Calories from Fat: 45

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 5g | 11% | Total Carbohydrate 11 g | 4% |
| Saturated Fat 3g | 15% | Dietary Fiber 2g | 8% |
| Trans Fat 0g |  | Sugars 7g |  |
| Cholesterol 0 mg | 0% | Protein 2g |  |
| Sodium 10 mg | 0% |  |  |
| Vitamin A | * | Vitamin E | 15% |
| Vitamin C | 10% | Vitamin B6 | 15% |
| Calcium | 30% | Folic Acid | 10% |
| Iron | 2% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Chocolate Blueberry Snack Bars
Serving Size: 1 bar - 22g    Calories: 80    Calories from Fat: 20

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 2g | 3% | Total Carbohydrate 13 g | 4% |
| Saturated Fat 1.5g | 5% | Dietary Fiber 1g | 4% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 1 g |  |
| Sodium 60 mg | 3% |  |  |
| Vitamin A | * | Vitamin E | 20% |
| Vitamin C | 15% | Vitamin B6 | 15% |
| Calcium | 25% | Folic Acid | 15% |
| Iron | 2% | Vitamin B12 | 15% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Original Chocolate Bars
Serving Size: 1 bar - 22g    Calories: 100    Calories from Fat: 60

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 6g | 9% | Total Carbohydrate 12 g | 4% |
| Saturated Fat 3.5g | 18% | Dietary Fiber 2g | 8% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 1 g |  |
| Sodium 0 mg | 0% |  |  |
| Vitamin A | * | Vitamin E | 20% |
| Vitamin C | 15% | Vitamin B6 | 15% |
| Calcium | 15% | Folic Acid | 15% |
| Iron | 4% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Chocolate Snack Bars
Serving Size: 1 bar - 22g    Calories: 80    Calories from Fat: 20

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 2g | 3% | Total Carbohydrate 13 g | 4% |
| Saturated Fat 1.5g | 5% | Dietary Fiber 1g | 4% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 2 g |  |
| Sodium 60 mg | 3% |  |  |
| Vitamin A | * | Vitamin E | 15% |
| Vitamin C | 10% | Vitamin B6 | 10% |
| Calcium | 25% | Folic Acid | 10% |
| Iron | 2% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Blueberry & Almond Chocolate Bars
Serving Size: 1 bar - 22g    Calories: 100    Calories from Fat: 60

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 6g | 9% | Total Carbohydrate 12 g | 4% |
| Saturated Fat 3g | 18% | Dietary Fiber 2g | 8% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 1 g |  |
| Sodium 0 mg | 0% |  |  |
| Vitamin A | * | Vitamin E | 15% |
| Vitamin C | 10% | Vitamin B6 | 10% |
| Calcium | 20% | Folic Acid | 10% |
| Iron | 4% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Chocolate Cherry Snack Bars
Serving Size: 1 bar - 22g    Calories: 80    Calories from Fat: 20

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 2g | 3% | Total Carbohydrate 13 g | 4% |
| Saturated Fat 1g | 5% | Dietary Fiber 1g | 4% |
| Trans Fat 0g |  | Sugars 7g |  |
| Cholesterol 0 mg | 0% | Protein 1 g |  |
| Sodium 60 mg | 3% |  |  |
| Vitamin A | * | Vitamin E | 15% |
| Vitamin C | 10% | Vitamin B6 | 10% |
| Calcium | 20% | Folic Acid | 10% |
| Iron | 2% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

### CocoaVia™ Chocolate Covered Almonds
Serving Size: 1 pack - 28g    Calories: 140    Calories from Fat: 90

|  | % Daily Value |  | % Daily Value |
|---|---|---|---|
| Total Fat 11g | 17% | Total Carbohydrate 12 g | 4% |
| Saturated Fat 3.5g | 18% | Dietary Fiber 2g | 12% |
| Trans Fat 0g |  | Sugars 9g |  |
| Cholesterol 0 mg | 0% | Protein 3 g |  |
| Sodium 0 mg | 0% |  |  |
| Vitamin A | * | Vitamin E | 10% |
| Vitamin C | 10% | Vitamin B6 | 10% |
| Calcium | 20% | Folic Acid | 10% |
| Iron | 4% | Vitamin B12 | 10% |

*Contains less than 2% of the Daily Value of these nutrients. **Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

For more information email: nutrition@effem.com



# EXHIBIT 6



# The CocoaVia' *story*

## Heart Health and Chocolate Pleasure

**CocoaVia®** Brand Heart Healthy Snacks contain natural plant extracts clinically proven to reduce bad (LDL) cholesterol levels up to 8%. All **CocoaVia®** Brand snacks also have a guaranteed 100 mg of naturally occurring cocoa flavanols, like those found in red wine and green tea. Studies indicate that flavanols in cocoa and certain chocolates have a beneficial effect on cardiovascular health by:

- Promoting vessel health by helping blood vessel walls relax, supporting healthy blood flow.

- Promoting healthy platelet activity, which contributes to the maintenance of healthy circulation and healthy blood vessels.

- Promoting vascular health, by decreasing oxidation of bad cholesterol (LDL). LDL oxidation is believed to be one of the initiating events in the formation of plaque in the arteries.

In addition, **CocoaVia®** Brand Snacks contain 3.5 grams of saturated fat or less, are an excellent source of calcium, a good source of heart healthy vitamins B6, B12 and folic acid and antioxidant vitamins E and C, and are in nutritionally responsible serving sizes of 80-140 calories.

## All About Chocolate
Did you know chocolate has been a highly valued food since ancient times? See our brief, illustrated History of Chocolate.

## Healthy Heart Headlines
Read the latest news on heart health and chocolate.

## The Science Behind the Chocolate
Learn about the science of chocolate, natural plant extracts and healthy food attributes.

## For Healthcare Professionals
We welcome you to make use of the educational materials available on our site and to share this information with your patients.



**Get more out of life with more from Coc**

Sign up for heart offers and special

Reg

**CocoaVia® Named "Be By Reader's Digest M**

A special issue of Read celebrates the 100 most amazing ideas and inno 2006, including CocoaV in the "Best Food & Nutr CocoaVia® heart health praised for containing "r healthy flavanols (also f tea and red wine) than c Says Reader's Digest, " in sugar and calories. W 'em."



**Heart Healthy Tip**

Buy water-packed inste packed tuna.



**Two Ways to Buy**

Find a store



TELL A FRIEND

Nutrition Facts | Allergy Info | Contact Us | FAQ | Glossary | Store Locator | Healthcare Professionals

Site Map | Legal | Privacy Policy | Site Owner | Masterfoods Newsroom

© 2006 Mars, Incorporated and its Affiliates. All Rights Reserved.

# EXHIBIT 7

# MARS incorporated

*800 High Street, Hackettstown, NJ  07840*

*Phone:  (908) 852-1000*
*Fax:  (908) 850-2734*

## COCOAPRO®
## Fact Sheet

- **What is Cocoapro®?**

Cocoa beans, found in cocoa pods on the tree *Theobroma cacao*, naturally contain an abundant source of flavanols, a subclass of the phytonutrient flavonoids.  Cocoapro® is a proprietary, patented method of processing cocoa beans developed by Masterfoods USA, a division of Mars, Incorporated, to help preserve more of their naturally occurring flavanols.  Cocoapro® cocoa is the special cocoa used in CocoaVia™. Studies have found that cocoa flavanols may have cardiovascular health benefits.

- **Does all chocolate have these flavanols?**

It is unclear, because Mars is the only company that has spent significant time and resources to research and understand the science.  While cocoa flavanols are naturally found in the cocoa plant, it is the process by which the cocoa is handled that determines the amount of flavanols in the finished product.  Manufacturing processes such as fermentation and roasting can affect the levels of flavanols that are in the cocoa which is made into different products.  In Mars CocoaVia product, much of the natural levels of flavanols found in the raw cocoa are retained through proprietary processes, called Cocoapro®, that help prevent the destruction of the cocoa flavanols during processing.

- **Do cocoa flavanols provide health benefits?**

Mars, Incorporated and independent universities are currently studying the potential health benefits of cocoa flavanols.  Preliminary research has shown promising results in the areas of blood flow and cardiovascular health

- **What are those results?**

Preliminary research suggests that cocoa flavanols may impact several indicators of cardiovascular health including:
  - ➢ Support of healthy blood vessel function, which benefits healthy blood flow
  - ➢ Decrease in platelet reactivity, similar to the effects seen with taking baby aspirin
  - ➢ Increase in the production of nitric oxide which can relax the blood vessel walls and improve circulation.
  - ➢ Decrease in low density lipoprotein (LDL) oxidation, believed to be important in the maintenance of heart health

For more information about Cocoapro® please visit www.cocoapro.com
For more information about chocolate and health, please visit www.chocolateinfo.com

# # #

# EXHIBIT 8

## COCOAVIA™ PRODUCT FACT SHEET

**Revolutionary New Product**

CocoaVia™ is a new line of heart-healthy snacks that combines real chocolate pleasure with ingredients formulated to promote a healthy heart. Created by Mars, Incorporated after more than a decade of research, CocoaVia™ is the only product that contains a patented blend of heart-healthy cocoa flavanols and cholesterol-lowering plant sterols from soy that can significantly reduce LDL or "bad" cholesterol levels and promote healthy circulation.

**Patented Technology**

While flavanols are found naturally in cocoa beans, traditional cocoa processing often destroys many of these heart-healthy nutrients– even in cocoa and dark chocolate that tout a high cocoa content. Only Mars has a patented and proprietary process called Cocoapro® that retains the natural goodness of the cocoa bean. This technology guarantees that CocoaVia™ contains a significant and consistent level of cocoa flavanols. Each serving of CocoaVia™ provides at least 100 milligrams of cocoa flavanols.

**Nutrition Profile**

Since each serving of CocoaVia™ is packed with cocoa flavanols, you can eat a relatively small portion and still reap the heart-health benefits. That means less fat and fewer calories compared to a regular, larger size chocolate bar. All of the CocoaVia™ bars are only 100 calories or less per serving, the chocolate-covered almonds contain 140 calories per serving. Each serving is an excellent source of calcium and a good source of a variety of heart-healthy vitamins including folic acid and vitamins B-6, B-12, C and E.

**Heart-Health Regimen**

Clinical research conducted at the University of California-Davis and presented at the 2004 American Heart Association meeting found that ingredients in the CocoaVia™ Snack Bar significantly lowered total and LDL cholesterol levels, without impacting HDL or "good" cholesterol. The FDA states that 1.3 grams of plant sterols are needed to show a significant cholesterol-lowering effect if eaten at two different time a day. Because each snack bar contains 1.5 grams of plant sterols, CocoaVia™ can help contribute to that total.

**Product Line**

**Chocolate Bars**
- Original, Crispy and Blueberry & Almond varieties
- Suggested retail price: $4.99 for a 5-pack

**Snack Bars**
- Chocolate, Chocolate Blueberry, Chocolate Almond and Chocolate Cherry varieties
- Suggested retail price: $4.99 for a 5-pack

**Chocolate-Covered Almonds**
- Suggested retail price: $4.99 for a 5-pack

**Availability**

CocoaVia™ products will be available in the health and nutrition aisle of selected grocery, drugstore and mass merchandise retailers beginning in October 2005 and online at www.cocoavia.com.

**Contact**

Elizabeth Schreiber
Weber Shandwick
312-988-2324
eschreiber@webershandwick.com

# EXHIBIT 9

EMBARGOED RELEASE
For release Monday, 25 JULY 2005
7AM Eastern Time, 7AM GMT

Contact: Marlene M. Machut
Mars, Incorporated,
McLean, Virginia USA
908-850-2190

# Research Finds Flavanols in Cocoa
# May Help Treat Diabetes, Strokes and Dementia

### Mars, Incorporated Has Synthesized Flavanol Molecules,
### Is In Discussions with Pharma Companies to Develop New Medicines

**Lucerne, Switzerland, July 25, 2005** – Molecules in cocoa credited for the
"heart-healthy" benefits of certain cocoa and dark chocolate may also in the
future help treat diabetes, strokes and vascular dementia, and could soon be
available to pharmaceutical companies for development into new medications,
scientists said Monday.

Opening a two-day meeting in Switzerland, researchers said their findings point
toward a potential major new class of medications, based on novel synthesized
flavanols, to help prevent or treat serious illnesses. "The mounting scientific
evidence on cocoa flavanols is extraordinary," said Dr. Norm Hollenberg,
Professor of Medicine at Harvard Medical School and one of the first researchers
to identify the potential health benefits of cocoa flavanols. "This is a scientific
breakthrough that could well lead to a medical breakthrough."

Additionally, Mars scientists have discovered that cocoa flavanols, as well as
other types of flavanols, can be synthesized, enhancing their feasibility for use in
pharmaceutical medications.

The research was discussed among scientists from around the world at a
meeting convened by Mars, Incorporated, which has supported cocoa research

(continued)

for more than 15 years. The company confirmed that it is holding serious discussions with large pharmaceutical companies for a licensing or joint venture agreement that could enable certain of these compounds to be developed as prescription drugs.

"Our company has a heritage of highly regarded research in nutrition and health science, through partnerships with some of the world's finest scientists and universities," said Dr. Harold Schmitz, Chief Science Officer for Mars. "This science is now moving beyond nutrition toward the research and development of important health care solutions."

Added Schmitz, "Because Mars is a privately held company, we have the freedom to make the long-term research commitments that help to deliver truly innovative results."

This meeting gave the opportunity for scientists from around the world, who are working independently on different cocoa flavanol research programs, to share their findings in a peer-review setting. Much of the research offered new insight into the positive potential impact that cocoa flavanols may have on serious illnesses like dementia, diabetes, inflammation and stroke. This research builds upon the more than 80 peer-reviewed publications that have covered chemistry, test tube and clinical research on cocoa flavanols.

Mars has been actively exploring effective ways of making flavanols available in nutritional foods. On June 30, the company announced creation of a new business unit, Mars Nutrition for Health & Well-Being, which is dedicated to the development of new foods, snacks, beverages and lifestyle support to better serve the nutritional and well-being needs of consumers.

Mars Nutrition for Health & Well-Being has already launched its first great-tasting

(continued)

nutrition bar called CocoaVia™, available online at www.cocoavia.com. With 80 calories per serving and a nutrition profile that combines heart healthy ingredients, vitamins and minerals with a premium chocolate, rich in the natural flavanols preserved by a special process, it is the only global brand purposely designed to deliver both chocolate pleasure and real heart health benefits. CocoaVia™ will be followed by a number of food solutions targeting a variety of nutritional needs and benefits in the months to come.

Mars, Incorporated, one of the world's top processors of cocoa, is a privately held company that produces some of the world's leading confectionery, food, petcare, beverage, electronics products, and now health & nutrition products, and operates in more than 65 countries. Headquartered in McLean, Virginia, Mars, Incorporated employs more than 7,000 associates in the United States and 39,000 associates worldwide with 15 manufacturing facilities nationally and more than 100 manufacturing facilities globally. The company's global sales exceed $18 billion annually.

#    #    #

# EXHIBIT 10

**Public release date: 18-Feb-2007**
[ Print Article | E-mail Article | Close Window ]



Contact: Lori Fromm
lfromm@webershandwick.com
312-988-2436
Weber Shandwick Worldwide

# Flavanols in cocoa may offer benefits to the brain

***Scientists unveil new findings that suggest compounds in special cocoa may enhance brain blood flow and improve cognitive health***

A special cocoa made to retain naturally occurring compounds called flavanols may have the potential to help maintain healthy brain function and chart the course for future research that could lead to new solutions for preventing cognitive decline and dementia, according to a panel of scientists who presented new data at the annual meeting of the American Association for the Advancement of Science (AAAS).

Several studies suggest that consumption of a special cocoa made to be rich in flavanols, a naturally occurring nutrient abundant in fresh cocoa, may improve blood vessel function. Now, scientists believe the potential blood flow benefits associated with consumption of this flavanol-rich cocoa may extend to the brain -- which could have important implications for learning and memory.

"This research is impressive in that multiple laboratories are coming to the same conclusion about this flavanol-rich cocoa, and the findings give us completely new insights into how this flavanol-rich cocoa may impact health in a variety of ways not previously known," said symposium organizer Harold H. Schmitz, Ph.D., chief science officer at Mars, Incorporated, which helped sponsor today's symposium and has supported research on cocoa flavanols for more than 15 years. "The findings raise the possibility that products utilizing this cocoa could be developed to help maintain healthy brain function throughout several life stages. More research examining the potential of this cocoa in this important area of public health need is clearly warranted."

During the session entitled "The Neurobiology of Chocolate: A Mind-Altering Experience?," a panel of scientists presented evidence from several recent studies that demonstrated the enhanced brain blood flow after study participants consumed a specially formulated flavanol-rich cocoa beverage that was supplied by Mars, Incorporated. One study, conducted by Ian A. Macdonald, PhD, from the University of Nottingham Medical School in the United Kingdom, found that the consumption of this cocoa resulted in regional changes in blood flow in study participants, suggesting that cocoa flavanols may have therapeutic potential for the treatment of vascular impairments within the brain itself.

"Our study showed that acute consumption of this particular flavanol-rich cocoa beverage was associated with increased blood flow to grey matter for 2 to 3 hours," Macdonald said. "This raises the possibility that certain food components like cocoa flavanols may be beneficial in increasing brain blood flow and enhancing brain function among older adults or for others in situations where they may be cognitively impaired, such as fatigue or sleep deprivation."

Norman K. Hollenberg, MD, PhD, of Harvard Medical School and Brigham and Women's Hospital, presented new findings based on his ongoing work with the Kuna Indians of Panama, who are heavy consumers of cocoa. The indigenous population still living on the Islands near Panama consume a type of cocoa rich in flavanols on a daily basis and experience unusually low rates of hypertension and cardiovascular disease. Hollenberg's latest findings, which are published this month in the International Journal of Medical Sciences, used death certificates to compare cause-specific deaths of island-dwelling Kuna to those who live on mainland Panama -- who do not drink the flavanol-rich cocoa that is so prominent on the islands.

Hollenberg and colleagues found the Kuna Indians living on the islands had significantly lower rates of heart disease and cancer compared to those on the mainland. The relative risk of death from heart disease on the Panama mainland was 1,280 percent higher than on the islands and death from cancer was 630 percent higher. In his AAAS presentation, Hollenberg suggested that the same mechanism resulting in improved blood vessel function that he and others have observed following consumption of Mars' special cocoa could also be responsible for the enhanced brain blood flow he and Professor Macdonald have independently reported in previously published research. Specifically, Hollenberg and others have observed that these improvements in blood vessel function following flavanol rich cocoa consumption are paralleled by an increase in the circulating pool of nitric oxide, a critical molecule in the circulatory system that helps dilate blood vessels and keeps them pliable.

Hollenberg fed flavanol-rich cocoa to healthy volunteers who were over age 50 and observed a "striking blood flow response" that evolved over several weeks. "Since this cocoa preparation is so well tolerated, it raises hope that the brain blood flow response it stimulates can result in maintenance of healthy brain function and cognition, which is an issue that unfortunately plagues many older adults today," Hollenberg said. This advancement in science related to brain health is especially exciting at a time when the nation's 78 million baby boomers are aging. The need to impact cognitive function and brain health will only continue to grow with this aging population.

### 

Additional panel members included Henriette Van Praag, PhD, of the Salk Institute for Biological Studies in La Jolla, California, and Hagen Schroeter, PhD, of Mars, Incorporated.

Advancements in Cocoa Science Mars, Incorporated is leading the exploration of the full nutritional and medical potential of cocoa's naturally occurring flavanols. For more than 15 years, the Mars commitment to research is evidenced by more than 100 peer-reviewed research publications on cocoa and more than 30 patents held by Mars scientists.

To help maximize the amount of cocoa flavanols in chocolate, scientists at Mars, Incorporated developed a patented process called Cocoapro® that helps retain consistent levels of cocoa flavanols that occur naturally in cocoa beans. Mars products that are made with the Cocoapro process include Dove® Dark Chocolate and CocoaVia® snacks. Cocoapro cocoa is the most studied cocoa in the world in terms of health impact.

For more information on the many research studies on cocoa flavanols, visit www.cocoapro.com.

Mars, Incorporated is one of the world's top producers of chocolate, and has a strong commitment to health research. With well over 15 years of research into the potential health benefits of cocoa flavanols, and decades of research invested into improving the cocoa plant and farming techniques, Mars, Incorporated has become the global leader in cocoa science. Mars uses patented and proprietary methods of processing cocoa beans to retain much of the naturally occurring flavanols, marking these products with the Cocoapro® seal, a hand holding a cocoa bean to signify the careful handling.

1) Bayard V, Chamorro F, Motta J, Hollenberg NK. Does flavanol intake influence mortality from nitric oxide-dependent processes? Ischemic heart disease, stroke, diabetes mellitus, and cancer in Panama. International Journal of Medical Sciences. 2007;4:53-58.

[ Print Article | E-mail Article | Close Window ]



Back To
EurekAlert!

# EXHIBIT 11

**Mars Breaks New Ground in Heart Health with CocoaVia™**
9.14.2005

New Cocoa-Based Snacks First to Deliver Real Heart-Health Benefits, Premium Chocolate Taste

HACKETTSTOWN, NJ (Sept. 14, 2005) – With heart disease remaining the nation's number one killer, Americans increasingly are looking for options to improve their heart health. Now there's a new product hitting store shelves that will allow them to satisfy their passion for chocolate while being good to their heart.

CocoaVia™ is a revolutionary new line of heart-healthy snacks that combines real chocolate pleasure with ingredients formulated to promote a healthy heart. Ingredients in CocoaVia™ can significantly reduce LDL or "bad" cholesterol levels and promote healthy circulation to maintain heart health.

Created after more than a decade of research, CocoaVia™ is the only product that contains a patented blend of heart-healthy cocoa flavanols and cholesterol-lowering plant sterols from soy. The new line of snacks also is fortified with calcium and a mix of heart-healthy nutrients including folic acid, vitamins B-6, B-12, C and E. CocoaVia™ is made by Mars Nutrition for Health & Well-Being, a new division of Mars, Incorporated, makers of some of the world's best-loved, great-tasting chocolate brands.

"CocoaVia™ is the vanguard of our efforts to 'reinvent' cocoa as an ingredient in healthful foods," said Dr. Harold Schmitz, chief science officer at Mars. "It's a first-of-its-kind product that was purposely designed to deliver heart-health benefits and real chocolate pleasure in products that are less than 150 calories per serving."

Mars Nutrition for Health & Well-Being
800 High Street
Hackettstown, New Jersey 07840
1-908-852-1000
www.cocoavia.com

Mars first introduced CocoaVia™ granola-based snack bars nearly two years ago and sold the product exclusively on the Internet. Now a full line of CocoaVia™ products – including new chocolate bars (original, crispy and blueberry & almond) and chocolate-covered almonds – will be available at retail beginning in October. Pre-orders can be made online at www.cocoavia.com until the product reaches national distribution.

Science-Based Benefits
Mars is the global leader in cocoa science, collaborating with researchers at leading universities like Harvard and the University of California-Davis to explore the health benefits of cocoa flavanols – the powerhouse compounds found naturally in cocoa beans that are similar to those found in red wine and green tea. Scientists have been encouraged by the growing number of independent studies that indicate cocoa flavanols may help influence factors associated with clotting and promote a healthy blood flow. Other studies suggest that cocoa flavanols can improve the health of blood vessels and reduce the oxidation of LDL cholesterol that can lead to clogged arteries.

"It is clear that cocoa flavanols represent an intriguing new area of research with significant implications for nutrition and cardiovascular health," said Dr. Carl L. Keen, a professor of nutrition and internal medicine at the University of California-Davis, who has led multiple studies on the health benefits of cocoa flavanols.

CocoaVia™ is the first product to be launched under the new business unit, Mars Nutrition for Health & Well-Being. The new division is charged with developing new foods, snacks, beverages and lifestyle support to better serve the nutritional well-being needs of the consumer.

It's in the Flavanols
While flavanols are found naturally in cocoa beans, traditional cocoa processing often destroys many of these potentially heart-healthy compounds.
"Flavanols are essentially missing from much of the chocolate on store shelves today," said Schmitz. "Research clearly shows that a high cocoa or dark chocolate content cannot guarantee that a product can deliver the same potential heart-health benefits as the Mars flavanol-rich cocoa.

After 15 years of scientific research on flavanols, Mars developed a patented and proprietary process called Cocoapro® that helps ensure the heart-healthy flavanols remain active and are not destroyed. This technology guarantees that CocoaVia™ contains a consistent level of cocoa flavanols – which is what really counts when you're talking about cocoa and heart health, according to Schmitz.

"The very exciting potential heart-health benefits of cocoa flavanols is not about simply adding more cocoa or consuming any dark chocolate," he added. "In fact, the percentage of cocoa in a product is meaningless. Research from several universities clearly shows that it's about retaining the flavanols from the cocoa bean so you're confident of enjoying a flavanol-rich, cocoa-based product."
Each serving of CocoaVia™ contains at least 100 milligrams of naturally occurring cocoa flavanols. And since each serving is packed with the heart-healthy flavanols, you can eat a relatively small portion and still reap the benefits. That means less

fat and fewer calories compared to a regular, larger-sized chocolate bar. A 0.78-ounce CocoaVia™ Original Chocolate Bar contains 100 calories, while a serving of the CocoaVia™ Chocolate-Covered Almonds contains 140 calories.

Heart-Healthy Regimen
Research conducted at the University of California-Davis and reported at the American Heart Association meeting this past November found that two servings of CocoaVia™ snack bars significantly lowered total and LDL cholesterol levels, without impacting HDL or "good" cholesterol. Each snack bar contains 1.5 grams of natural plant sterols from soy.

"Natural plant sterols are a clinically proven ingredient that can lower blood cholesterol," said Schmitz, who directs a multi-million dollar research budget at Mars. "Many cardiologists and family physicians have been recommending sterol-fortified products like margarines to their at-risk patients as a way to help lower elevated cholesterol levels. Now, there's a great-tasting option that naturally combines these cholesterol-lowering benefits with the exciting potential cardiovascular health benefits of cocoa flavanols."

Including natural plant sterols from soy in the diet has been recommended by the American Heart Association and the National Cholesterol Education Program as one lifestyle change that can lower cholesterol levels significantly. The Food and Drug Administration approved a health claim based on the evidence that natural plant sterols may help reduce heart disease risk by lowering cholesterol.

"When eaten everyday, CocoaVia™ can help contribute to a heart-healthy lifestyle," said Kristine Clark, PhD, RD, nutrition professor at Pennsylvania State University. "Combined with daily exercise and a diet low in saturated fat and cholesterol, CocoaVia™ can play a valuable role in maintaining heart health."

Captures Your Passion for Chocolate Pleasure
"While the product provides real chocolate pleasure, you will only find it in the healthy foods section, not the candy aisle" said Jim Cass, vice president of sales and marketing at Mars Nutrition for Health & Well-Being. "That's because it delivers real heart-health benefits supported by sound science."

The brand name "CocoaVia™" was derived from the vision that a new and exciting way to good health is through flavanol-rich cocoa. Cass said CocoaVia™ is the nexus of taste and health – the only snack that provides real chocolate pleasure and real heart-health benefits.

"Who knows more about capturing great chocolate taste than Mars, the makers of some of the country's best-loved chocolate brands such as M&M'S®, Dove® Chocolates and Snickers®, " said Cass. "We've been able to maximize the flavor and the health benefits in one unique cocoa-based product."

CocoaVia™ will be sold in the healthy foods section of grocery stores, drug stores and mass merchandisers such as Wal-Mart and Target. The new line of CocoaVia™ products, which includes the tagline "Be Good to Your Heart Every Day" on the label, can be pre-ordered before they are available in stores at www.cocoavia.com.

###

Mars Nutrition for Health & Well-Being, a new division of Mars North America, will develop and launch new foods, snacks, beverages and lifestyle support to better serve the nutritional and well-being needs of the consumer. The mission of the division is to be a trusted partner in healthy lifestyles, enabling consumers to look, perform and feel their best every day. Mars Nutrition for Health & Well-Being, launched in June 2004, is based in Hackettstown, NJ.

# EXHIBIT 12

CONTACT:    Elizabeth Schreiber
            Weber Shandwick
            312-988-2324
            eschreiber@webershandwick.com

### START A HEART-HEALTHY DIET DURING AMERICAN HEART MONTH
#### It's Easy and Delicious to Be Good to Your Heart

**HACKETTSTOWN, NJ (Feb. 1, 2006)** – The month of February is dedicated to creating awareness of cardiovascular disease, the nation's number one killer. As the first step in lowering the risk of the disease, the American Heart Association recommends people "know their numbers" and have their blood cholesterol tested. Nutrition expert and "Stealth Health" author Evelyn Tribole, MS, RD, also suggests sneaking better foods into your diet.

"Instead of focusing on restriction, I like the mindset of replacing what you're eating with foods that are better for you," said Tribole. "More fish, more beans, and even a new heart-healthy snack called CocoaVia™ that tastes great." To help get a jumpstart on a new eating plan for American Heart Month, Tribole shares her simple tips.

#### Evelyn Tribole's Heart-Healthy Eating Tips

**Add Plant Sterols to Your Diet.** Consider adding foods that can help lower high blood cholesterol, which is one of the risk factors for heart disease that you can control. Plant sterols are recommended by the American Heart Association and the National Cholesterol Education Program as a way to help lower elevated cholesterol levels. These heart-healthy nutrients are found in some margarines and fortified juices. One of the newest, and perhaps most delicious options, is called CocoaVia™, a new line of cocoa-based snacks that contain plant sterols that can significantly lower LDL or "bad" cholesterol levels.

"As a dietitian, I love to encourage food as one way to lower blood cholesterol levels, which can be quite successful. Studies have shown that plant sterols are very effective in lowering cholesterol, so it's great that with CocoaVia™ you get plant sterols and the chance to satisfy your passion for chocolate at the same time in a nutritionally responsible snack," Tribole added.

**Learn to Love Beans.** Dried beans, such as black beans, pinto beans and kidney beans, are high in a type of fiber that lowers cholesterol. The Food and Drug Administration's Consumer Health Information for Better Nutrition Initiative released a dietary guidance statement in 2005 saying that "diets including beans may reduce your risk of heart disease and certain cancers." Toss them on your salad, eat a bean burrito or make a bean dip.

- more -

*American Heart Month – Page 2*

**Eat a Fish Dish Twice a Week.** No doubt about it, people who eat more fish have lower rates of heart disease. To protect their hearts, the American Heart Association recommends people eat at least two servings of fish per week, especially those with omega-3 fatty acids. Omega-3 fatty acids make the blood less likely to form clots that cause heart attacks and protect against irregular heartbeats that cause sudden cardiac death.

**Focus on Flavanols.** CocoaVia™ snacks contain a guaranteed hefty dose of cocoa flavanols, which studies show may help blood vessels relax to maintain heart health.  You can find similar types of flavanols in other heart-healthy foods such as purple grape juice, red wine and green tea.

"It's important to note that while flavanols occur naturally in the cocoa bean, the amount of cocoa in a product doesn't mean it has a lot of these nutrients, which are very fragile and can be destroyed by processing," said Tribole. "CocoaVia™ is the only product I know of to guarantee a significant level of cocoa flavanols."

**About CocoaVia™**

Created after more than a decade of research, CocoaVia™ is the only product that contains a patented blend of heart-healthy cocoa flavanols and cholesterol-lowering plant sterols from soy.  The new line of snacks also is fortified with calcium and a mix of heart-healthy nutrients including folic acid, vitamins B-6, B-12, C and E.  CocoaVia™ is made by Mars Nutrition for Health & Well-Being, a new division of Mars, Incorporated, makers of some of the world's best-loved, great-tasting chocolate brands.

"With millions of Americans concerned about heart disease and looking for solutions, CocoaVia™ offers a great healthy snack option," said Tribole. "I have many clients trying to lower their cholesterol, now I can recommend a heart-healthy eating plan that includes a regimen of CocoaVia™ – and know that they'll stick to it because it tastes so good!"

The plant sterols in CocoaVia™ are natural soybean extracts. Each serving of CocoaVia™ provides 1.1 to 1.5 grams of plant sterols.

Clinical research conducted at the University of California-Davis and presented at the 2004 American Heart Association meeting found that ingredients in the CocoaVia™ Snack Bar significantly lowered total and LDL cholesterol, without impacting HDL or "good" cholesterol.

- more -

*American Heart Month – Page 3*

"The FDA states that 1.3 grams of plant sterols are needed to show a significant cholesterol-lowering effect if eaten at two different times a day," said Tribole. "CocoaVia™ can help contribute to that total. You also can get additional plant sterols from other sterol-fortified foods like margarines, orange juice and yogurt."

## Advances in Cocoa Flavanol Science

While a growing number of studies have shown a link between flavanol-rich cocoa and cardiovascular health, scientists have now substantiated a causal relationship. Just in time for American Heart Month, a new study published in the *Proceedings of the National Academy of Sciences of the United States of America (PNAS)*[1] isolated one of the flavanols in cocoa called (-)epicatechin that can improve the ability of blood vessels to relax and enhance blood flow.

"After more than 15 years of commitment to cocoa science research, we are excited to see such great progress in uncovering the link between cocoa flavanols and heart health," said Harold Schmitz, PhD, chief science officer of Mars, Incorporated. "We have been able to take our years of research and translate it into products like CocoaVia™ to bring those heart-health benefits to the consumer in a way they will enjoy."

To preserve these beneficial naturally occurring flavanols while maintaining the chocolate taste that consumers love, Mars, Incorporated developed a proprietary, patented method of processing cocoa beans called Cocoapro®. This special process enables consumers to know that products like CocoaVia™ offer a consistent level of flavanols.

In December 2005, the *Journal of the American College of Cardiology* named Mars' collaborative research effort on the effect of cocoa flavanols on circulatory health as one of the year's worldwide highlights in cardiology – the first food product study to earn this recognition.

For more information on the science of flavanols, visit www.cocoavia.com.

# # #

Mars Nutrition for Health & Well-Being, a division of Mars, Incorporated, will develop and launch new foods, snacks, beverages and lifestyle support to better serve the nutritional and well-being needs of the consumer. The mission of the division is to be a trusted partner in healthy lifestyles, enabling consumers to look, perform and feel their best every day. Mars Nutrition for Health & Well-Being, launched in June 2004, is based in Hackettstown, NJ.

---

[1] Schroeter H, Heiss C, Balzer J, Kleinbongard P, Keen CL, Hollenberg NK, Sies H, Kwik-Uribe C., Schmitz HH, Kelm M. (-)Epicatechin mediates beneficial effects of flavanol-rich cocoa on vascular function in humans. *Proceedings of the National Academy of Sciences of the United States of America. 2006; 108:1024-1029.* Online publication: www.pnas.org/papbyrecent.shtml

# EXHIBIT 13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | )    Civil Action No. 2:07-CV-1574 (SRC)(MF) |
| | ) |
| vs. | )    **DECLARATION OF BRICE S. RUSSELL** |
| | )    **IN SUPPORT OF PLAINTIFF MARS'** |
| NATRACEUTICAL, S.A., NATRA U.S., | )    **APPLICATION FOR AN ORDER TO SHOW** |
| INC. | )    **CAUSE FOR PRELIMINARY INJUNCTION** |
| | ) |
| Defendants. | ) |
| | ) |

I, Brice S. Russell, hereby declare as follows:

1.     I am the Global Chief Procurement Officer for Mars, Inc. ("Mars"). In that

capacity, I am extensively involved in Mars' efforts to license its cocoa polyphenol technology

("CP"), including the sale of its CP ingredients.

2.     Mars' CP has wide-ranging uses beyond chocolates or cocoa-based food products.

Because Mars' Cocoapro powders and extracts can be used in a variety of applications,

Cocoapro also has important uses outside Mars' core businesses, such as in the food and beverage industries, and Mars CP technology also has application in the medical and pharmaceutical industries. Mars' patents are ripe for licensing opportunities in all these fields. The basic Cocoapro licensing strategy is to maximize a person's opportunity to consume this healthy compound in suitable products that will enhance the reputation of CPs generally by delivering effective doses in caloric and otherwise defined end products.

3.    In fact, Mars already is engaged in licensing negotiations regarding its patented products to various companies who are committed to promoting the health benefits of CPs and to producing products that both meet Mars' high standards of quality and preserve the scientific and healthy reputation for CPs developed by Mars. Mars will: (a) control the amount of CPs that are used in its licensees' products to ensure that an efficacious dose is used rather than merely a nominal amount; (b) proscribe caloric intake limitations; (c) require rigorous testing to assure efficacy; and (d) limit which products contain CPs to ensure that the CPs are used only to make healthy products consistent with Mars' reputation that its CP products are based on solid science. Mars intends to sell its Cocoapro powders and extracts to its licensees.

4.    Natraceutical's infringement already is adversely affecting Mars' licensing efforts. The value of a license from Mars, and, indeed, a company's interest in a license from Mars regarding its CP products, are influenced strongly by Mars proprietary rights and the ability to exclude infringing competition. If Natraceutical continues to sell infringing products to all comers even in the short term, potential licensees of Mars will be dissuaded from buying Mars' CP ingredients and entering into a license.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I signed this Declaration in _____New Jersey_____ on April _6th_

2007.

By: Brice S. Russell
Title: _Global CPO_
Mars, Inc.

CHI99 4808958-1.002227.0120

# EXHIBIT 14



# CocoaVia®

*Heart Healthy Snacks*

## The CocoaVia® *brand difference*

**CocoaVia®
Dark Chocolate**



**NEW! CocoaVia®
Milk Chocolate**

**NEW! CocoaVia™
Rich Chocolate
Indulgence Beverage**





**Chocolate Bars**

- Original Chocolate Bars
- Crispy Chocolate Bars
- Blueberry & Almond
  Chocolate Bars

**Snack Bars**

- Chocolate Snack Bars
- Chocolate Almond
  Snack Bars
- Chocolate Blueberry
  Snack Bars

**Chocolate Covered**

- Chocolate Covered
  Almonds

**Chocolate Bars**

- NEW! Milk Chocolate Bars
- NEW! Milk Chocolate
  Almond Bars

**Chocolate Covered**

- NEW! Milk Chocolate
  Covered Raisins

- NEW! Rich Chocolate
  Indulgence
  Beverage

CocoaVia® Brand is a revolutionary family of Heart Healthy Snacks — including NEW Milk Chocolate varieties and a unique NEW Rich Chocolate Indulgence Beverage — all formulated to satisfy your passion for rich, premium chocolate while helping promote heart health.

**Get more out of life
with more from CocoaVia®**

Sign up for heart health e-news, offers and special previews.

Register Now ▶

**CocoaVia® Community**

...with more from CocoaVia®
Sign up for heart health e-news,
exclusive offers and special previews.

Register now ▶

**Heart Healthy Tip**

Trim fat off meat before cooking.

**Two Ways to Buy CocoaVia®**

Find a store    Buy online

PRODUCTS    STORY    COMMUNITY    PRESS

COCOAVIA® Heart Healthy Snacks

**All CocoaVia® Brand Heart Healthy Snacks:**

- **Help lower bad cholesterol.** The natural plant extracts in **CocoaVia® Heart Healthy Snacks** — 1.1 to 1.5 grams per serving — have been proven to help significantly reduce "bad" (LDL) cholesterol For maximum cholesterol benefit, eat **CocoaVia®** Heart Healthy Snacks regularly as part of a diet low in saturated fat and cholesterol.

- **Help promote healthy circulation.** Like green tea and red wine, cocoa beans contain naturally occurring compounds called flavanols that scientists believe help promote blood flow, circulation and a healthy heart. But traditional cocoa processing often destroys these natural compounds. After years of research, the makers of **Dove®** Brand Chocolates have perfected a breakthrough **Cocoapro®** process, the only patented process that retains high levels of the flavanols found naturally in cocoa. With each serving of **CocoaVia®**, you're guaranteed to get at least 100 mg of cocoa flavanols. The result is real, premium chocolate that's indulgently delicious *and* heart healthy.

- Are designed with portion size and calories in mind — delivering 80 to 150 calories per serving.

- Are an excellent source of calcium and a good source of folic acid and **vitamins C, E, B6** and **B12.**

TELL A FRIEND

Nutrition Facts | Allergy Info | Contact Us | FAQ | Glossary | Store Locator | Healthcare Professionals

Site Map | Legal | Privacy Policy | Site Owner | Masterfoods Newsroom

© 2006 Mars, Incorporated and its Affiliates. All Rights Reserved.