# EXHIBIT 18

Dockets.Justia.com



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
     p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
 — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                        93-20206
                                  CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

**790   nonbonding • nonjuror**

non-bond-ing \-'bän-diŋ\ adj (1952) : being or occupied by electrons esp. of an atom's valence shell that are not involved in a chemical bond (a ~ atomic orbital)

¹non-book \-'bûk\ adj (1949) : being something other than a book; esp : being a library holding (as a microfilm) that is not a book

²non-book \-'bûk\ n (1960) : a book of little literary merit which is often a compilation (as of pictures, press clippings, or speeches)

non-busi-ness \-'biz-nəs, -nəz\ adj (1927) : not related to business; esp : not related to one's primary business

non-ca-lor-ic \,nän-kə-'lòr-ik, -'lär-\ adj (1950) : free from or very low in calories

non-can-di-date \,nän-'kan-də-,dāt, -'ka-nə-, -dət\ n (1944) : a person who is not a candidate; esp : one who has refused to be a candidate for a particular political office — non-can-di-da-cy \-də-sē\ n

¹nonce \'nän(t)s\ n [ME nanes, alter. (fr. misdivision of then anes in such phrases as to then anes for the one purpose) of once one purpose, irreg. fr. an, on one — more at ONE] (13c) 1 : the one, particular, or present occasion, purpose, or use (for the ~) 2 : the time being

²nonce adj (1884) : occurring, used, or made only once or for a special occasion (a ~ word)

non-cha-lance \,nän-shə-'län(t)s, 'nän-shə-,län(t)s, -lən(t)s\ n (1678) : the quality or state of being nonchalant

non-cha-lant \-'länt, -,länt, -lənt\ adj [F, fr. OF, fr. prp. of nonchaloir to disregard, fr. non + chaloir to concern, fr. L calēre to be warm — more at LEE] (ca. 1734) : having an air of easy unconcern or indifference   syn see COOL — non-cha-lant-ly adv

non-chro-mo-som-al \,nän-,krō-mə-'sō-məl\ adj (1960) : not situated on a chromosome 2 : not involving chromosomes

non-com \'nän-,käm\ n (1883) : NONCOMMISSIONED OFFICER

non-com-bat-ant \,nän-kəm-'ba-t°nt also 'nän-'käm-bə-tənt\ n (1811) : one that does not engage in combat: as a : a member (as a chaplain) of the armed forces whose duties do not include fighting   b : CIVILIAN — noncombatant adj

non-com-mis-sioned officer \,nän-kə-'mi-shənd-\ n (1703) : a subordinate officer (as a sergeant) in the army, air force, or marine corps appointed from among enlisted personnel

non-com-mit-tal \-kə-'mi-t°l\ adj (1829) 1 : giving no clear indication of attitude or feeling   2 : having no clear and distinctive character — non-com-mit-tal-ly \-t°l-ē\ adv

non com-pos men-tis \,nän-,käm-pəs-'men-təs, ,nōn-\ adj [L, lit., not having mastery of one's mind] (1607) : not of sound mind

non-con-cur \,nän-kən-'kər\ vi (ca. 1847) : to refuse or fail to concur — non-con-cur-rence \-'kər-ən(t)s, -'kə-rən(t)s\ n

non-con-duc-tor \-kən-'dək-tər\ n (1751) : a substance that conducts heat, electricity, or sound only in very small degree

non-con-form \,nän-kən-'fòrm\ vi [back-formation fr. nonconformist] (1681) : to fail to conform — non-con-form-er n

non-con-for-mance \-'fòr-mən(t)s\ n (1843) : failure to conform

non-con-form-ism \-'fòr-,mi-zəm\ n (1846) : NONCONFORMITY

non-con-form-ist \-'fòr-mist\ n (1619) 1 often cap : a person who does not conform to an established church; esp : one who does not conform to the Church of England   2 : a person who does not conform to a generally accepted pattern of thought or action — noncon-formist adj, often cap

non-con-for-mi-ty \-'fòr-mə-tē\ n (1618) 1 a : failure or refusal to conform to an established church   b often cap : the movement or principles of English Protestant dissent   c often cap : the body of English Nonconformists   2 : refusal to conform to an established or conventional creed, rule, or practice   3 : absence of agreement or correspondence

non-co-op-er-a-tion \,nän-kō-,ä-pə-'rā-shən\ n (1795) : failure or refusal to cooperate; specif : refusal through civil disobedience of a people to cooperate with the government of a country — non-co-op-er-a-tion-ist \-sh(ə-)nist\ n — non-co-op-er-a-tor \-'ä-pə-,rā-tər\ n

non-co-op-er-a-tive \-'ä-p(ə-)rə-tiv, -pə-,rā-\ adj (1922) : of, relating to, or characterized by noncooperation

non-cred-it \-'kre-dət\ adj (1965) : not offering credit toward a degree (~ courses)

non-cross-over \-'krò-,sō-vər\ adj (1919) : having or being chromosomes that have not participated in genetic crossing-over (~ offspring)

non-cus-to-di-al \-kə-'stō-dē-əl\ adj (1973) : of or being a parent who does not have legal custody of a child

non-dairy \-'der-ē, -'dar-, 'nän-,\ adj (1968) : containing no milk or milk products (~ whipped topping)

non-de-duct-ible \,nän-di-'dək-tə-bəl\ adj (1943) : not deductible; esp : not deductible for income tax purposes — non-de-duct-ibil-i-ty \-,dək-tə-'bi-lə-tē\ n

non-de-fense \,nän-di-'fen(t)s\ adj (1961) : not used or intended for or associated with the military (~ spending)

non-de-script \,nän-di-'skript\ adj [non- + L descriptus, pp. of describere to describe] (ca. 1807) 1 : belonging or appearing to belong to no particular class or kind : not easily described   2 : lacking distinctive or interesting qualities : DULL, DRAB — nondescript n

non-de-struc-tive \-di-'strək-tiv\ adj (1926) : not destructive; specif : not causing destruction of material being investigated or treated (~ testing of metal) — non-de-struc-tive-ly adv — non-de-struc-tive-ness n

non-dis-junc-tion \,nän-dis-'jəŋ(k)-shən\ n (1916) : not having a diapause   2 : not being in a state of diapause

non-di-rec-tive \,nän-də-'rek-tiv, -(,)dī-\ adj (1931) : of, relating to, or being psychotherapy, counseling, or interviewing in which the counselor refrains from interpretation or explanation but encourages the client (as by repeating phrases) to talk freely

non-dis-junc-tion \,nän-dis-'jəŋ(k)-shən\ n [ISV] (1913) : failure of homologous chromosomes or sister chromatids to separate subsequent to metaphase in meiosis or mitosis so that one daughter cell has both and the other neither of the chromosomes — non-dis-junc-tion-al \-shnəl, -shə-n°l\ adj

non-dis-tinc-tive \-di-'stiŋ(k)-tiv\ adj (1916) of a speech sound : having no signaling value

non-di-vid-ing \,nän-də-'vī-diŋ\ adj (1945) : not undergoing cell division

non-dor-mant \'nän-'dòr-mənt\ adj (1940) 1 : being in such a condition that germination is possible (~ seeds)   2 : being in active vegetative growth (~ plants)

non-drink-er \-'driŋ-kər\ n (1899) : a person who abstains from alcoholic beverages — non-drink-ing \-kiŋ\ adj

non-dry-ing oil \-'drī-iŋ-\ n (1903) : a highly saturated oil (as that is unable to solidify when exposed in a thin film to air

¹none \'nən\ pron, sing or pl in constr [ME, fr. OE nān, fr. ne not + one — more at NO, ONE] (bef. 12c) 1 : not any   2 : not one   3 : not any such thing or person   4 : no part : NOTHING

²none adj (bef. 12c) archaic : not any : NO

³none adv (1651) 1 : by no means : not at all (~ too soon to begin)   2 : in no way : to no extent (~ the worse for wear)

⁴none — more at NOON (1545) : the fifth of the canonical hours

non-eco-nom-ic \,nän-,e-kə-'nä-mik, -,ē-kə-\ adj (1920) 1 : not economic; esp : having no economic importance or implication

non-elec-tro-lyte \,nän-ə-'lek-trə-,līt\ n (1891) : a substance that does not readily ionize when dissolved or melted and is a poor conductor of electricity

non-en-ti-ty \-'en-tə-tē, -'e-nə-\ n (ca. 1600) 1 : something that does not exist or exists only in the imagination   2 : NONEXISTENCE   3 : a person of little consequence or significance

none-such \'nən-,səch\ n [ME nonsuch] 1 : a person or thing without an equal

non-es-sen-tial \,nän-i-'sen(t)-shəl\ adj (1751) 1 : not essential 2 : being a substance synthesized by the body in sufficient quantity to satisfy dietary requirements (~ amino acids) — nonessential n

none-such \'nən-,səch\ n (1590) : a person or thing without an equal — nonesuch adj

none-the-less \,nən-t͟hə-'les\ adv (1847) : NEVERTHELESS

non-Eu-clid-e-an \,nän-yü-'kli-dē-ən\ adj, often cap E (ca. 1948) : assuming or in accordance with all the postulates of Euclid's geometry (~ geometry)

non-event \,nän-i-'vent, 'nän-i-,\ n (1962) 1 : an event that fails to take place or to satisfy expectations 2 : a highly publicized event of little intrinsic interest or significance

non-ex-is-tence \,nän-ig-'zis-tən(t)s\ n (1646) 1 : absence or negation of being — non-ex-is-tent \-tənt\ adj

non-fat \'nän-'fat\ adj (1926) : lacking fat; solids : having fat removed (~ milk)

non-fea-sance \nän-'fē-z°n(t)s\ n [non- + obs. E feasance action] (1596) : failure to act; esp : failure to do what ought to be done

non-fer-rous \-'fer-əs\ adj (1887) 1 : not containing iron; relating to iros. 2 : of or relating to metals other than iron

non-fic-tion \-'fik-shən\ n (1909) : literature that is not fictional — non-fic-tion-al \,nän-'fik-shnəl, -shə-n°l\ adj

non-flow-er-ing \-'flau̇-ə-riŋ, -'flau̇(-ə)r-iŋ\ adj (1927) : producing no flowers

non-flam-ma-ble \-'fla-mə-bəl\ adj (1915) : not flammable; esp : not easily ignited and not burning rapidly if ignited — non-flam-ma-bil-i-ty \,nän-,fla-mə-'bi-lə-tē\ n

non-flow-er-ing \,nän-'flau̇(-ə)r-iŋ\ adj (ca. 1934) : producing no flowers; specif : lacking a flowering stage in the life cycle

non-flu-en-cy \-'flü-ən(t)-sē\ n, pl -cies (ca. 1975) : lack of fluency 2 : an instance of nonfluency

non-go-no-coc-cal \,nän-,gä-nə-'kä-kəl\ adj (1961) : not caused by gonococcus (~ urethritis)

non gra-ta \,nän-'grä-tə, -'grä-\ adj [persona non grata] (1903) : not approved : UNWELCOME

non-green \'nän-'grēn\ adj (1897) : not green; specif : lacking chlorophyll (~ saprophytes)

non-he-ro \,nän-'hē-(,)rō, -'hir-(,)ō\ n (1940) : ANTIHERO

non-his-tone \-'his-,tōn\ adj (ca. 1966) : relating to or being any of the eukaryotic proteins (as DNA polymerase) that bind to nuclear DNA but are not histones

non-Hodg-kin's lymphoma \,nän-'häj-kənz-\ n (1976) : any of the numerous malignant lymphomas (as Burkitt's lymphoma) that are classified as Hodgkin's disease

non-iden-ti-cal \,nän-(,)ī-'den-ti-kəl, -'den-\ adj (1890) 1 : not identical 2 : FRATERNAL 2

non-il-lion \nän-'il-yən\ n, often attrib [F, fr. L nonus ninth + F -illion (as in million) — more at NOON] (1690) — see NUMBER table

non-in-duc-tive \,nän-in-'dək-tiv\ adj (1894) : not inductive; esp : having negligible inductance

non-in-ter-ven-tion \,nän-,in-tər-'ven(t)-shən\ n (1831) : the state or policy of not intervening (~ in the affairs of other countries) — non-in-ter-ven-tion-ist \-'ven(t)-shə(-ə)-nist\ n or adj

non-in-va-sive \,nän-in-'vā-siv, -ziv\ adj (1971) : not involving penetration (as by surgery or hypodermic needle) of the skin or a body cavity (~ diagnostic techniques)

non-in-volve-ment \,nän-in-'välv-mənt, -'vȯlv- also -'väv-, -'vȯv-\ n (1959) : absence of involvement or emotional attachment — non-in-volved \-'välvd, -'vȯlvd\ adj

non-ion-ic \,nän-ī-'ä-nik\ adj (1929) : not ionic; esp : not dependent on a surface-active anion for effect (~ surfactants)

non-join-der \nän-'jȯin-dər\ n (1833) : failure to include a person as a party to a suit at law

non-ju-di-cial \,nän-jü-'di-shəl\ adj (1952) : avoiding judgment based on one's personal and esp. moral standards

non-jur-ing \,nän-'jur-iŋ\ adj [non- + L jurare to swear — more at JURY] (1691) : not swearing allegiance — used esp. of a party in Great Britain that would not swear allegiance to William and Mary or to their successors

non-ju-ror \'nän-,jür-ər, -'jür-ər\ n (1691) : a person refusing to take an oath esp. of allegiance, supremacy, or abjuration; specif : a beneficed clergy in England and Scotland refusing to swear allegiance to William and Mary or to their successors after the revolution of 1688

Case 2:07-cv-01574-SRC-PS    Document 5-9    Filed 04/12/2007    Page 5 of 48

**grilse** \'grils\ *n, pl* **grilse** [ME *grills*] (15c) : a young Atlantic salmon returning to its native river to spawn for the first time after one winter at sea; *broadly* : any of various salmon at such a stage of development

**grim** \'grim\ *adj* **grim-mer; grim-mest** [ME, fr. OE *grimm*; akin to OHG *grimm* fierce, Gk *chremetizein* to neigh] (bef. 12c) **1** : fierce in disposition or action : SAVAGE **2** : stern or forbidding in action or appearance (a ~ taskmaster) b : SOMBER, GLOOMY **3** : ghastly, repellent or sinister in character (a ~ tale) **4** : UNFLINCHING, UNYIELDING (~ determination) — **grim·ly** *adv* — **grim·ness** *n*

**grim-ace** \'gri-məs, gri-'mäs\ *n* [F, fr. MF; alter. of *grimache*, fr. Gmc base akin to OE *grīma* mask] (1651) : a facial expression usu. of disgust or disapproval — **grimace** *vi* — **grim·ac·er** *n*

**gri-mal-kin** \gri-'mȯl(-)kən, -'mal-\ *n* [*gray* + *malkin*] (1630) : a domestic cat; *esp* : an old female cat

**grime** \'grīm\ *n* [MD *grime* soot, mask; akin to OE *grīma* mask] (14c) : soot, smut, or dirt adhering to or embedded in a surface; *broadly* : accumulated dirtiness and disorder — **grime** *vt*

**Grimm's law** \'grimz-\ *n* [Jacob Grimm] (1838) : a statement in historical linguistics: Proto-Indo-European voiceless stops became Proto-Germanic voiceless fricatives (as in Greek *pyr, trees, kardia* compared with English *fire, three, heart*), Proto-Indo-European voiced stops became Proto-Germanic voiceless stops (as in Latin *duo, genus* compared with English *two, kin*), and Proto-Indo-European voiced aspirated stops became Proto-Germanic voiced fricatives (as in Sanskrit *madhya* "mid" compared with English *mære*, Old Norse *mithr*)

**grim reaper** *n, often cap G&R* (ca. 1927) : death esp. when personified as a man or skeleton with a scythe

**grimy** \'grī-mē\ *adj* **grim-i-er; -est** (1612) : full of or covered with grime : DIRTY — **grim-i-ness** *n*

**grin** \'grin\ *vb* **grinned; grin-ning** [ME *grennen*, fr. OE *grennian*; akin to OHG *grennen* to snarl] (bef. 12c) *vi* : to draw back the lips so as to show the teeth esp. in amusement or laughter; *broadly* : SMILE — **grin** ~ **grin·ner** *n* — **grin-ning·ly** \'gri-niŋ-lē\ *adv*

**grinch** \'grinch\ *n* [fr. the *Grinch*, character in the children's story *How the Grinch Stole Christmas* (1957) by Dr. Seuss] (1979) : KILLJOY, SPOIL-SPORT

**grind** \'grīnd\ *vb* **ground** \'graund\; **grind-ing** [ME, fr. OE *grindan*; akin to L *frendere* to crush, grind] *vt* (bef. 12c) **1** : to reduce to powder or small fragments by friction (as in a mill or with the teeth) **2** : to wear down, polish, or sharpen by friction (~ an ax) **3 a** : OPPRESS, HARASS b : to weaken or destroy gradually — usu. used with *down* (poverty ground her spirit down) **4 a** : to press together with a rotating motion (~ the teeth) b : to rub or press harshly (ground the cigarette into the ashtray) **5 a** : to operate or produce by turning a crank (~ a hand organ) ~ *vi* **1** : to perform the operation of grinding **2** : to become pulverized, polished, or sharpened by friction **3** : to move with difficulty or friction esp. so as to make a grating noise (gears ~ing) **4** : DRUDGE; *esp* : to study hard (~ for an exam) **5** : to rotate the hips in an erotic manner (as in a burlesque striptease) — **grind-ing·ly** \'grīn-diŋ-lē\ *adv*

**grind** *n* (13c) **1 a** : an act of grinding b : the sound of grinding **2** : dreary, monotonous, or difficult labor, study, or routine b : one who works or studies excessively **3** : the result of grinding; *also* : material ground to a particular degree of fineness (a drip ~ of coffee) **4** : the act of rotating the hips in an erotic manner

**grind·er** \'grīn-dər\ *n* (14c) **1 a** : MOLAR b *pl* : TEETH **2** : one that grinds **3** : a machine or device for grinding **4** : SUBMARINE **2**

**grind house** *n* (1927) : an often shabby movie theater having continuous showings esp. of pornographic or violent films

**grind out** *vt* (1868) : to produce in a mechanical way

**grind·stone** \'grīn(d)-ˌstōn\ *n* (13c) **1** : MILLSTONE **1 2** : a flat circular stone of natural sandstone that revolves on an axle and is used for grinding, shaping, or smoothing

**grin-go** \'griŋ-(ˌ)gō, 'grēŋ-\ *n, pl* **gringos** [Sp, alter. of *griego* Greek, stranger, fr. L *Graecus* Greek] (1849) : a foreigner in Spain or Latin America esp. when of English or American origin; *broadly* : a non-Hispanic person — often used disparagingly

**gri·ot** \'grē-ō\ *n* [F] (1906) : any of a class of musician-entertainers of western Africa whose performances include tribal histories and genealogies

**grip** \'grip\ *vb* **gripped; grip-ping** [ME *grippen*, fr. OE *grippan*; akin to OE *grīpan*] (bef. 12c) **1** : to seize or hold firmly **2** : to hold the interest of strongly (a story that ~s the reader) — **grip·per** *n* — **grip-ping·ly** \'gri-piŋ-lē\ *adv*

**grip** *n* (bef. 12c) **1 a** : a strong or tenacious grasp b : strength in gripping c : manner or style of gripping **2 a** : a firm tenacious hold typically giving control, mastery, or understanding b : mental grasp **3 a** : part or device for gripping **4** : a part by which something is grasped; *esp* : HANDLE **5** : SUITCASE **6** : STAGEHAND

**gripe** \'grīp\ *vb* **griped; grip-ing** [ME, fr. OE *grīpan*; akin to OHG *grīfan* to grip, Lith *griebti*] *vt* (bef. 12c) **1 a** *archaic* : SEIZE, GRASP **2 a** : AFFLICT, DISTRESS b : IRRITATE, VEX **3** : to cause pinching and spasmodic pain in the bowels of ~ *vi* **1** : to experience gripes **2** : to complain with grumbling — **grip·er** *n*

**gripe** *n* (13c) **1** *archaic* : CLUTCH, GRASP; *broadly* : CONTROL, MASTERY **2** : a pinching spasmodic intestinal pain — usu. used in pl. **3** : GRIEVANCE, COMPLAINT

**grippe** \'grip\ *n* [F, lit., seizure] (1776) : an acute febrile contagious virus disease; *esp* : INFLUENZA **1** — **grip·py** \'gri-pē\ *adj*

**grip·sack** \'grip-ˌsak\ *n* (1877) : SUITCASE

**gri·saille** \gri-'zī, -'zā(ə)l\ *n* [F, fr. *gris* gray, fr. MF — more at GRIZZLE] (1848) : decoration in tones of a single color and esp. gray designed to produce a three-dimensional effect

**gris-eo·ful-vin** \ˌgri-zē-ō-'ful-vən, ˌgri-sē-, -'fəl-\ *n* [NL *griseofulvum*, specific epithet of *Penicillium griseofulvum*, mold from which it is obtained] (1939) : an antibiotic $C_{17}H_{17}ClO_6$ used systematically in treating superficial fungal infections

**gris·ette** \gri-'zet\ *n* [F, *grisette*, cheap unbleached cloth, fr. *gris*] (1723) **1** : a young French working-class woman **2** : a young woman combining part-time prostitution with some other occupation

**gris-gris** \'grē-(ˌ)grē\ *n, pl* **gris-gris** \-(ˌ)grēz\ [F] (1698) : an amulet or incantation used chiefly by people of black African ancestry

**gris-ly** \'griz-lē\ *adj* **gris-li-er; -est** [ME, fr. OE *grīslic*, fr. *gris-* (akin to OE *āgrīsan* to fear); akin to OHG *grīsenlīh* terrible] (12c) **1** : inspiring horror or intense fear (houses that were dark and ~ under the bleak, cold sky — D. H. Lawrence) **2** : inspiring disgust or distaste (a ~ grisly) — **gris-li-ness** *n*

**grist** \'grist\ *n* [ME, fr. OE *grist*; akin to OE *grindan* to grind] (bef. 12c) **1 a** : grain or a batch of grain for grinding b : the product obtained from a grist of grain including the flour or meal and the grain offals **2** : a required or usual amount **3** : matter of interest or value forming the basis of a story or analysis **4** : something turned to advantage or use — used esp. in the phrase *grist for one's mill*

**gris-tle** \'gri-səl, -zəl\ *n* [ME *gristil*, fr. OE *gristle*; akin to MLG *gristel* gristle] (bef. 12c) : CARTILAGE; *broadly* : tough cartilaginous, tendinous, or fibrous matter esp. in table meats

**gris-tly** \'gri-s(ə-)lē, 'griz-\ *adj* **gris-tli-er; -est** (14c) : consisting of or containing gristle (~ steak) — **gris-tli-ness** *n*

**grist-mill** \'grist-ˌmil\ *n* (1602) : a mill for grinding grain

**grit** \'grit\ *n* [ME *grete*, fr. OE *grēot* sand; akin to OHG *grioz* sand] (bef. 12c) **1 a** : SAND, GRAVEL b : a hard sharp granule (as of sand); *also* : material (as many abrasives) composed of such granules **2** : any of several sandstones **3 a** : the structure of a stone that adapts it to grinding b : the size of abrasive particles usu. expressed as their mesh **4** : firmness of mind or spirit : unyielding courage in the face of hardship or danger **5 cap** : a Liberal in Canadian politics

**grit** *vb* **grit·ted; grit·ting** *vi* (1762) : to give forth a grating sound ~ *vi* **1** : to cause (as one's teeth) to grind or grate **2** : to cover or spread with grit; *esp* : to smooth (as mortar) with a coarse abrasive

**grith** \'grith\ *n* [ME, fr. OE, fr. ON, security] (bef. 12c) : peace, security, or sanctuary imposed or guaranteed in early medieval England under various special conditions

**grits** \'grits\ *n pl but sing or pl in constr* (perh. partly fr. *grit*, partly fr. dial. *grit* coarse meal, fr. OE *grytt*; akin to OE *grēot*) (1579) : coarsely ground hulled grain; *esp* : ground hominy with the germ removed

**grit-ty** \'gri-tē\ *adj* **grit-ti-er; -est** (1598) **1** : containing or resembling grit **2** : courageously persistent : PLUCKY **3** : having strong qualities of tough uncompromising realism (a ~ novel) — **grit-ti·ly** \'gri-t°l-ē\ *adv* — **grit-ti-ness** *n*

**griz-zle** \'gri-zəl\ *n* [ME *grisel* adj., gray, fr. MF, fr. *gris*, of Gmc origin; akin to OHG *grīs* gray] (1601) **1** *archaic* : gray hair **2 a** : a roan coat pattern or color b : a gray or roan animal

**grizzle** *vb* **griz-zled; griz-zling** \'griz-liŋ, 'gri-zə-\ *vi* (1740) : to make grayish ~ *vi* **1** : GRIPE, GRUMBLE **2** : to become grayish

**griz-zled** \'gri-zəld\ *adj* (15c) : sprinkled or streaked with gray : GRAYING (a ~ beard)

**griz-zly** \'griz-lē\ *adj* **griz-zli-er; -est** (1594) : GRIZZLED

**grizzly** *var of* GRISLY

**grizzly bear** *n* (1791) : a very large brown bear (*Ursus arctos horribilis*) of the uplands of western No. America — called also *grizzly*

**groan** \'grōn\ *vb* [ME *gronen*, fr. OE *grānian*; akin to OHG *grīnan* to growl] *vi* (bef. 12c) **1** : to utter a deep moan indicative of pain, grief, or annoyance **2** : to make a harsh sound (as of creaking) under sudden or prolonged strain ~ *vt* **1** : to utter or express with groaning — **groan** *n*

**groan-er** \'grō-nər\ *n* (1795) **1** : one that groans **2** : a stale or corny joke, observation, or story

**groat** \'grōt\ *n* [ME *grote*, pl., fr. OE *grotan*, pl. of *grot*; akin to OE *grēot* grit] (12c) **1** *usu pl but sing or pl in constr* : hulled grain broken into fragments larger than grits **2** : a grain (as of oats) exclusive of the hull

**groat** *n* [ME *groot*, fr. MD] (14c) : an old British coin worth four pennies

**gro·cer** \'grō-sər, -shər\ *n* [ME, fr. MF *grossier* wholesaler, fr. *gros* coarse, wholesale — more at GROSS] (15c) : a dealer in staple foodstuffs, meats, produce, and dairy products and usu. household supplies

**gro·cery** \'grōs-rē, 'grō-sə-\ *n, pl* **-cer·ies** (15c) **1** : commodities sold by a grocer — usu. sing. in Brit. usage **2** : a grocer's store

**grog** \'gräg\ *n* [*Old Grog*, nickname of Edward Vernon †1757 Eng. admiral responsible for diluting the sailors' rum] (1770) **1** : alcoholic liquor; *esp* : liquor (as rum) cut with water and now often served hot with lemon juice and sugar sometimes added **2** : refractory materials (as crushed pottery and firebrick) used in the manufacture of refractory products (as crucibles) to reduce shrinkage in drying and firing

**grog·gy** \'grä-gē\ *adj* **grog·gi·er; -est** [*grog*] (1832) : weak and unsteady on the feet or in action — **grog·gi·ly** \'grä-gə-lē\ *adv* — **grog·gi-ness** \'grä-gē-nəs\ *n*

**gro·gram** \'grä-grəm, 'grō-\ *n* [MF *gros grain* coarse texture] (1562) : a coarse loosely woven fabric of silk, silk and mohair, or silk and wool — compare GROSGRAIN

**grog·shop** \'gräg-ˌshäp\ *n* (1790) *chiefly Brit* : a usu. low-class barroom

**groin** \'grȯin\ *n* [alter. of ME *grynde*, fr. OE *grynde* abyss; akin to OE *ground* ground] (ca. 1532) **1** : the fold or depression marking the juncture of the lower abdomen and the inner part of the thigh; *also* : the region of this line **2 a** : the projecting curved line along which two intersecting vaults meet b : a rib that covers this edge **3 a** : a rigid structure



groin 2a

\a\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \tẖ\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ə, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄\ *see* Guide to Pronunciation

**ded·i·cat·ed** *adj* (ca. 1600) **1** : devoted to a cause, ideal, or purpose : ZEALOUS ⟨a ~ scholar⟩ **2** : given over to a particular purpose ⟨a ~ process control computer⟩ — **ded·i·cat·ed·ly** *adv*

**ded·i·ca·tion** \ˌde-di-kə-ˈshən\ *n* (14c) **1** : an act or rite of dedicating to a divine being or to a sacred use **2** : a devoting or setting aside for a particular purpose **3** : a name and often a message prefixed to a literary, musical, or artistic production in tribute to a person or cause **4** : self-sacrificing devotion — **ded·i·ca·to·ry** \ˈde-di-kə-ˌtōr-ē, -ˌtȯr-\ *adj*

**de·dif·fer·en·ti·a·tion** \ˌ(ˌ)dē-ˌdi-fə-ˌren-chē-ˈā-shən\ *n* (1915) : reversion of specialized structures (as cells) to a more generalized or primitive condition often as a preliminary to major physiological or structural change — **de·dif·fer·en·ti·ate** \-ˈren-chē-ˌāt\ *vi*

**de·duce** \di-ˈdüs, -ˈdyüs\ *vt* **de·duced; de·duc·ing** [ME, fr. L *deducere*, lit., to lead away, fr. *de-* + *ducere* to lead — more at TOW] (15c) **1** : to determine by deduction; *specif* : to infer from a general principle **2** : to trace the course of *syn* see INFER — **de·duc·ible** \-ˈdü-sə-bəl, -ˈdyü-\ *adj*

**de·duct** \di-ˈdəkt, dē-\ *vt* [L *deductus*, pp. of *deducere*] (15c) **1** : to take away (an amount) from a total : SUBTRACT **2** : DEDUCE, INFER

**de·duct·ible** \di-ˈdək-tə-bəl, dē-\ *adj* (1856) : allowable as a deduction — **de·duct·ibil·i·ty** \-ˌdək-tə-ˈbi-lə-tē\ *n*

**²deductible** *n* (1929) : a clause in an insurance policy that relieves the insurer of responsibility for an initial specified loss of the kind insured against; *also* : the amount of the loss specified in such a clause

**de·duc·tion** \di-ˈdək-shən, dē-\ *n* (15c) **1 a** : an act of taking away ⟨~ of legitimate business expenses⟩ **b** : something that is or may be subtracted ⟨~s from his taxable income⟩ **2 a** : the deriving of a conclusion by reasoning; *specif* : inference in which the conclusion about particulars follows necessarily from general or universal premises — compare INDUCTION **b** : a conclusion reached by logical deduction — **de·duc·tive** \di-ˈdək-tiv, dē-\ *adj* (1665) **1** : of, relating to, or provable by deduction **2** : employing deduction in reasoning — **de·duc·tive·ly** *adv*

**dee** \ˈdē\ *n* (13c) **1** : the letter *d* **2** : something shaped like the letter *d*

**¹deed** \ˈdēd\ *n* [ME *dede*, fr. OE *dǣd*; akin to OE *dōn* to do] (bef. 12c) **1** : something that is done ⟨evil ~⟩ **2** : a usu. illustrious act or action : FEAT, EXPLOIT **3** : the act of performing : ACTION ⟨righteous in word and in ~⟩ **4** : a signed and usu. sealed instrument containing some legal transfer, bargain, or contract — **deed·less** \-ləs\ *adj*

**²deed** *vt* (1806) : to convey or transfer by deed

**deed poll** \ˈ-ˌpōl\ *n, pl* **deeds poll** [*deed* + *poll*, sealed, (having the edges cut even rather than indented), fr. ²*poll*] (1588) *Brit* : a deed (as to change one's name) made and executed by only one party

**dee-jay** \ˈdē-ˌjā\ *n* [*disc jockey*] (ca. 1949) : DISC JOCKEY

**deem** \ˈdēm\ *vb* [ME *demen*, fr. OE *dēman*; akin to OHG *tuomen* to judge, OE *dōm* doom] *vt* (bef. 12c) **1** : to come to think or judge : CONSIDER ⟨~ed it wise to go slow⟩ ~ *vi* **1** : to have an opinion : BELIEVE

**de·em·pha·size** \(ˌ)dē-ˈem(p)-fə-ˌsīz\ *vt* (1938) **1** : to reduce in relative importance; *also* : PLAY DOWN — **de·em·pha·sis** \-fə-səs\ *n*

**de·en·er·gize** \-ˈe-nər-ˌjīz\ *vt* (1925) : to disconnect from a source of electricity : shut off the power to

**¹deep** \ˈdēp\ *adj* [ME *dep*, fr. OE *dēop*; akin to OHG *tiof* deep, OE *dyppan* to dip — more at DIP] (bef. 12c) **1** : extending far from some surface or area: **as a** : extending far downward ⟨a ~ well⟩ **b** (1) : extending well inward from an outer surface ⟨a ~ gash⟩ ⟨a *deep* chested animal⟩ (2) : not located superficially within the body ⟨*deep* pressure receptors in muscles⟩ **c** : extending far laterally from the center ⟨~ borders of lace⟩ **d** : occurring or located near the outer limits of the playing area (bit to ~ right field) **e** : thrown deep ⟨a ~ pass⟩ **2 a** : having a specified extension in an implied direction usu. downward or backward ⟨a shelf 20 inches ~⟩ ⟨cars parked three-*deep*⟩ **3 a** : difficult to penetrate or comprehend : RECONDITE ⟨~ mathematical problems⟩ **b** : MYSTERIOUS, OBSCURE ⟨a ~ dark secret⟩ **c** : grave in nature or effect (in ~ext disgrace) **d** : of penetrating intellect : WISE ⟨a ~ thinker⟩ **e** : INVOLVED, ENGROSSED ⟨~ in debt⟩ **f** : characterized by profundity of feeling or quality ⟨a ~ sleep⟩; *also* : DEEP-SEATED ⟨~ religious beliefs⟩ **4 a** : of color : high in saturation and low in lightness **b** : having a low musical pitch or pitch range ⟨a ~ voice⟩ **5 a** : situated well within the boundaries ⟨a house ~ in the woods⟩ **b** : remote in time or space ⟨~ in the past⟩ **c** : being below the level of the conscious ⟨~ neurotic motivation⟩ **6 a** : covered, enclosed, or filled to a specified degree — usu. used in combination ⟨ankle-*deep* in mud⟩ **6** : LARGE ⟨~ discounts⟩ **7** : having many good players ⟨a ~ bull pen⟩ *syn* see BROAD — **deep·ness** *n* — **in deep water** : in difficulty or distress

**²deep** *adv* (bef. 12c) **1** : to a great depth : DEEPLY ⟨still waters run ~⟩ **2** : far on : LATE ⟨danced ~ into the night⟩ **3** : near the outer limits of the playing area (the shortstop was playing ~)

**³deep** *n* (bef. 12c) **1 a** : a vast or immeasurable extent : ABYSS **b** (1) : any portions of a body of water; *specif* : a generally long and narrow part in the ocean where the depth exceeds 3000 fathoms (5500 meters) **b** (2) : the middle or most intense part (the ~ of winter) **c** : any of the seven points on a sounding line other than the marks

**deep-dish** *adj* (1918) : a pie usu. with a fruit filling and no bottom crust that is baked in a deep dish

**deep·en** \ˈdē-pən\ *vb* **deep·ened; deep·en·ing** \ˈdēp-niŋ, ˈdē-pə-niŋ\ *vt* (1605) **1** : to make deep or deeper ~ *vi* : to become deeper or more profound

**deep-fry** *vt* (1921) : hot fat or oil deep enough in a cooking utensil to immerse the food to be fried

**deep-freeze** \ˈdēp-ˈfrēz\ *vt* **-froze** \-ˈfrōz\; **-fro·zen** \-ˈfrō-zᵊn\ (1943) **1** : to store in a frozen state **²deep-freeze** \ˈdēp-ˌfrēz\ *n* (1948) **1** : COLD STORAGE **2** (a bill presently awaiting a new congress —*Newsweek*) **2** : intense cold **deep-fry·er** \-ˈfrī(-ə)r\ *n* (1922) : to cook in deep fat **²deep-fry·er** *n* (1950) : a utensil suitable for deep-fat frying

**deep pocket** *n* (1976) **1** : a person or an organization having substantial financial resources **2** *pl* : substantial financial resources

**deep-root·ed** \ˈdēp-ˈrü-təd, -ˈrü-\ *adj* (15c) **1** : deeply implanted or established ⟨a ~ loyalty⟩ *syn* see INVETERATE

**deep-sea** \ˈdēp-ˈsē\ *adj* (1626) : of, relating to, or occurring in the deeper parts of the sea ⟨~ fishing⟩

**deep-seat·ed** \ˈdēp-ˈsē-təd\ *adj* (1741) **1** : situated far below the surface ⟨a ~ inflammation⟩ **2** : firmly established ⟨a ~ tradition⟩ *syn* see INVETERATE

**deep-six** \ˈdēp-ˈsiks\ *vt* (1952) **1** *slang* : to throw away : DISCARD **2** *slang* : to throw overboard

**deep six** *n* [fr. the leadsman's call by *the deep six* for a depth corresponding to the sixth deep on a sounding line] (1944) *slang* : a place of disposal or abandonment — used esp. in the phrase *give it the deep six*

**deep-sky** \ˈdēp-ˌskī\ *adj* (1968) : relating to or existing in space outside the solar system ⟨*deep-sky* objects⟩

**deep space** *n* (ca. 1952) : space well outside the earth's atmosphere and esp. that part lying beyond the earth-moon system

**deep structure** *n* (1964) **1** : a formal representation of the underlying semantic content of a sentence; *also* : the structure which such a representation specifies

**deep throat** *n, often cap D&T* [fr. the nickname given to such an informant in the Watergate scandal by Bob Woodward b1943 U.S. journalist, fr. the title of a pornographic film (1972)] (1973) : an informant who divulges damaging information under cover of anonymity

**deep-wa·ter** \ˈdēp-ˌwȯ-tər, -ˌwä-\ *adj* (1795) : of, relating to, or characterized by water of considerable depth; *esp* : able to accommodate oceangoing vessels ⟨~ ports⟩

**deer** \ˈdir\ *n, pl* **deer** *also* **deers** [ME, deer, animal, fr. OE *dēor* beast; akin to OHG *tior* wild animal, Lith *dvasia* breath, spirit] (bef. 12c) **1** *archaic* : ANIMAL; *esp* : a small mammal **2** : any of numerous ruminant mammals (family Cervidae, the deer family) having two large and two small hooves on each foot and antlers borne by the males of nearly all and by the females of a few forms — **deer-like** \-ˌlīk\ *adj*

**deer·ber·ry** \-ˌber-ē\ *n* (1814) **1** : either of two shrubs (*Vaccinium stamineum* or *V. caesium*) of dry woods and scrub of the eastern U.S. **2** : the edible fruit of a deerberry

**deer·fly** \ˈdir-ˌflī\ *n* (1853) **1** : any of numerous small horseflies (as of the genus *Chrysops*) that include important vectors of tularemia

**deer·hound** \-ˌhau̇nd\ *n* (1818) : SCOTTISH DEERHOUND

**deer mouse** *n* [fr. its agility] (1833) : WHITE-FOOTED MOUSE; *esp* : a mouse (*Peromyscus maniculatus*) widely distributed in forests and grasslands of No. America and Mexico

**deer·skin** \ˈdir-ˌskin\ *n* (14c) : leather made from the skin of a deer; *also* : a garment made from this leather

**deer·stalk·er** \-ˌstȯ-kər\ *n* (1870) : a close-fitting hat with a visor at the front and the back and with earflaps that may be worn up or down — called also *deerstalker cap, deerstalker hat*



deerstalker

**deer tick** *n* (1982) : an ixodid tick (*Ixodes dammini*) that transmits the bacterium causing Lyme disease

**deer·yard** \ˈdir-ˌyärd\ *n* (1849) : a place where deer herd in winter

**de-es·ca·late** \(ˌ)dē-ˈes-kə-ˌlāt, ÷-kyə-\ *vt* (1964) **1** : LIMIT **2b** ~ *vi* : to decrease in extent, volume, or scope — **de-es·ca·la·tion** \(ˌ)dē-ˌes-kə-ˈlā-shən, ÷-kyə-\ *n* — **de-es·ca·la·to·ry** \(ˌ)dē-ˈes-kə-lə-ˌtōr-ē, ÷-kyə-\ *adj*

**deet** \ˈdēt\ *n, often all cap* [prob. fr. *d, e, L, fr. di-* + *ethyl* + *toluamide* (C₉H₁₃NO)] (1962) : a colorless oily liquid insect repellent C₁₂H₁₇NO

**de·face** \di-ˈfās, dē-\ *vt* [ME, fr. MF *desfacier*, fr. OF, fr. *des-* de- + *face* front, face] (14c) **1** : to mar the external appearance of : injure by effacing significant details ⟨~ an inscription⟩ **2** : IMPAIR **3** *obs* : DESTROY — **de·face·ment** \-ˈfās-mənt\ *n* — **de·fac·er** *n*

**¹de fac·to** \di-ˈfak-(ˌ)tō, dē-\ *adv* [ML, lit., from the fact] (1601) : in reality : ACTUALLY

**²de facto** *adj* (1696) **1** : ACTUAL *esp* : being such in effect though not formally recognized ⟨a *de facto* state of war⟩ **2** : exercising power as if legally constituted ⟨a *de facto* government⟩

**de·fal·cate** \di-ˈfal-ˌkāt, -ˈfȯl-, dē-; ˈde-fəl-\ *vb* **-cat·ed; -cat·ing** [ML *defalcatus*, pp. of *defalcare*, fr. L *de-* + *falc-, falx* sickle] *vt* (1540) *archaic* : DEDUCT, CURTAIL ~ *vi* : to engage in embezzlement — **de·fal·ca·tor** \-ˌkā-tər\ *n*

**de·fal·ca·tion** \ˌdē-ˌfal-ˈkā-shən, dē-ˌfȯl-, di-; ˌde-fal-\ *n* (15c) **1** *archaic* : a deduction from a sum **2** *chiefly Brit* : a reduction **3 a** : the act or an instance of embezzling **3 a** : a failure to meet a promise or an expectation

**def·a·ma·tion** \ˌde-fə-ˈmā-shən\ *n* (14c) : the act of defaming another : CALUMNY — **de·fam·a·to·ry** \di-ˈfa-mə-ˌtōr-ē, dē-\ *adj*

**de·fame** \di-ˈfām, dē-\ *vt* **de·famed; de·fam·ing** [ME, fr. MF & ML; MF *defamer*, fr. ML *defamare*, alter. of L *diffamare*, fr. *dis-* + *fama* reputation, fame] (14c) **1** *archaic* : DISGRACE **2** : to harm the reputation of by libel or slander **3** *archaic* : ACCUSE *syn* see MALIGN — **de·fam·er** *n*

**de·fang** \(ˌ)dē-ˈfaŋ\ *vt* (1953) : to make harmless or less powerful

**de·fat** \(ˌ)dē-ˈfat\ *vt* (1919) : to remove fat from

**de·fault** \di-ˈfȯlt, dē-; ˈdē-ˌfȯlt\ *n* [ME *defaute, defaulte*, fr. OF *defaute*, fr. *defaillir* to be lacking, fail, fr. *de-* + *faillir* to fail] (13c) **1** : failure to do something required by duty or law : NEGLECT **2** *archaic* : FAULT **3 a** : failure to pay financial debts **4 a** : failure to appear at the required time in a legal proceeding **b** : failure to compete in or to finish an appointed contest **5** : a selection automatically used by a computer program in the absence of a choice made by the user — **in default of** : in the absence of

**²default** *vi* (15c) **1** : to fail to fulfill a contract, agreement, or duty: *as* **a** : to fail to meet a financial obligation **b** : to fail to appear in court **c**

| \ə\ *abut* | \ᵊ\ *kitten*, F *table* | \ər\ *further* | \a\ *ash* | \ā\ *ace* | \ä\ *mop, mar* |
| \au̇\ *out* | \ch\ *chin* | \e\ *bet* | \ē\ *easy* | \g\ *go* | \i\ *hit* | \ī\ *ice* | \j\ *job* |
| \ŋ\ *sing* | \ō\ *go* | \ȯ\ *law* | \ȯi\ *boy* | \th\ *thin* | \t̶h\ *the* | \ü\ *loot* | \u̇\ *foot* |
| \y\ *yet* | \zh\ *vision* | \ə, k, ᵊ, œ, ᵫ, ᵫ, ʏ\ *see Guide to Pronunciation* |

**depravity ● derived** 311

de·prav·i·ty \di-'pra-və-tē also -'prä-\ n, pl -ties (1641) 1 : the quality or state of being depraved 2 : a corrupt act or practice

dep·re·cate \'de-pri-ˌkāt\ vt -cat·ed; -cat·ing [L deprecatus, pp. of deprecari to avert by prayer, fr. de- + precari to pray — more at PRAY] (1628) 1 ᵃ archaic : to pray against (as an evil) ᵇ : to seek to avert 〈~ the wrath . . . of the Roman people —Tobias Smollett〉 2 : to express disapproval of 3 ᵃ : PLAY DOWN : make little of 〈speaks five languages . . . but —'s this facility —Time〉 ᵇ : BELITTLE, DISPARAGE 〈the most reluctantly admired and least easily deprecated of . . . novelists —New Yorker〉 — dep·re·cat·ing·ly \-ˌkā-tiŋ-lē\ adv — dep·re·ca·tion \ˌde-pri-'kā-shən\ n

dep·re·ca·to·ry \'de-pri-kə-ˌtȯr-ē, -ˌtōr-; 'de-prə-ˌkā-tə-rē\ adj (1586) 1 : seeking to avert disapproval : APOLOGETIC 2 : serving to deprecate : DISAPPROVING — dep·re·ca·to·ri·ly \-rə-lē\ adv

de·pre·ci·ate \di-'prē-shē-ˌāt\ vb -at·ed; -at·ing [LL depretiatus, pp. of depretiare, fr. L de- + pretium price — more at PRICE] vt (15c) 1 : to lower the price or estimated value of 2 : to fall in value — syn see DECRY — de·pre·ci·a·ble \-shə-bəl\ adj — de·pre·ci·at·ing·ly \-ˌā-tiŋ-lē\ adv — de·pre·ci·a·tion \-ˌprē-shē-'ā-shən\ n — de·pre·ci·a·tive \-'prē-shə-tiv, -shē-ˌā-tiv\ adj — de·pre·ci·a·tor \-shē-ˌā-tər\ n — de·pre·ci·a·to·ry \-shē-ə-ˌtȯr-ē, -ˌtōr-ē

dep·re·date \'de-prə-ˌdāt\ vb -dat·ed; -dat·ing [LL depraedatus, pp. of depraedari, fr. L de- + praedari to plunder — more at PREY] vt (1626) : to lay waste : PLUNDER, RAVAGE ~ vi : to engage in plunder — dep·re·da·tion \ˌde-prə-'dā-shən\ n — dep·re·da·tor \'de-prə-ˌdā-tər\ n

de·press \di-'pres, dē-\ vt [ME, fr. MF depresser, fr. L depressus, fr. L deprimere to press down, fr. de- + premere to press — more at PRESS] (14c) 1 obs : REPRESS, SUBJUGATE 2 ᵃ : to press down 〈~ a typewriter key〉 ᵇ : to cause to sink to a lower position 3 : to lessen the activity or strength of 4 : SADDEN, DISCOURAGE 5 : to decrease the market value or marketability of — de·press·i·ble \-'pre-sə-bəl\ adj

de·pres·sant \di-'pre-s'nt, dē-\ n (1876) : one that depresses; specif : an agent that reduces a bodily functional activity or an instinctive desire (as appetite) — depressant adj

de·pressed adj (1621) 1 : low in spirits : SAD; esp : affected by psychological depression 2 ᵃ : vertically flattened 〈a ~ . . . having the central part lower than the margin〉 ᵇ : lying flat or prostrate 4 : dorsoventrally flattened 3 : suffering from economic depression; esp : UNDERPRIVILEGED 4 : being below the standard

de·press·ing adj (1789) : that depresses; esp : causing emotional depression 〈a ~ story〉 — de·press·ing·ly \-siŋ-lē\ adv

de·pres·sion \di-'pre-shən, dē-\ n (14c) 1 ᵃ : the angular distance of a celestial object below the horizon ᵇ : the size of an angle of depression 2 : an act of depressing or a state of being depressed: as ᵃ : a pressing down : LOWERING ᵇ (1) : a state of feeling sad : DEJECTION (2) : a psychoneurotic or psychotic disorder marked esp. by sadness, inactivity, difficulty in thinking and concentration, a significant increase or decrease in appetite and time spent sleeping, feelings of dejection and hopelessness, and sometimes suicidal tendencies ᶜ (1) : a reduction in activity, amount, quality, or force (2) : a lowering of vitality or functional activity 3 : a depressed place or part : HOLLOW 4 : low 1b 5 : a period of low general economic activity marked esp. by rising levels of unemployment

Depression glass n [Great Depression of 1929 to ca. 1939] (1971) : tinted glassware machine-produced during the 1930s

de·pres·sive \di-'pre-siv, dē-\ adj (1620) 1 : tending to depress 2 ᵃ : relating to, marked by, or affected by psychological depression — de·pres·sive·ly adv

²depressive n (1937) : one who is affected with or prone to psychological depression

de·pres·sor \di-'pre-sor, dē-\ n [LL, fr. L deprimere] (1611) : one that depresses: as ᵃ : a muscle that draws down a part — compare LEVATOR ᵇ : a device for pressing down or aside ᶜ : a nerve or nerve fiber that decreases the activity or the tone of the organ or part it innervates

de·pres·sur·ize \(ˌ)dē-'pre-shə-ˌrīz\ vt (1944) 1 : to release pressure from — de·pres·sur·i·za·tion \(ˌ)dē-ˌpre-shə-rə-'zā-shən\ n

de·prive \di-'prīv\ vt de·prived; de·priv·ing [ME depriven, fr. ML deprivare, fr. L de- + privare to deprive — more at PRIVATE] (14c) 1 : REMOVE 2 : to take something away from 〈deprived him of his citizenship —J. M. Phalen〉 3 : to remove from office 4 : to withhold something from 〈deprived a citizen of her rights〉 — de·prived adj (ca. 1522) : marked by deprivation esp. of the necessities of life or of healthful environmental influences (culturally ~ children)

dep·ro·gram \(ˌ)dē-'prō-ˌgram, -grəm\ vt (1973) : to dissuade from convictions usu. of a religious nature often by coercive means — de·pro·gram·mer \-mər\ n

depth \'depth\ n, pl depths \'depths, 'dep(t)s\ [ME, prob. fr. dep deep] (14c) 1 ᵃ (1) : a deep place in a body of water (2) : a part that is far from the outside or surface 〈the ~s of the woods〉 (3) : ABYSS 2 ᵇ : a profound or intense state (as of thought or feeling) 〈the ~s of misery〉; also : a reprehensibly low condition 〈hadn't realized that standards had fallen to such ~s〉 (2) : the middle of a time (as winter) ᶜ : the worst part 2 ᵃ : the perpendicular measurement downward from a surface ᵇ : the direct linear measurement from front to back 3 ᵃ : the quality of being deep 4 ᵃ : the degree of intensity 〈~ of a color〉; also ᵇ : the quality of being profound (as in insight) or full (as of knowledge) 5 : the quality or state of being complete or thorough 〈a study will be made in ~〉 — depth·less \'depth-ləs\ adj

depth charge n (1917) : an antisubmarine weapon that consists essentially of a drum filled with explosives which is dropped near a target and descends to a predetermined depth where it explodes — called also depth bomb

depth of field (1911) : the range of distances of the object in front of the image-forming device (as a camera lens) measured along the axis of the device throughout which the image has acceptable sharpness

depth perception n (ca. 1911) : the ability to judge the distance of objects and the spatial relationship of objects at different distances

depth psychology n (1924) : PSYCHOANALYSIS; also : psychology concerned esp. with the unconscious mind

dep·u·ta·tion \ˌde-pyə-'tā-shən\ n (14c) 1 : the act of appointing a deputy 2 : a group of people appointed to represent others

de·pute \di-'pyüt\ vt de·put·ed; de·put·ing [ME, to appoint, fr. MF deputer, fr. LL deputare to assign, fr. L to consider (as), fr. de- + putare to consider — more at PAVE] (14c) 1 : to appoint as deputy 2 : DELEGATE

dep·u·tize \'de-pyə-ˌtīz\ vb -tized; -tiz·ing w (ca. 1736) : to appoint as deputy ~ vi : to act as deputy — dep·u·ti·za·tion \ˌde-pyə-tə-'zā-shən\ n

dep·u·ty \'de-pyə-tē\ n, pl -ties [ME, fr. MF député, pp. of deputer] (15c) 1 ᵃ : a person appointed as a substitute with power to act ᵇ : a second in command or assistant who usu. takes charge when his or her superior is absent 2 : a member of the lower house of some legislative assemblies

de·rac·i·nate \dē-'ra-s'n-ˌāt\ vt -nat·ed; -nat·ing [MF desraciner, fr. ROOT] (1599) 1 : UPROOT — de·rac·i·na·tion \(ˌ)dē-ˌra-s'n-'ā-shən\ n

de·rail \dē-'rāl\ vt [F dérailler to throw off the track, fr. dé- de- + rail, E] vt (1850) 1 : to cause to run off the track 2 : to obstruct the progress of : FRUSTRATE ~ vi : to leave the rails — de·rail·ment n

de·rail·leur \di-'rā-lər\ n [F dérailleur, fr. dérailler] (1930) : a mechanism for shifting gears on a bicycle that operates by moving the chain from one set of exposed gears to another

de·range \di-'rānj\ vt de·ranged; de·rang·ing [F déranger, fr. OF desrengier, fr. des- de- + reng line, row — more at RANK] (1776) 1 : to disturb the operation or functions of 2 : DISARRANGE 〈hatless, with tie deranged —C. W. Stonier〉 3 : to make insane — de·range·ment \-mənt\ n

de·rate \'dē-'rāt\ vt (1947) : to lower the rated capability of (as electrical or mechanical apparatus) because of deterioration or inadequacy

der·by \'dər-bē, esp Brit 'där-\ n, pl -bies [Edward Stanley †1834, 12th earl of Derby] (1844) 1 : any of several horse races held annually and usu. restricted to three-year-olds 2 ᵃ : a race or contest open to all comers or to a specified category of contestants 〈bicycle ~〉 3 ᵃ : man's stiff felt hat with dome-shaped crown and narrow brim

de·re·al·i·za·tion \(ˌ)dē-ˌrē-ə-lə-'zā-shən, -ˌrē-ə-\ n (1942) : a feeling of altered reality that occurs often in schizophrenia and in some drug reactions

de·reg·u·la·tion \(ˌ)dē-ˌre-gyə-'lā-shən\ n (1963) : the act or process of removing restrictions and regulations — de·reg·u·late \(ˌ)dē-'re-gyə-ˌlāt\ vt

der·e·lict \'der-ə-ˌlikt\ adj [L derelictus, pp. of derelinquere to abandon, fr. de- + relinquere to leave — more at RELINQUISH] (1649) 1 : abandoned esp. by the owner or occupant : RUN-DOWN 2 : lacking a sense of duty : NEGLIGENT

²derelict n (1670) 1 ᵃ : something voluntarily abandoned; specif : a ship abandoned on the high seas ᵇ : a tract of land left dry by receding water 2 ᵃ : a destitute homeless social misfit : VAGRANT, BUM ᵇ : something that is forsaken or abandoned (as a ship)

der·e·lic·tion \ˌder-ə-'lik-shən\ n (1597) 1 ᵃ : an intentional abandoning permanently dry land 3 ᵃ : intentional or conscious neglect : DELINQUENCY 〈~ of duty〉 ᵇ : FAULT, SHORTCOMING

de·re·press \ˌdē-ri-'pres\ vt (1962) : to activate (a gene or enzyme) by releasing from a blocked state — de·re·pres·sion \-'pre-shən\ n

de·ride \di-'rīd, dē-\ vt de·rid·ed; de·rid·ing [L deridēre, fr. de- + ridēre to laugh] (1530) 1 : to laugh at contemptuously 2 : to subject to usu. bitter or contemptuous ridicule — syn see RIDICULE — de·rid·er n — de·rid·ing·ly \-'rī-diŋ-lē\ adv

de ri·gueur \də-rē-'gər\ adj [F] (1833) : prescribed or required by fashion, etiquette, or custom : PROPER

de·ri·sion \di-'ri-zhən\ n [ME, fr. MF, fr. LL derision-, derisio, fr. L derid(ēre)] (14c) 1 ᵃ : the use of ridicule or scorn to show contempt ᵇ : a state of being derided 2 : an object of ridicule or scorn causing derision — de·ri·sive·ly adv — de·ri·sive·ness n

de·ri·so·ry \di-'rī-sə-rē, -zə-\ adj (1618) 1 : expressing derision : DERISIVE 2 : worthy of derision; esp : laughably small 〈a ~ sum〉

der·i·vate \'der-ə-vət\ adj (1653) : capable of being derived

der·i·va·tion \ˌder-ə-'vā-shən\ n (14c) 1 ᵃ (1) : the formation of a word from another word or base (as by the addition of a usu. noninflectional affix) (2) : an act of ascertaining or stating the derivation of a word (3) : ETYMOLOGY 1 ᵇ : the relation of a word to its base 2 ᵃ : SOURCE, ORIGIN ᵇ : DESCENT; ORIGINATION 3 : something derived 4 : DERIVATIVE 4 : an act or process of deriving 5 : a sequence of statements in logic or mathematics) showing that a result is a necessary consequence of previously accepted statements — der·i·va·tion·al \-shnəl, -shə-n'l\ adj

¹de·riv·a·tive \di-'ri-və-tiv\ n (15c) 1 : a word formed by derivation 2 : something derived 3 ᵃ : the limit of the ratio of the change in a function to the corresponding change in its independent variable as the latter change approaches zero 4 : a chemical substance related structurally to another substance and theoretically derivable from it ᵇ : a substance that can be made from another substance

²derivative adj (ca. 1530) 1 : formed by derivation 2 : made up of or a·tive·ly adv — de·riv·a·tive·ness n

de·riv·a·ti·za·tion \di-ˌri-və-tə-'zā-shən\ n (1967) : the conversion of a chemical compound into a derivative (as for identification) — de·riv·a·tize \di-'ri-və-ˌtīz\ vt

de·rive \di-'rīv, dē-\ vb de·rived; de·riv·ing [ME, fr. MF deriver, fr. L derivare, lit., to draw off (water), fr. de- + rivus stream — more at RUN] vt (14c) 1 ᵃ : to take, receive, or obtain esp. from a specified source ᵇ : to obtain (a chemical substance) actually or theoretically from a parent substance 2 : INFER, DEDUCE 3 archaic : BRING 4 : to trace

\ə abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u\ foot \y\ yet \zh\ vision \ä, ᵏ, ᵉ, œ, ᴔ, ue, ᵫ, ᵊ\ see Guide to Pronunciation

**312   deriver ● desert**

the derivation of ~ *vi* : to have or take origin : come as a derivative — *syn* see SPRING — **de-riv-er** *n*

**derm-** or **derma-** or **dermo-** *comb form* [NL, fr. Gk derm-, dermo-, fr. derma, fr. derein to skin — more at TEAR] : skin (*dermal*)

**-derm** \ˌdərm\ *n comb form* [prob. fr. F derme, fr. Gk derma] : skin : covering (ectoderm)

**-der-ma** \ˈdər-mə\ *n comb form, pl -dermas* or **-der-ma-ta** \-mə-tə\ [NL, fr. Gk dermat-, derma skin] : skin or skin ailment of a (specified) type (scleroderma)

**derm-a-bra-sion** \ˌdər-mə-ˈbrā-zhən\ *n* (ca. 1954) : surgical removal of skin blemishes or imperfections (as scars or tattoos) by abrasion (as with sandpaper or wire brushes)

**der-mal** \ˈdər-məl\ *adj* (ca. 1803) 1 : of or relating to skin and esp. to the dermis : CUTANEOUS 2 : EPIDERMAL

**dermat-** or **dermato-** *comb form* [Gk, fr. dermat-, derma] : skin (*dermatitis*) (dermatology)

**der-ma-ti-tis** \ˌdər-mə-ˈtī-təs\ *n* (1876) : inflammation of the skin

**der-ma-to-gen** \(ˌ)dər-ˈma-tə-jən\ *n* [ISV] (1882) : PROTODERM

**der-ma-to-glyph-ics** \ˌdər-mə-tə-ˈgli-fiks\ *n pl but sing or pl in constr* (dermat- + Gk glyphein to carve — E at CLEAVE] (1926) 1 : skin patterns; esp : patterns of the specialized skin of the inferior surfaces of the hands and feet 2 : the science of the study of skin patterns — **der-ma-to-glyph-ic** \-fik\ *adj*

**der-ma-tol-o-gy** \ˌdər-mə-ˈtä-lə-jē\ *n* (1819) : a branch of science dealing with the skin, its structure, functions, and diseases — **der-ma-to-log-ic** \-mə-tᵊl-ˈä-jik\ or **der-ma-to-log-i-cal** \-ji-kəl\ *adj* — **der-ma-tol-o-gist** \-mə-ˈtä-lə-jist\ *n*

**der-ma-tome** \ˈdər-mə-ˌtōm\ *n* [ISV dermat- + -ome] (1910) : the lateral wall of a somite from which the dermis is produced — **der-ma-to-mal** \ˌdər-mə-ˈtō-məl\ *adj*

**der-ma-to-phyte** \ˈdər-ˈma-tə-ˌfīt, ˈdər-mə-\ *n* [ISV] (1882) : a fungus parasitic on the skin or skin derivatives (as hair or nails)

**der-ma-to-sis** \ˌdər-mə-ˈtō-səs\ *n, pl -to-ses* \-ˌsēz\ (1866) : a disease of the skin

**-der-ma-tous** \ˈdər-mə-təs\ *adj comb form* [Gk dermat-, derma skin] : having a (specified) type of skin (pachydermatous)

**der-mes-tid** \(ˌ)dər-ˈmes-təd\ *n* [deriv. fr. Gk dermēstēs, a leather-eating worm, lit., skin eater, fr. derm- + edmenai to eat — more at EAT] (ca. 1888) : any of a family (Dermestidae) of beetles with clubbed antennae that are very destructive to organic material of animal origin (as dried meat, wool, or museum specimens) — **dermestid** *adj*

**der-mis** \ˈdər-məs\ *n* [NL, fr. LL -dermis] (ca. 1830) : the sensitive vascular inner mesodermic layer of the skin — called also corium, cutis

**-der-mis** \ˈdər-məs\ *n comb form* [LL, fr. Gk, fr. derma] : layer of skin or tissue (endodermis)

**der-moid cyst** \ˈdər-ˌmòid-\ *n* (1872) : a cystic tumor often of the ovary that contains skin and skin derivatives (as hair or teeth) — called also dermoid

**der-nier cri** \ˌdern-ˌyā-ˈkrē\ *n* [F, lit., last cry] (1896) : the newest fashion

**der-o-gate** \ˈder-ə-ˌgāt\ *vb* **-gat-ed**; **-gat-ing** [ME, fr. LL derogatus, pp. of derogare, fr. L, to annul (a law), detract, fr. de- + rogare to ask, propose (a law) — more at RIGHT] *vi* (15c) 1 : to cause to seem inferior : DISPARAGE ~ *vi* 1 : to take away a part so as to impair : DETRACT 2 : to act beneath one's position or character — **der-o-ga-tion** \ˌder-ə-ˈgā-shən\ *n* — **de-rog-a-tive** \di-ˈrä-gə-tiv\ *adj*

**de-rog-a-to-ry** \di-ˈrä-gə-ˌtōr-ē, -ˌtòr-\ *adj* (1503) 1 : detracting from the character or standing of something — often used with to, of, or from 2 : expressive of a low opinion : DISPARAGING (~ remarks) — **de-rog-a-to-ri-ly** \-rä-gə-ˈtòr-ə-lē, -ˈtòr-\ *adv*

**der-rick** \ˈder-ik\ *n* [obs. Derrick hangman, gallows, fr. Derrick, name of 17th cent. Eng. hangman] (ca. 1752) 1 : a hoisting apparatus employing a tackle rigged at the end of a beam 2 : a framework or tower over a deep drill hole (as of an oil well) for supporting boring tackle or for hoisting and lowering



derrick 2

**der-ri-ere** or **der-ri-ère** \ˌder-ē-ˈer\ *n* [F derrière, fr. OF derrier back part, rear, fr. derier, adv., behind, fr. LL deretro, fr. L de from + retro back] (1774) : BUTTOCKS

**der-ring-do** \ˌder-iŋ-ˈdü\ *n* [ME dorring don daring to do, fr. dorring (gerund of doren to dare) + don to do] (1579) : daring action : DARING (deeds of ~)

**der-rin-ger** \ˈder-ən-jər\ *n* [Henry Deringer †1869 Am. inventor] (1853) : a short-barreled pocket pistol

**der-ris** \ˈder-əs\ *n* [NL, genus name, fr. Gk, skin, fr. derein to skin — more at TEAR] (1919) 1 : a preparation of derris roots and stems used as an insecticide 2 : any of a large genus (Derris) of leguminous tropical Old World shrubs and woody vines including sources of poisons and esp. commercial sources of rotenone

**der-vish** \ˈdər-vish\ *n* [Turk derviş, lit., beggar, fr. Per darvish] (1585) 1 : a member of a Muslim religious order noted for devotional exercises (as bodily movements leading to a trance) 2 : one that whirls or dances with or as if with the abandonment of a dervish

**des-** *prefix* [F des-, fr. OF des- — more at DE-] : DE- 6 — esp. before vowels (desoxy)

**DES** \ˌdē-(ˌ)ē-ˈes\ *n* (1971) : DIETHYLSTILBESTROL

**de-sa-cral-ize** \(ˌ)dē-ˈsā-krə-ˌlīz, -ˈsa-\ *vt* **-ized**; **-iz-ing** (1911) : to divest of sacred qualities — **de-sa-cral-iza-tion** \(ˌ)dē-ˌsā-krə-lᵊ-ˈzā-shən, -ˌsa-\ *n*

**de-sal-i-nate** \(ˌ)dē-ˈsa-lə-ˌnāt *also* -ˈsā-\ *vt* **-nat-ed**; **-nat-ing** (1949) : DESALT — **de-sa-li-na-tion** \(ˌ)dē-ˌsa-lə-ˈnā-shən *also* -ˌsā-\ *n* — **de-sa-li-na-tor** \(ˌ)dē-ˈsa-lə-ˌnā-tər *also* -ˈsā-\ *n*

**de-sa-li-nize** \(ˌ)dē-ˈsa-lə-ˌnīz *also* -ˈsā-\ *vt* **-nized**; **-niz-ing** (1963) : DESALT — **de-sa-li-ni-za-tion** \(ˌ)dē-ˌsa-lə-nᵊ-ˈzā-shən *also* -ˌsā-\ *n*

**de-salt** \(ˌ)dē-ˈsòlt\ *vt* (ca. 1904) : to remove salt from — **de-salt-er** *n*

**des-cant** \ˈdes-ˌkant\ *n* [ME dyscant, fr. ONF & ML; ONF descant, fr. ML discantus, fr. L dis- + cantus song — more at CHANT] (14c) 1 : a melody or counterpoint sung above the plainsong of the tenor 2 : the art of composing or improvising contrapuntal part music; also : the music so composed or improvised c : SOPRANO, TREBLE d : a superimposed counterpoint to a simple melody sung typically by some or all of the sopranos 2 : discourse or comment on a theme

**²des-cant** \des-ˈkant, des-ˈ, dis-\ *vi* (15c) 1 : to sing or play a descant broadly : SING 2 : COMMENT, DISCOURSE

**de-scend** \di-ˈsend, dē-\ *vb* [ME, fr. OF descendre, fr. L descendere, fr. de- + scandere to climb — more at SCAN] *vi* (13c) 1 : to pass from a higher place or level to a lower one (~ed from the platform) 2 : to pass in discussion from what is logically prior or more comprehensive 3 a : to come down from a source or source : DERIVE (~s from an old merchant family) b : to pass by inheritance (a desk that has ~ed in the family) c : to pass by transmission (songs ~ed from old ballads) 4 : to incline, lead, or extend downward (the road ~s to the river) 5 a : to swoop or pounce down (as in a sudden attack) b : to appear suddenly and often disconcertingly as if from above (reporters ~ed on the candidate) 6 : to proceed in a sequence or gradation from higher to lower or from more remote to nearer or more recent 7 a : to lower oneself in status or dignity : STOOP b : to worsen and sink in condition or estimation ~ *vt* 1 : to pass, move, or climb down or down along 2 : to extend down along — **de-scend-ible** \-ˈsen-də-bəl\ *adj*

**de-scen-dant** or **de-scen-dent** \di-ˈsen-dənt\ *adj* [MF & L; MF descendant, fr. L descendent-, descendens, prp. of descendere] (1572) 1 : moving or directed downward 2 : proceeding from an ancestor or source

**²descendant** or **descendent** \[F & L; F descendant, fr. LL descens-, descendens, fr. L] (1600) 1 : one descended from another or from a common stock 2 : one deriving directly from a precursor or prototype

**de-scend-er** \di-ˈsen-dər, ˈdē-\ *n* (1802) : the part of a lowercase letter (as p) that descends below the main body of the letter; also : a letter that has such a part

**de-scen-sion** \di-ˈsen-chən\ *n* (15c) archaic : DESCENT 2

**de-scent** \di-ˈsent\ *n* [ME, fr. MF descente, fr. OF descendre (14c) 1 a : derivation from an ancestor : BIRTH, LINEAGE (of French ~) b : transmission or devolution of an estate by inheritance usu. in the descending line c : the fact or process of originating from an ancestral stock d : the shaping or development in nature and character by transmission from a source : DERIVATION 2 : the act or process of descending 3 : a step downward in a scale of gradation; specif : one generation in an ancestral line (or genealogical scale 4 a : an inclination downward : SLOPE b : a descending way (as a downgrade or stairway) c obs : the lowest part 5 a : ATTACK, INVASION b : a sudden disconcerting appearance (as for a visit) 6 : a downward step (as in station or value) : DECLINE (~ of the family to actual poverty)

**de-scribe** \di-ˈskrīb\ *vt* **de-scribed**; **de-scrib-ing** [ME, fr. L describere, fr. de- + scribere to write — more at SCRIBE] (15c) 1 : to represent or give an account of in words (~ a picture) 2 : to represent by a figure, model, or picture : DELINEATE 3 obs : DISTRIBUTE 4 : to trace or traverse the outline of (~ a circle) 5 archaic : OBSERVE, PERCEIVE — **de-scrib-able** \-ˈskrī-bə-bəl\ *adj* — **de-scrib-er** *n*

**de-scrip-tion** \di-ˈskrip-shən\ *n* [ME descripcioun, fr. MF & L; MF description, fr. L description-, descriptio, fr. describere] (14c) 1 a : an act of describing; specif : discourse intended to give a mental image of something experienced b : a descriptive statement or account 2 : kind or character esp. as determined by salient features (opposed to any tax of so radical a ~) — *syn* see TYPE

**de-scrip-tive** \di-ˈskrip-tiv\ *adj* (1751) 1 : serving to describe (a ~ account) 2 a : referring to, constituting, or grounded in matters of observation or experience (the ~ basis of science) b : factually grounded or informative rather than normative, prescriptive, or emotive (~ cultural studies) 3 of a modifier : a : expressing the quality, kind, or condition of what is denoted by the modified term (hot in "hot water" is a ~ adjective) b : NONRESTRICTIVE 4 : of, relating to, or dealing with the structure of a language at a particular time usu. with exclusion of historical and comparative data (~ linguistics) — **de-scrip-tive-ly** *adv* — **de-scrip-tive-ness** *n*

**de-scrip-tor** \di-ˈskrip-tər\ *n* (1933) : something (as a word or characteristic feature) that serves to describe or identify; esp : a word or phrase (as an index term) used to identify an item (as a subject or document) in an information retrieval system

**de-scry** \di-ˈskrī\ *vt* **de-scried**; **de-scry-ing** [ME descrien, fr. MF descrier to proclaim, decry] (14c) 1 a : to catch sight of b : to find out : DISCOVER 2 obs : to make known : REVEAL

**²descry** *n* (1605) obs : discovery or view from afar

**Des-de-mo-na** \ˌdez-də-ˈmō-nə\ *n* : the wife of Othello in Shakespeare's Othello

**des-e-crate** \ˈde-si-ˌkrāt\ *vt* **-crat-ed**; **-crat-ing** [de- + -secrate (as in consecrate)] (1677) 1 : to violate the sanctity of : PROFANE 2 : to treat disrespectfully, irreverently, or outrageously (the kind of shore development . . . that has desecrated so many waterfronts —John Fischer) — **des-e-crat-er** or **des-e-cra-tor** \-ˌkrā-tər\ *n* — **des-e-cra-tion** \ˌde-si-ˈkrā-shən\ *n* (ca. 1717) : an act or instance of desecrating : the state of being desecrated

**de-seg-re-gate** \(ˌ)dē-ˈse-gri-ˌgāt\ *vt* (1952) : to eliminate segregation in; specif : to free of any law, provision, or practice requiring isolation of the members of a particular race in separate units ~ *vi* : to become desegregated

**de-seg-re-ga-tion** \(ˌ)dē-ˌse-gri-ˈgā-shən\ *n* (1951) 1 : the action or process of desegregating 2 : the state of being desegregated

**de-se-lect** \ˌdē-sə-ˈlekt\ *vt* (1965) : DISMISS, REJECT

**de-sen-si-tize** \(ˌ)dē-ˈsen(t)-sə-ˌtīz\ *vt* (1898) 1 : to make (a sensitized or hypersensitive individual) insensitive or nonreactive to a sensitizing agent 2 : to make emotionally insensitive or callous; specif : to extinguish an emotional response (as of fear, anxiety, or guilt) to stimuli that formerly induced it — **de-sen-si-ti-za-tion** \(ˌ)dē-ˌsen(t)-sə-tə-ˈzā-shən\ *n* — **de-sen-si-tiz-er** \(ˌ)dē-ˈsen-sə-ˌtī-zər\ *n*

**des-ert** \ˈde-zərt\ *n* [ME, fr. OF, fr. LL desertum, fr. L, neut. of desertus, pp. of deserere to desert, fr. de- + serere to join together — more at SERIES] (13c) 1 : arid barren land; esp : a tract incapable of supporting any considerable population without an artificial water supply b : an area of water apparently devoid of life 2 archaic : a wild uninhabited and uncultivated tract 3 : a desolate or forbidding area (lost in a ~ of doubt) — **de-ser-tic** \de-ˈzər-tik\ *adj*

**746    miticidal • mobile**

**mi-ti-cide** \'mī-tə-ˌsīd\ n [mite] (ca. 1946) : an agent used to kill mites — **mi-ti-cid-al** \ˌmī-tə-'sī-d<sup>ə</sup>l\ adj

**mit-i-gate** \'mi-tə-ˌgāt\ vt **-gat-ed; -gat-ing** [ME, fr. L mitigatus, pp. of mitigare to soften, fr. mitis soft + -igare (akin to L agere to drive); akin to OIr moith soft — more at AGENT] (15c) 1 : to cause to become less harsh or hostile : MOLLIFY ⟨aggressiveness may be mitigated or . . . channeled —Ashley Montagu⟩ 2 a : to make less severe or painful : ALLEVIATE b : EXTENUATE syn see RELIEVE — **mit-i-ga-tion** \ˌmi-tə-'gā-shən\ n — **mit-i-ga-tive** \'mi-tə-ˌgā-tiv\ adj — **mit-i-ga-tor** \-ˌgā-tər\ n — **mit-i-ga-to-ry** \'mi-ti-gə-ˌtor-ē, -ˌtōr-\ adj
usage Mitigate is sometimes used as an intransitive (followed by against) where militate might be expected. Even though Faulkner used it ⟨some intangible and invisible social force that mitigates against him —William Faulkner⟩ and one critic thinks it should be called an American idiom, it is usu. considered a mistake.

**mi-to-chon-dri-on** \ˌmī-tə-'kän-drē-ən\ n, pl **-dria** \-drē-ə\ [NL, fr. Gk mitos thread + chondrion, dim. of chondros grain] (1901) : any of various round or long cellular organelles of most eukaryotes that are found outside the nucleus, produce energy for the cell through cellular respiration, and are rich in fats, proteins, and enzymes — see CELL illustration — **mi-to-chon-dri-al** \-drē-əl\ adj

**mi-to-gen** \'mī-tə-jən\ n [mitosis + -gen] (ca. 1951) : a substance that induces mitosis — **mi-to-gen-ic** \ˌmī-tə-'je-nik\ adj — **mi-to-ge-nic-i-ty** \-jə-'ni-sə-tē\ n

**mi-to-my-cin** \ˌmī-tə-'mī-s<sup>ə</sup>n\ n [ISV mito- (prob. fr. NL mitosis) + -mycin] (1956) : a complex of antibiotic substances which is produced by a Japanese streptomyces (Streptomyces caespitosus) and one form of which acts directly on DNA and shows promise as an anticancer agent

**mi-to-sis** \mī-'tō-səs\ n, pl **-to-ses** \-ˌsēz\ [NL, fr. Gk mitos thread] (1887) 1 : a process that takes place in the nucleus of a dividing cell, involves typically a series of steps consisting of prophase, metaphase, anaphase, and telophase, and results in the formation of two new nuclei each having the same number of chromosomes as the parent nucleus — compare MEIOSIS 2 : cell division in which mitosis occurs — **mi-tot-ic** \-'tä-tik\ adj — **mi-tot-i-cal-ly** \-ti-k(ə-)lē\ adv

**mi-tral** \'mī-trəl\ adj (1610) 1 : resembling a miter 2 : of, relating to, being, or adjoining a mitral valve or orifice

**mitral valve** n (1705) : BICUSPID VALVE

**mi-tre-wort** also **mi-ter-wort** \'mī-tər-ˌwərt, -ˌwȯrt\ n (ca. 1818) : any of a genus (Mitella) of rhizomatous perennial herbs of the saxifrage family that bear a capsule resembling a bishop's miter

**mitt** \'mit\ n [short for mitten] (1765) 1 a : a woman's glove that leaves the fingers uncovered b : MITTEN 1 c : a baseball catcher's or first baseman's glove made in the style of a mitten 2 slang : HAND — **mit-ten** \'mi-t<sup>ə</sup>n\ n [ME mitain, fr. MF mitaine, fr. OF, fr. mite mitten] (14c) 1 : a covering for the hand and wrist having a separate section for the thumb only 2 : MITT 1a

**mit-ti-mus** \'mi-tə-məs\ n [L, we send, fr. mittere to send] (ca. 1591) : a warrant of commitment to prison

**mitz-vah** \'mits-və\ n, pl **mitz-voth** \-ˌvōt, -ˌvōth, -ˌvōs\ or **mitz-vahs** [Heb miṣwāh] (1650) 1 : a commandment of the Jewish law 2 : a meritorious or charitable act

¹**mix** \'miks\ vb [ME, back-formation fr. mixte mixed, fr. MF, fr. L mixtus, pp. of miscēre to mix; akin to Gk mignynai to mix] vt (15c) 1 a (1) : to combine or blend into one mass (2) : to combine with another b : to bring into close association (~ business with pleasure) 2 a : to form by mixing components (~ a drink at the bar) b : to produce (a sound recording) by electronically combining or adjusting sounds from more than one source 3 : CONFUSE —often used with up (~es things up in his eagerness to speak out —Irving Howe) ~ vi 1 a : to become mixed b : to be capable of mixing 2 : to enter into relations : ASSOCIATE 3 : CROSSBREED 4 : to become involved : PARTICIPATE (decided not to ~ in politics) — **mix-able** \'mik-sə-bəl\ adj — **mix it up** : to engage in a fight, contest, or dispute
syn MIX, MINGLE, COMMINGLE, BLEND, MERGE, COALESCE, AMALGAMATE, FUSE mean to combine into a more or less uniform whole. MIX may or may not imply loss of each element's identity (mix the salad greens) (mix a drink). MINGLE usu. suggests that the elements are still somewhat distinguishable or separately active (fear mingled with anticipation in my mind). COMMINGLE implies a closer or more thorough mingling (a sense of duty commingled with a fierce pride drove her). BLEND implies that the elements as such disappear in the resulting mixture (blended several teas to create a balanced flavor). MERGE suggests a combining in which one or more elements are lost in the whole (in his mind reality and fantasy merged). COALESCE implies an affinity in the merging elements and usu. a resulting organic unity (telling details that coalesce into a striking portrait). AMALGAMATE implies the forming of a close union without complete loss of individual identities (refugees who were readily amalgamated into the community). FUSE stresses oneness and indissolubility of the resulting product (a building in which modernism and classicism are fused).

²**mix** n (ca. 1586) 1 : an act or process of mixing 2 : a product of mixing: as a : a commercially prepared mixture of food ingredients (a cake ~) b : a combination of different kinds (the right ~ of jobs, people and amenities —London Times) 3 : MIXER 2b

**mixed** \'mikst\ adj [ME mixte] (15c) 1 : combining characteristics of more than one kind; specif : combining features of two or more systems of government (a ~ constitution) 2 : made up of or involving individuals of more than one kind: as a : made up of or involving persons differing in race, national origin, religion, or class b : made up of or involving individuals of both sexes (~ company) (a ~ school) 3 : including or accompanied by inconsistent, incompatible, or contrary elements (~ emotions) (received ~ reviews) (a ~ blessing) 4 : deriving from two or more races or breeds (a stallion of ~ blood)

**mixed alphabet** n (1931) : an alphabet (as in a cryptographic system) that has been rearranged or disordered systematically or randomly

**mixed bag** n (1926) : a miscellaneous collection : ASSORTMENT

**mixed bud** n (1900) : a bud that produces a branch and leaves as well as flowers

**mixed drink** n (1943) : an alcoholic beverage prepared from two or more ingredients

**mixed farming** n (1872) : the growing of food or cash crops, feed

**mixed grill** n (1913) : meats (as lamb chop, kidney, and bacon) and vegetables broiled together and served on one plate

**mixed marriage** n (1829) : a marriage between persons of different races or religions

**mixed-me-dia** adj (1962) : MULTIMEDIA

**mixed metaphor** n (1800) : a figure of speech combining inconsistent or incongruous metaphors

**mixed nerve** n (1878) : a nerve containing both sensory and motor fibers

**mixed number** n (1542) : a number (as 5¾) composed of an integer and a fraction

**mixed-up** \'mikst-'əp\ adj (1862) : marked by bewilderment, perplexity, or disorder : CONFUSED

**mix-er** \'mik-sər\ n (ca. 1611) 1 : one that mixes: as a (1) : one whose work is mixing the ingredients of a product (2) : one who balances and controls the dialogue, music, and sound effects to be recorded for or with a motion picture or television b : a container, device, or machine for mixing c : a game, stunt, or dance used at a get-together to give members of the group an opportunity to meet one another in a friendly and informal atmosphere 2 : one that mixes with others: as a : a person considered in regard to casual sociability (was shy and a poor ~) b : a nonalcoholic beverage (as ginger ale) used in a mixed drink

**mix-ol-o-gy** \mik-'sä-lə-jē\ n (1948) : the art or skill of preparing mixed drinks — **mix-ol-o-gist** \-jist\ n

**Mix-tec** \'mēs-ˌtek, mis-, mēsh-, mish-\ n, pl **Mixtec** or **Mixtecs** [AmerSp mixteco] (1850) 1 : the language of the Mixtec people 2 : a member of an American Indian people of the state of Oaxaca, Mexico — **Mix-tur** \'miks-chər\ n [ME, fr. MF, fr. OF mixtura, fr. L mixtura, fr. mixtus] (15c) 1 a : the act, the process, or an instance of mixing b (1) : the state of being mixed (2) : the relative proportions of constituents; esp : the proportion of fuel to air produced in a carburetor 2 : a product of mixing : COMBINATION as a : a portion of matter consisting of two or more components in varying proportions that retain their own properties b : a fabric woven of variously colored threads c : a combination of several different kinds

**mix-up** \'miks-ˌəp\ n (1841) 1 : a state or instance of confusion 2 : MIXTURE 3 : CONFLICT, FIGHT

**miz-zen** also **miz-en** \'mi-z<sup>ə</sup>n\ n [ME meson, fr. MF misaine (foremast sail, prob. ultim. fr. L medianus of the middle — more at MEDIAN] (15c) 1 : a fore-and-aft sail set on the mizzenmast 2 : MIZZENMAST — **mizzen** also **mizen** adj (15c) : of or relating to the mizzenmast

**miz-zen-mast** \-ˌmast, -ˌmäst\ n (15c) : the mast aft or next aft of the mainmast in a ship

**miz-zle** \'mi-zəl\ vt; also **miz-zled; miz-zling** \'mi-zə-liŋ, 'miz-liŋ\ [ME miselen; akin to Flem misselen to drizzle, MD mist fog, mist] (15c) : to rain in very fine drops : DRIZZLE — **mizzle** n — **mizzly** \'mi-zə-lē, 'miz-lē\ adj

**mizzle** vi; also **miz-zled; miz-zling** \'mi-zə-liŋ, 'miz-liŋ\ [origin unknown] (1781) chiefly Brit : to depart suddenly

**mne-mon-ic** \ni-'mä-nik\ adj [Gk mnēmonikos, fr. mnēmōn mindful, fr. mimnēskesthai to remember — more at MIND] (1753) 1 : assisting or intended to assist memory; also : of or relating to mnemonics 2 : of or relating to memory — **mne-mon-i-cal-ly** \-ni-k(ə-)lē\ adv

**mnemonic** n (1858) : a mnemonic device or code

**mne-mon-ics** \ni-'mä-niks\ n pl but sing in constr (ca. 1721) : a technique of improving the memory

**Mne-mos-y-ne** \ni-'mä-sə-nē, -'zä-\ n [L, fr. Gk Mnēmosynē] : the Greek goddess of memory and mother of the Muses by Zeus

-**mo** n suffix [duodecimo] — after numerals or their names to indicate the number of leaves made by folding a sheet of paper (sixteenmo) (16mo)

**moa** \'mō-ə\ n [Maori] (1842) : any of various usu. very large extinct flightless birds of New Zealand of a ratite family (Dinornithidae) including one (Dinornis giganteus) about 12 feet (3.7 meters) in height

**Mo-ab-i-ta** \'mō-ə-ˌbīt\ n [ME, fr. LL Moabita, Moabites, fr. Gk Mōabitēs, fr. Mōab Moab, ancient kingdom in Syria] (14c) : a member of an ancient Semitic people related to the Hebrews — **Moabite** or **Mo-ab-it-ish** \-ˌbī-tish\ adj

¹**moan** \'mōn\ n [ME mone, fr. (assumed) OE mān] (13c) 1 : LAMENTATION, COMPLAINT 2 : a low prolonged sound of pain or of grief

²**moan** vi (14c) 1 : to bewail audibly : LAMENT 2 : to utter with moans ~ vi 1 : LAMENT, COMPLAIN 2 a : to make a moan : GROAN b : to emit a sound resembling a moan (the wind ~ed in the trees) — **moan-er** \'mō-nər\ n

**moat** \'mōt\ n [ME mote, prob. fr. MF motte hill, mound] (14c) 1 : a deep and wide trench around the rampart of a fortified place (as a castle) that is usu. filled with water 2 : a channel resembling a moat (as about a seamount or for confinement of animals in a zoo) — **moat-ed** \'mō-təd\ adj — **moat-like** \-ˌlīk\ adj

¹**mob** \'mäb\ n [L mobile vulgus vacillating crowd] (1688) 1 : a large or disorderly crowd; esp : one bent on riotous or destructive action 2 : the lower classes of a community : MASSES, RABBLE 3 chiefly Austral : a flock, drove, or herd of animals 4 : a criminal set : GANG; esp, often cap : MAFIA 1 5 chiefly Brit : a group of people : CROWD syn see CROWD — **mob-bish** \'mä-bish\ adj

²**mob** vt **mobbed; mob-bing** (1709) 1 : to crowd about and attack or annoy (mobbed by autograph hunters) (a crow mobbed by songbirds) 2 : to fill or crowd in or around (customers —the stores on sale days)

**mob-cap** \'mäb-ˌkap\ n [mob woman's cap + cap] (1795) : a woman's fancy indoor cap made with a high full crown and often tied under the chin

**mo-be pearl** or **mo-bé pearl** \'mō-ˌbā-, -mō-\ n, often cap M [origin unknown] (1955) : MABE

¹**mo-bile** \'mō-bəl, -ˌbīl also -ˌbēl\ adj [ME mobyll, fr. MF mobile, fr. L mobilis, fr. movēre to move] (15c) 1 : capable of moving or being moved : MOVABLE (a ~ missile launcher) 2 a : changeable in appearance, mood, or purpose (~ face) b : ADAPTABLE, VERSATILE 3 : MIGRATORY 4 : characterized by the mixing of social groups : having the opportunity for or undergoing a shift in status within the hierarchical social levels of a society (socially ~ workers) 5 : marked by the use of vehicles for transportation (~ warfare) 6 : of or relating to a mobile — **mo-bil-i-ty** \mō-'bi-lə-tē\ n

**drug·gist** \'drə-gist\ *n* (1611) : one who sells or dispenses drugs and medicines: as **a** : PHARMACIST **b** : one who owns or manages a drugstore

**drug·mak·er** \'drəg-,mā-kər\ *n* (1964) : one that manufactures pharmaceuticals

**drug·store** \-,stȯr, -,stȯr\ *n* (1810) : a retail store where medicines and miscellaneous articles are sold : PHARMACY

**drug·store** cowboy *n* (1925) : **1** : one who wears cowboy clothes but has had no experience as a cowboy **2** : one who loafs on street corners and in drugstores

**dru·id** \'drü-id\ *n, often cap* [L *druides, druidae*, pl., fr. Gaulish *druides*; akin to OIr *druí* druid, and perh. to OE *trēow* tree] (1563) : one of an ancient Celtic priesthood appearing in Irish and Welsh sagas and Christian legends as magicians and wizards — **dru·id·ic** \'drü-'i-dik\ or **dru·id·i·cal** \-'i-di-kəl\ *adj, often cap*

**dru·id·ism** \'drü-ə-,di-zəm\ *n, often cap* (1715) : the system of religion, philosophy, and instruction of the druids

**¹drum** \'drəm\ *n* [prob. fr. D *trom*; akin to MHG *trumme* drum] (1539) **1** : a percussion instrument consisting of a hollow shell or cylinder with a drumhead stretched over one or both ends that is beaten with the hands or with some implement (as a stick or wire brush) **2** : TYMPANIC MEMBRANE **3** : the sound of a drum; *also* : a sound similar to that of a drum **4** : any of various bony fishes (family *Sciaenidae*) that make a drumming noise **5** : something resembling a drum in shape: as **a** : a cylindrical machine or mechanical device or part **b** : a cylindrical container; *specif* : a large usu. metal container for liquids (a 55-gallon ~) **c** : a disk-shaped magazine for an automatic weapon — **drum·like** \-,līk\ *adj*



drum 1: 1 bass, 2 snare (orchestra), 3 snare (parade)

**²drum** *vb* **drummed; drum·ming** *vi* (1583) **1** : to make a succession of strokes or vibrations that produce sounds like drumbeats **2** : to beat a drum **3** : to throb or sound rhythmically **4** : to stir up interest : SOLICIT ~ *vt* **1** : to summon or enlist by or as if by beating a drum (were *drummed* into service) **2** : to dismiss ignominiously : EXPEL — usu. used with *out* **3** : to drive or force by steady effort or reiteration (*drummed* the speech into her head) **4** **a** : to strike or tap repeatedly **b** : to produce (rhythmic sounds) by such action

**³drum** *n* [ScGael *druim* back, ridge, fr. OIr *druimm*] (1725) **1** *chiefly Scot* : a long narrow hill or ridge : DRUMLIN

**drum·beat** \'drəm-,bēt\ *n* (1855) **1** : a stroke on a drum or its sound; *also* : a series of such strokes **2** : vociferous advocacy of a cause **3** : DRUMFIRE **2** — **drum·beat·er** \-,bē-tər\ *n* — **drum·beat·ing** \-tiŋ\ *n*

**drum brake** *n* (1950) : a brake that operates by the friction of usu. a pair of shoes pressing against the inner surface of the cylinder of a rotating drum — compare DISC BRAKE

**drum·fire** \'drəm-,fīr\ *n* (1916) **1** : artillery firing so continuous as to sound like a drumroll **2** : something suggestive of drumfire in intensity : BARRAGE (a ~ of publicity)

**drum·head** \-,hed\ *n* (1622) **1** : the material (as skin or plastic) stretched over one or both ends of a drum **2** : the top of a capstan that is pierced with sockets for the levers used in turning it

**drumhead court-martial** *n* [fr. the use of a drumhead as a table] (1835) : a summary court-martial that tries offenses on the battlefield

**drum·lin** \'drəm-lən\ *n* [Ir *druim* back, ridge (fr. OIr *druimm*) + E *-lin* (alter. of *-ling*)] (ca. 1833) : an elongate or oval hill of glacial drift

**drum major** *n* (1844) : the leader of a marching band

**drum major·ette** \,drəm-,mā-jə-'ret\ *n* (1938) **1** : a girl or woman who leads a marching band **2** : a baton twirler who accompanies a marching band

**drum·mer** \'drə-mər\ *n* (1580) **1** **a** : one that plays a drum **b** — used figuratively in expressions denoting an unconventional way of behaving or thinking (march to a different ~) **2** : TRAVELING SALESMAN

**drum·roll** \'drəm-,rōl\ *n* (1887) : a roll on a drum or its sound

**drum·stick** \-,stik\ *n* (1589) **1** : a stick for beating a drum **2** : the segment of a fowl's leg between the thigh and tarsus

**drum up** *vt* (1830) **1** : to bring about by persistent effort (*drum up* some business) **2** : INVENT, ORIGINATE (*drum up* a new method)

**¹drunk** *past part of* DRINK

**²drunk** \'drəŋk\ *adj* [ME *drunke*, alter. of *drunken*] (14c) **1 a** : having the faculties impaired by alcohol **b** : having a level of alcohol in the blood that exceeds a maximum prescribed by law (legally ~) **2** : dominated by an intense feeling (~ with rage) **3** : of, relating to, or caused by intoxication : DRUNKEN

**³drunk** *n* (1779) **1** : a period of drinking to intoxication or of being intoxicated (a 2-day ~) **2** : one who is drunk : DRUNKARD

**drunk·ard** \'drəŋ-kərd\ *n* (15c) : one who is habitually drunk

**drunk·en** \'drəŋ-kən\ *adj* [ME, fr. OE *druncen*, fr. pp. of *drincan* to drink] (bef. 12c) **1** : DRUNK 1 (a ~ driver) **2** *obs* : saturated with liquid **3 a** : given to habitual excessive use of alcohol **b** : of, relating to, or characterized by intoxication (they come from . . . broken homes, ~ homes —B. Gilliam) **c** : resulting from or as if from intoxication (a ~ brawl) **4** : unsteady or lurching as if from alcoholic intoxication — **drunk·en·ly** *adv* — **drunk·en·ness** \-kən-nəs\ *n*

**drunk tank** *n* (1947) : a large detention cell for arrested drunks

**dru·pa·ceous** \drü-'pā-shəs\ *adj* (1822) **1** : of or relating to a drupe **2** : bearing drupes

**drupe** \'drüp\ *n* [NL *drupa*, fr. L overripe olive, fr. Gk *dryppa* olive] (ca. 1753) : a one-seeded indehiscent fruit having a hard bony endocarp, a fleshy mesocarp, and a thin exocarp that is flexible (as in the cherry) or dry and almost leathery (as in the almond)

**drupe·let** \'drü-plət\ *n* (1880) : a small drupe; *specif* : one of the individual parts of an aggregate fruit (as the raspberry)

**druth·ers** \'drə-thərz\ *n pl* [*druther*, alter. of *would rather*] (1875) *dial* : free choice : PREFERENCE — used esp. in the phrase *if one had one's iruthers*

**Druze** *or* **Druse** \'drüz\ *n, pl* **Druze** *or* **Druzes** *or* **Druse** *or* **Druses**

*often attrib* [Ar *Durūz*, pl., fr. Muhammad ibn-Isma'īl al-*Darazīy* †1019 Muslim religious leader] (1786) : a member of a religious sect originating among Muslims and centered in the mountains of Lebanon and Syria

**¹dry** \'drī\ *adj* **dri·er** *also* **dry·er** \'drī(-ə)r\; **dri·est** *also* **dry·est** \'drī-əst\ [ME, fr. OE *drȳge*; akin to OHG *truckan* dry, OE *drēahnian* to drain] (bef. 12c) **1 a** : free or relatively free from a liquid and esp. water **b** : not being in or under water (~ land) **c** : lacking precipitation or humidity (~ climate) **2 a** : characterized by exhaustion of a supply of liquid (a ~ well) **b** : devoid of running water (a ~ ravine) **c** : devoid of natural moisture (my throat was ~) **d** : no longer sticky or damp (the paint is ~) **e** : not giving milk (a ~ cow) **f** : lacking freshness : STALE **g** : ANHYDROUS **3 a** : marked by the absence of scantiness of secretions (a ~ cough) **b** : not shedding or accompanied by tears (a ~ sob) **4** *obs* : involving no bloodshed or drowning (I would fain die a ~ death —Shak.) **5 a** : marked by the absence of alcoholic beverages (a ~ party) **b** : prohibiting the manufacture or distribution of alcoholic beverages **6** : served or eaten without butter or margarine (~ toast) **7 a** : lacking sweetness : SEC (~ champagne) **b** : having all or most sugar fermented to alcohol (a ~ wine) (~ beer) **8 a** : solid as opposed to liquid (~ groceries) **b** : reduced to powder or flakes : DEHYDRATED (~ milk) **9** : functioning without lubrication (a ~ clutch) **10** *of natural gas* : containing no recoverable hydrocarbon (as gasoline) **11** : requiring no liquid in preparation or operation (a ~ photocopying process) **12 a** : not showing or communicating warmth, enthusiasm, or tender feeling : SEVERE (a ~ style of painting) **b** : WEARISOME, UNINTERESTING (~ passages of description) **c** : lacking embellishment : PLAIN (the ~ facts) **13 a** : not yielding what is expected or desired : UNPRODUCTIVE **b** : having no personal bias or emotional concern (the ~ facts) — RESERVED, ALOOF **14** : marked by matter-of-fact, ironic, or terse manner of expression (~ wit) **15** : lacking smooth sound qualities (a ~ rasping voice) **16** : being a dry run (a ~ rehearsal) — **dry·ish** \'drī-ish\ *adj* — **dry·ly** *adv* — **dry·ness** *n*

**²dry** *vb* **dried; dry·ing** *vt* (bef. 12c) : to make dry ~ *vi* : to become dry — **dry·able** \'drī-ə-bəl\ *adj*

**³dry** *n, pl* **drys** (13c) **1** : the condition of being dry : DRYNESS **2** : something dry; *esp* : a dry place **3** : PROHIBITIONIST

**dry·ad** \'drī-əd, -,ad\ *n* [L *dryad-, dryas*, fr. Gk, fr. *drys* tree — more at TREE] (14c) : WOOD NYMPH

**dry·as·dust** \'drī-əz-,dəst\ *adj* (ca. 1872) : BORING — **dryasdust** *n*

**dry cell** *n* (1893) : a voltaic cell whose contents are not spillable — called *also dry battery*

**dry-clean** \'drī-,klēn\ *vt* (1817) : to subject to dry cleaning ~ *vi* : to undergo dry cleaning — **dry-clean·able** \-'klē-nə-bəl\ *adj*

**dry cleaner** *n* (1897) : one whose business is dry cleaning

**dry cleaning** *n* (1897) **1** : the cleaning of fabrics with substantially nonaqueous organic solvents **2** : something that is dry-cleaned

**dry·dock** \'drī-,däk\ *vt* (1884) : to place in a dry dock

**dry dock** *n* (ca. 1627) : a dock that can be kept dry for use during the construction or repairing of ships

**dry·er** *var of* DRIER

**dry-eyed** \'drī-,īd\ *adj* (1667) **1** : not moved to tears or to empathy **2** : marked by the absence of sentimentalism or romanticism

**dry farming** *n* (1878) : farming on nonirrigated land with little rainfall that relies on moisture-conserving tillage and drought-resistant crops — **dry farm** *n* — **dry-farm** *vt* — **dry farmer** *n*

**dry fly** *n* (1846) : an artificial angling fly designed to float

**dry goods** \'drī-,gu̇dz\ *n pl* (1657) : textiles, ready-to-wear clothing, and notions as distinguished esp. from hardware and groceries

**dry hole** *n* (1883) : a well (as for gas or oil) that proves unproductive

**dry ice** *n* (1925) : solidified carbon dioxide

**dry·ing oil** *n* (ca. 1865) : an oil (as linseed oil) that changes readily to a hard tough elastic substance when exposed in a thin film to air

**dry·land** \'drī-,land\ *adj* (1893) : of, relating to, or being a relatively arid region (a ~ wheat state); *also* : of, adapted to, practicing, or being agricultural methods (as dry farming) suited to such a region

**dry·lot** \'drī-,lät\ *n* (1924) : an enclosure of limited size usu. bare of vegetation and used for fattening livestock

**dry measure** *n* (1688) : a series of units of capacity for dry commodities — see METRIC SYSTEM table, WEIGHT table

**dry mop** *n* (1933) : a long-handled mop for dusting floors

**dry-nurse** *vt* (1581) **1** : to act as dry nurse to **2** : to give unnecessary supervision to

**dry nurse** *n* (1598) : a nurse who takes care of but does not breast-feed another woman's baby

**dryo·pith·e·cine** \drī-ō-'pi-thə-,sīn\ *n* [ultim. fr. Gk *drys* tree + *pith-ēkos* ape] (1948) : any of a subfamily (Dryopithecinae) of Miocene and Pliocene Old World anthropoid apes sometimes regarded as ancestors of both man and modern anthropoids — **dryopithecine** *adj*

**dry out** *vi* (1892) : to undergo an extended period of withdrawal from alcohol or drugs at or as at a special clinic

**dry-point** \'drī-,pȯint\ *n* (1883) : an engraving made with a steel or jeweled point directly into the metal plate without the use of acid as in etching; *also* : a print made from such an engraving

**dry-rot** *vt* (1870) : to affect with dry rot ~ *vi* : to become affected with dry rot

**dry rot** *n* (1795) **1 a** : a decay of seasoned timber caused by fungi that consume the cellulose of wood leaving a soft skeleton which is readily reduced to powder **b** : a fungal rot of plant tissue in which the affected areas are dry and often firmer than normal or more or less mummified **2 a** : fungus causing dry rot **3** : decay from within caused esp. by resistance to new forces

**dry run** *n* (ca. 1941) **1** : a practice exercise : REHEARSAL, TRIAL **2** : a practice firing without ammunition

**dry-salt·er** \'drī-,sȯl-tər\ *n* (1707) *Brit* : a dealer in crude dry chemicals and dyes — **dry-salt·ery** \-tə-rē\ *n, Brit*

**dry-shod** \'drī-,shäd\ *adj* (15c) : having dry shoes or feet

**dry sink** *n* (1951) : a wooden cabinet with a tray top for holding a wash basin

**dry·stone** \'drī-,stōn\ *adj* (ca. 1702) *chiefly Brit* : constructed of stone without the use of mortar as an adhesive (a ~ wall)

# EXHIBIT 19


natraceutical

# CERTIFICATE OF ANALYSIS

## CCX REDUCED FAT
## 12% POLYPHENOLS

| | |
|---|---|
| Lot N°: | L01251 |
| Date of production: | 20/12/05 |
| Date of analysis: | 10/04/06 |
| Contract N°: | |

| | |
|---|---|
| Analysis N°: | |
| Shelf life: | 12/2007 |
| Certificate date: | 06/05/06 |

| Parameters | | |
|---|---|---|
| **Description** | **Specifications** | **Results** |
| Botanical name | THEOBROMA CACAO | |
| Part of plant used | COCOA NIB | |
| Colour | BROWN-VIOLET | |
| Appearance | POWDER | |
| **Physicochemical profile** | | |
| Lose on drying (AOAC) · | <= 6.0 % | 6.0 % |
| Fat content (AOAC) | 18.0 - 12.0 % | 11.8 % |
| pH (AOAC) | 5.0 - 7.0 | 5.7 |
| **Nutritional profile** | | |
| Total polyphenols (catechin) (UV-vis) | >= 12.0 % | 17.9 % |
| **Microbiological profile** | | |
| Total viable aerobic count (AOAC) | <= 5,000 c.f.u./g | < 100 C.F.U./G |
| Yeasts and moulds (AOAC) | <= 100 c.f.u./g | 30 c.f.u./g |
| Enterobacteriaceae (AOAC) | <= 10 c.f.u/g | ABSENT |
| E. Coli g (AOAC) | ABSENT | ABSENT |
| Salmonella / 25g (AOAC) | ABSENT | ABSENT |
| **Suggested storage conditions** | | |
| Storage | STORE FROM 4 TO 20°C IN ORIGINAL SEALED PACKAGE | |
| | AVOID EXPOSURE TO LIGHT, HEAT AND AIR | |
| Shelf life | 2 YEARS UNDER SUGGESTED STORAGE CONDITIONS | |

| Approved by: | Quality Control Dpt. | | Quality Control Manager |
|---|---|---|---|
| Signature: | |  | |

# EXHIBIT 20

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:07-CV-1574 (SRC)(MF) |
| ) | |
| vs. ) | |
| ) | **DECLARATION OF** |
| NATRACEUTICAL, S.A., NATRA U.S., ) | **JOHN F. HAMMERSTONE, JR. IN** |
| INC. ) | **SUPPORT OF PLAINTIFF MARS'** |
| ) | **APPLICATION FOR AN ORDER TO SHOW** |
| Defendants. ) | **CAUSE FOR PRELIMINARY INJUNCTION** |
| ) | |

I, John F. Hammerstone Jr., declare as follows:

1.     I have been employed by Mars, Inc. since 1982. I am currently employed in the

Mars Symbioscience business as its Senior Research Manager, and have been employed in this

capacity since 2005.

2.      Previously, from 1982-2005, I was employed in the MasterFoods USA business, first as a research assistant, and later as a Senior Research Chemist.

3.      My educational background is as follows: In 1980, I received a Bachelor of Science Degree in Chemistry from Desales University in Center Valley, Pennsylvania.  I have been the author or co-author of several scientific articles, including over 16 relating to the analysis of cocoa, including the identification and quantification of cocoa polyphenols.

4.      I have personal knowledge of the following facts and, if called as a witness, could and would competently testify as to the following.

5.      I am an inventor or co-inventor on over 20 issued U.S. patents and several more patent applications, including both of the patents being asserted in this action, United States Patent Nos. 6,790,966 ("the '966 patent") and 6,312,753 ("the '753 patent").

6.      These patents relate to products made from cocoa beans, such as extracts and powders.  The products made from cocoa beans are typically in a solid or powder form, but may also be in a liquid form.

7.      Some of the claims of these patents relate to the preservation or extraction of certain compounds found in cocoa beans.  These compounds are known as cocoa polyphenols, and more specifically, as defined in the '753 patent, procyanidins.  The cocoa polyphenols found in the cocoa bean can include monomers and oligomers.  The monomers can include catechins and epicatechins.  The oligomers can include dimers, trimers, tetramers, pentamers, hexamers, heptamers, octamers, nonamers, decamers, undecamers, and dodecamers.

8.      The extracts and cocoa powders are used, for example, as additives for food products, and to provide food products with enhanced health benefits.

9.    In early February, 2007, I obtained Natraceutical's CocoanOX products, including CocoanOX 12 and CocoanOX 45. Each of these products was in a twenty-five kilogram quantity, and was packaged in either a barrel or a box. Each was in a dry powder form. Each of these products included documentation, labeling, and/or a Material Safety Data Sheet, indicating that its source was Natraceutical.

10.    I was asked by Mars, Incorporated to analyze these CocoanOX 12 and CocoanOX 45 products for cocoa polyphenols and other components.

11.    One of the methods of cocoa polyphenol analysis that I used was a method that I invented, and that was described in a 1999 publication, Adamson et al., HPLC Method for the Quantification of Procyanidins in Cocoa and Chocolate Samples and the Correlation to Total Antioxidant Capacity. *J. Agric. Food Chem.*, 1999, 47 [10]: 4184-8. As of April 2, 2007, this method has been cited in at least one-hundred and twenty (120) publications relating to the analysis of flavanols and procyanidins. Moreover, this method has been accepted as the official quantification process of these compounds by the U.S. Department of Agriculture. It is regarded by those in the industry as authoritative and accurate. According to the above process, sub-samples or aliquots of the CocoanOX 12 and CocoanOX 45 products were reconstituted in an acetone buffer. The buffered samples were analyzed by normal phase high performance liquid chromatography (HPLC) techniques, as published by Adamson et al, 1999.

12.    Specifically, the reconstituted sample is pumped through a chromatographic column. The retention time of a particular compound is the time at which the compound elutes, or comes out of the end of the column. Each cocoa polyphenol compound elutes at a characteristic retention time. As the compound elutes, it is detected by a fluorescence detector and creates a peak on a graph.

13.    The results of these analyses for CocoanOX 12 and 45 are shown in the attached Exhibits 1 and 2, respectively. The peaks have been labeled to correspond to the particular cocoa polyphenol indicated as being present and quantifiable.

14.    These analyses clearly demonstrate, for both CocoanOX 12 and CocoanOX 45, the presence of cocoa polyphenols, including monomers and procyanidin oligomers. The monomer peaks are consistent with the presence of both epicatechins and catechins. The oligomer peaks are consistent with the presence of dimers, trimers, tetramers, pentamers, hexamers, heptamers, octamers, nonamers, and decamers. The reason for my conclusion is that I compared the HPLC trace of the CocoanOX products with a reference standard of cocoa procyanidins. The comparison demonstrated that the sample contained each of the above monomers and oligomers.

15.    I have measured the amount of total cocoa procyanidins, or cocoa polyphenols, in the CocoanOX 12 sample. In addition, I have measured the amount of cocoa procyanidin pentamer in the CocoanOX 12 sample. Specifically, I measured the area under each peak that corresponded to the procyanidin compounds in the reconstituted sample of CocoanOX 12 and measured the amounts against an external standard of epicatechin, as disclosed in the '753 patent.

16.    Claim 15 of the '753 patent requires in excess of 50,000 micrograms of total cocoa procyanidin per gram of nonfat cocoa solids.

17.    Claim 16 of the '753 patent requires in excess of 5,000 micrograms of total cocoa procyanidin pentamer per gram of nonfat cocoa solids.

18.    In view of the phrase in these claims, "per gram of nonfat cocoa solids," it is necessary to remove the fat content from the sample. Therefore, I obtained the total cocoa

procyanidins by adding the amounts of all procyanidin compounds in the sample of CocoanOX 12 and adjusting for the fat content of CocoanOX 12. Further, I obtained the total procyanidin pentamer by measuring the procyanidin pentamer peak and adjusting for the fat content of CocoanOX 12. The fat content of CocoanOX 12 is about 11%. *See infra, ¶¶43-44.* Exhibit 3 shows the measured amounts of procyanidin compounds in the reconstituted sample of CocoanOX 12.

19.    I have concluded that the total amount of cocoa procyanadin per gram of nonfat cocoa solids in CocoanOX 12 is 77,000 micrograms.

20.    I have concluded that the total amount of cocoa procyanadin pentamer per gram of nonfat cocoa solids in CocoanOX 12 is 5,500 micrograms.

21.    Another analytical method that I used was a modification of a method that I also co-authored, and that was described in a 2006 publication, Kelm et al., Purification of Cacao (*Theobroma cacao* L.) Procyanidins According to Degree of Polymerization using a Diol Stationary Phase. *J. Agric. Food Chem.*, 2006, 54, 1571-6. The modification consisted of using a faster solvent gradient, and the use of both UV detection and mass spectrometry for identification of the eluted compounds. I used this method for the identification of certain procyanidin oligomers, namely undecamers and dodecamers within the CocoanOX products. According to this process, subsamples or aliquots of the CocoanOX 45 sample were reconstituted in methanol. The reconstituted sample was fractionated on a Sephadex LH-20 HPLC column to enrich the oligomers so that the compounds could be more easily detected by mass spectrometry. A subsample or aliquot of CocoanOX 12 was extracted with a highly concentrated acetone buffer. The extracted CocoanOX 12 sample and the fractionated sample of

CocoanOX 45 were analyzed by normal phase HPLC techniques, as published by Kelm et al., 2006.

22.    Specifically, the extracted CocoanOX 12 sample and the CocoanOX 45 fractions collected from the Sephadex LH-20 HPLC column were injected into a normal phase HPLC column for separation and identification of the compounds contained therein.  The compounds separated by pumping solvent through the column.  Each compound eluted at a characteristic retention time and was detected by UV detection.  As each compound eluted from the column, it entered the mass spectrometer where it was ionized and its mass was measured as a ratio of the actual mass of the compound divided by the number of charges on the compound, according to another analytical method that I co-invented, and that was described in a 1999 publication, Hammerstone et al., Identification of Procyanidins in Cocoa (*Theobroma cacao*) and Chocolate using High Performance Liquid Chromatography/Mass Spectrometry, *J. Agric. Food Chem.* 1999, 47, 490-6.

23.    The results of these analyses for the CocoanOX 12 and 45 fractions are shown in the attached Exhibits 4 and 5, respectively.  These analyses clearly demonstrate the presence of procyanidin oligomers known as undecamers and dodecamers in the CocoanOX 12 and 45 products.  The basis for my conclusion is that I analyzed the unique mass spectral fingerprints for certain compounds that eluted from the CocoanOX 12 sample and the CocoanOX 45 fractions, and these mass spectral fingerprints matched the mass spectral fingerprints for undecamers and dodecamers.

24.    Cocoa beans contain caffeine and theobromine, also known as xanthine alkaloids.  In addition, cocoa beans have a particular identifying "fingerprint" of caffeine and theobromine.  Specifically, when extracts of cocoa beans are analyzed by chromatography, the caffeine and

theobromine in the extracts create peaks that allow for the quantification of caffeine and theobromine. Cocoa beans contain a unique ratio of theobromine to caffeine.

25.     In connection with my analysis of CocoanOX 12 and CocoanOX 45, I performed high performance liquid chromatography (HPLC) tests on the respective reconstituted samples, with ultraviolet (UV) and mass spectrometry detection, to identify and quantify theobromine and caffeine. The results of the HPLC analysis, with UV and mass spectrometry overlaid, for the CocoanOX 12 are shown in the trace of the attached Exhibit 6, while the results of the HPLC analysis, with UV and mass spectrometry overlaid, for the CocoanOX 45 are shown in the trace of the attached Exhibit 7.

26.     Exhibits 8 and 9 depict these analyses, with only the UV trace of theobromine and caffeine in the samples using reverse phase HPLC. These Exhibits 8 and 9 were performed to quantify the amounts of theobromine and caffeine in the CocoanOX 12 and the CocoanOX 45.

27.     I have concluded that caffeine and theobromine are present in both CocoanOX 12 and CocoanOX 45 samples.

28.     I measured the ratios of theobromine to caffeine in the samples and I have concluded that the unique theobromine and caffeine "fingerprint" of the ratio of theobromine to caffeine indicates that CocoanOX 12 and CocoanOX 45 are both derived from cocoa beans.

29.     By my analysis, the CocoanOX 45 contains, on a whole fat basis, 6.44% theobromine and 0.71% caffeine. The relatively high levels of theobromine and caffeine in CocoanOX 45 are consistent with an extract of cocoa.

30.     By my analysis, the CocoanOX 12 contains, on a whole fat basis, 1.66% theobromine and 0.24% caffeine. The relatively low levels of theobromine and caffeine in CocoanOX 12 are consistent with a cocoa powder, not an extract.

31.     The samples can also be analyzed to determine the presence or absence of solvents in the CocoanOX 12 and CocoanOX 45. This test is done by gas chromatography, followed by mass spectrometry of specific compounds.

32.     Specifically, the samples are reconstituted by the addition of water to a vial, which is then sealed with a rubber seal. The vial is then heated, and a vapor forms in the head space at the top of the vial. The needle of a syringe is then inserted into the head space, through the rubber seal, and a portion of the vapor in the head space is withdrawn.

33.     This vapor is injected into a gas chromatograph, and the components are separated by a temperature gradient.

34.     As with HPLC, described above in paragraph 11, the retention time of a particular compound is the time at which the compound elutes from the column. Each compound elutes at a characteristic retention time. As each compound elutes, it is detected and creates a peak on a graph. The area under each peak corresponds to the amount of that compound in the sample.

35.     Moreover, as each compound elutes, the compound is ionized and fragmented in a mass spectrometer. The mass to charge ratio of the fragment ions are detected and can be utilized to help identify the compound.

36.     Exhibits 10 and 11 depict the results of these tests on CocoanOX 12 and CocoanOX 45, respectively.

37.     From my analysis of Exhibit 10, I have concluded that CocoanOX 12 does not include a solvent. The basis for my conclusion is that none of the chromatographic peaks in the total ion chromatogram corresponded to the retention time of a common extraction solvent. Moreover, of the peaks that were present, their unique mass spectral fingerprint was inconsistent with the mass spectrum of a common extraction solvent.

- 8 -

38.     From my analysis of Exhibit 11, I have concluded that CocoanOX 45 includes a solvent and that solvent is ethanol. The basis for my conclusion is that a chromatographic peak in the total ion chromatogram of CocoanOX 45 corresponded to the retention time of ethanol. Moreover, the unique mass spectral fingerprint of this peak was also consistent with that of ethanol. Therefore, I concluded that CocoanOX 45 contained ethanol.

39.     To determine the quantity of ethanol, a second sample was prepared and was "spiked." Particularly, deuterated ethanol was made, with deuterium as a substitute for hydrogen, and this deuterated ethanol was added to the sample at approximately 100 parts per million (100 ppm). This sample was analyzed in the same manner as described at the above in paragraphs 31-35.

40.     Using the area under the curve for the ions that are characteristic of ethanol, vs. ions that are characteristic of deuterated ethanol, the concentration of ethanol in the CocoanOX 45 was shown to be greater than 100 ppm.

41.     Therefore, from my analysis of Exhibit 11 and the quantification tests described above in Paragraphs 39-40, I have concluded that CocoanOX 45 does include a solvent in an amount of at least 100 parts per million (100 ppm), and that that solvent is ethanol.

42.     In my opinion, and based upon my experience, there is only one reasonable explanation for the presence of this level of ethanol solvent in the CocoanOX 45 extract. Particularly, the CocoanOX 45 was obtained by solvent extraction of the polyphenols from a ground cocoa bean to form solvent-derived cocoa polyphenols. The amount of ethanol that remains in the extract is a residue of this extraction process. CocoanOX 45 is, therefore, a cocoa extract.

43.     I analyzed CocoanOX 12 to determine the fat content of CocoanOX 12. Fats in cocoa solids are soluble in petroleum ether solvent. Therefore, I extracted a sample of CocoanOX 12 with petroleum ether solvent to form an extract containing fats and petroleum ether solvent. I removed the petroleum ether solvent from the extract and compared the total weight of the fats remaining to the total weight of the sample to determine the percent fats within CocoanOX 12. I concluded that the sample of CocoanOX 12 contained 11.6% fats.

44.     The amount of fats that I analyzed according to the above process confirms the fat content from Natraceutical's Certificate of Analysis for CocoanOX 12. Specifically, I have reviewed the Natraceutical "Certificate of Analysis: CCX Reduced Fat 12% Polyphenols" which it is my understanding is the Certificate of Analysis for CocoanOX 12, attached as Exhibit 12. That Certificate of Analysis indicates that the product has a fat content of 11.0%.

45.     A typical cocoa bean has a fat content of approximately 58%. Therefore, the CocoanOX 12 product is at least partially defatted.

46.     I have found that CocoanOX 45 meets literally all of the elements of at least Claims 1, 2, 3, 4 and 23 of the '966 patent. Subject to further analysis, it may also meet literally all of the elements of either 10 and 11, and either 13 or 14.

47.     I have found that CocoanOX 12 meets literally all of the elements of at least Claims 15 and 16 of the '753 patent.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2007.

John F. Hammerstone, Jr.

**Exhibit 1**

Print of window 38: Current Chromatogram(s)



Current Chromatogram(s)
FLD1 A, Ex=276, Em=316 (COCOANOX\COCOANOX 2007-02-14 09-52-27\011-1401.D)

**Exhibit 2**

Print of window 38: Current Chromatogram(s)



Current Chromatogram(s)

FLD1 A, Ex=278, Em=318 (COCOANOX\COCOANOX 2007-02-14 09-52-27\006-0901.D)

**Exhibit 3**

```
Data File D:\1\DATA\COCOANOX\COCOANOX 2007-02-14 09-52-27\012-1501.D
Sample Name: B2
```

```
Acq. Operator     : J Hammerstone            Seq. Line :  15
Acq. Instrument   : Instrument 2             Location : Vial 12
Injection Date    : 2/15/2007 1:10:16 AM          Inj :   1
                                            Inj Volume :  5 µl
Acq. Method       : D:\1\DATA\COCOANOX\COCOANOX 2007-02-14 09-52-27\SHORTPRO_MSS.M
Last changed      : 2/15/2007 1:08:56 AM by J Hammerstone
                    (modified after loading)
Analysis Method   : D:\1\METHODS\COCOANOX EPI.M
Last changed      : 4/3/2007 11:36:35 AM
                    (modified after loading)
Method Info       : Flavanols / Procyanidins by Normal Phase HPLC on Lichrosphere Silica

Sample Info       : MSS-JH-012-001-B-2  0.4005 mg =>mL
```



```
                           ESTD Percent Report
```

```
Sorted By             :      Signal
Calib. Data Modified  :      4/3/2007 11:30:59 AM
Multiplier            :      1.000e-2
Dilution              :      5.0000
Sample Amount         :      4.00500e-1  [grams]
Use Multiplier & Dilution Factor with ISTDs

Signal 1; FLD1 A, Ex=276, Em=316
```

| RetTime [min] | Type | Area LU *s | Amt/Area | Amount % | Grp | Name |
|------|------|------|------|------|------|------|
| 10.033 | BBA+ | 8143.59131 | 2.65400e-4 | 26.982636 | | Monomer |
| 18.270 | BBA+ | 3791.46802 | 2.65400e-4 | 12.562492 | | Dimer |
| 22.936 | BVA+ | 3200.32349 | 2.65400e-4 | 10.603818 | | Trimer |
| 27.083 | VVA+ | 2339.79419 | 2.65400e-4 | 7.752577 | | Tetramer |
| 30.611 | VVA+ | 1491.15747 | 2.65400e-4 | 4.940739 | | Pentamer |
| 33.491 | VVA+ | 1045.14465 | 2.65400e-4 | 3.462939 | | Hexamer |
| 35.867 | VVA+ | 460.28207 | 2.65400e-4 | 1.525079 | | Heptamer |
| 37.854 | BBA+ | 232.32242 | 2.65400e-4 | 0.769767 | | Octamer |
| 39.467 | BBA+ | 94.13748 | 2.65400e-4 | 0.311911 | | Nonamer |
| 40.792 | BBA+ | 11.19667 | 2.65400e-4 | 3.70986e-2 | | Decamer |

```
Totals :                                68.949057


1 Warnings or Errors :

Warning : Calibration warnings (see calibration table listing)
```

```
Data File D:\1\DATA\COCOANOX\COCOANOX 2007-02-14 09-52-27\012-1501.D
Sample Name : B2
```

| | | |
|---|---|---|
| Acq. Operator | : J Hammerstone | Seq. Line : 15 |
| Acq. Instrument | : Instrument 2 | Location : Vial 12 |
| Injection Date | : 2/15/2007 1:10:16 AM | Inj : 1 |
| | | Inj Volume : 5 µl |
| Acq. Method | : D:\1\DATA\COCOANOX\COCOANOX 2007-02-14 09-52-27\SHORTPRO_MSS.M | |
| Last changed | : 2/15/2007 1:08:56 AM by J Hammerstone | |
| | (modified after loading) | |
| Analysis Method | : D:\1\METHODS\COCOANOX EPI.M | |
| Last changed | : 4/3/2007 11:36:35 AM | |
| | (modified after loading) | |
| Method Info | : Flavanols / Procyanidins by Normal Phase HPLC on Lichrosphere Silica | |
| | | |
| Sample Info | : MSS-JH-012-001-B-2  0.4005 mg =>mL | |

```
                         *** End of Report ***
```

# **<u>Exhibit 4</u>**

# Display Report - All Windows Selected Analysis

**Analysis Name:** 065-1001.D  **Instrument:** LC-MSD-Trap-XCT_ultra_II  **Print Date:** 4/5/2007   8:10:33 PM
**Method:** FASTDIOLMS.M  **Operator:** Administrator  **Acq. Date:** 4/5/2007 7:35:51 PM
**Sample Name:** Sample B
**Analysis Info:** MSS-JH-012-001-B 1.014g extracted with 4 mL of acetone buffer



**Exhibit 5**

# Display Report - All Windows Selected Analysis

**Analysis Name:** 064-0401.D    **Instrument:** LC-MSD-Trap-XCT_ultra_II    **Print Date:** 4/5/2007  5:38:01 PM
**Method:** FASTDIOLMS.M    **Operator:** Administrator    **Acq. Date:** 4/5/2007 4:31:26 PM
**Sample Name:** Sample A Fct 8
**Analysis Info:** MSS-JH-012-001-A fractionated on sephadex LH-20 FCT 8



**Exhibit 6**

# Display Report - All Windows Selected Analysis

**Analysis Name:** C03_0801.D    **Instrument:** LC MSD-Trap-XCT_ultra_II    **Print Date:** 2/24/2007  12:10:57 PM
**Method:** THEOCAF.M    **Operator:** Administrator    **Acq. Date:** 2/21/2007 3:53:27 PM
**Sample Name:** Sample B
**Analysis Info:** MSS-JH-012-001 X 101.9mg sample ÷ 100 mL



TIC - All MSn      UV Chromatogram, 270-274 nm

**Exhibit 7**

# Display Report - All Windows Selected Analysis

**Analysis Name:** 002-0701.D  **Instrument:** LC-MSD-Trap-XCT_ultra_II  **Print Date:** 2/24/2007  12:09:28 PM
**Method:** THEOCAF.M  **Operator:** Administrator  **Acq. Date:** 2/21/2007 3:26:04 PM
**Sample Name:** Sample A
**Analysis Info:** MSS-JH-012-001-A 113.8mg sample => 100 mL



**<u>Exhibit 8</u>**

Data File D:\DATA\COCOANOX\003-0801.D
Sample Name: Sample B

```
Acq. Operator   : Hammer                    Seq. Line :    8
Acq. Instrument : Instrument 1              Location : Vial 3
Injection Date  : 2/21/2007 3:53:26 PM          Inj :    1
                                         Inj Volume : 5 µl
Acq. Method     : D:\METHODS\THEOCAF.m
Last changed    : 2/21/2007 3:53:18 PM by Hammer
Analysis Method : D:\METHODS\THEOCAF.M
Last changed    : 2/24/2007 12:30:39 PM by Hammer
Method Info     : Theobromine/Caffeine
                  5um Hypersil ODS 125 x 2.0mm
                  Column Temp 40C
                  Water w/ HOAC - ACN Gradient

Sample Info     : MSS-JH-012-001-X(101.9mg sample => 100 mL
```



```
                     External Standard Report

Sorted By             :      Signal
Calib. Data Modified  :      2/24/2007 12:28:36 PM
Multiplier            :      1.0000
Dilution              :      1.0000
Do not use Multiplier & Dilution Factor with ISTDs

Signal 1: DAD1 A, Sig=272,4 Ref=off

RetTime Type    Area       Amt/Area     Amount  Grp  Name
 [min]        [mAU*s]                  [mg/mL]
-------|------|----------|----------|----------|--|--------------
 3.438 BB     585.23901 2.88893e-5 1.69072e-2       Theobromine
 6.920 VB      83.84242 3.16739e-5 2.65561e-3       Caffeine

Totals :                            1.95628e-2
```

**Exhibit 9**

```
Data File D:\DATA\COCOANOX\002-0701.D
 Sample Name: Sample A
```

```
Acq. Operator   : Hammer                        Seq. Line :    7
Acq. Instrument : Instrument 1                    Location : Vial 2
Injection Date  : 2/21/2007 3:26:04 PM                Inj :    1
                                             Inj Volume : 5 µl

Acq. Method     : D:\METHODS\THEOCAF.m
Last changed    : 2/21/2007 3:25:48 PM by Hammer
Analysis Method : D:\METHODS\THEOCAF.M
Last changed    : 2/24/2007 12:28:36 PM by Hammer
Method Info     : Theobromine/Caffeine
                  5um Hypersil ODS 125 x 2.0mm
                  Column Temp 40C
                  Water w/ HOAC - ACN Gradient

Sample Info     : MSS-JH-012-001-A 113.8mg sample -> 100 mL
```



```
                      External Standard Report
```

```
Sorted By          :     Signal
Calib. Data Modified :   2/24/2007 12:28:36 PM
Multiplier         :     1.0000
Dilution           :     1.0000
Do not use Multiplier & Dilution Factor with ISTDs

Signal 1: DAD1 A, Sig=272,4 Ref=off
```

| RetTime [min] | Type | Area [mAU*s] | Amt/Area | Amount [mg/mL] | Grp | Name |
|------|------|------|------|------|------|------|
| 3.414 | BB | 2512.32202 | 2.89871e-5 | 7.28249e-2 | | Theobromine |
| 6.868 | VB | 266.64642 | 3.23285e-5 | 8.62029e-3 | | Caffeine |

```
Totals :                                 8.14452e-2
```

**<u>Exhibit 10</u>**

```
File        :C:\msdchem\1\DATA\Cocoanox\B1NEAT.D
Operator    : Hammerstone
Acquired    : 27 Feb 2007  16:47      using AcqMethod Solvent residual method.M
Instrument  :    Instrument #1
Sample Name: MSS-JH-012-001 B Rep 1 - 1.0029g
Misc Info   : Tray1,VT32- Rear
Vial Number: 6
```



**<u>Exhibit 11</u>**

```
File        :C:\msdchem\1\DATA\Cocoanox\A1NEAT.D
Operator    : Hammerstone
Acquired    : 27 Feb 2007  16:11      using AcqMethod Solvent residual method.M
Instrument  :    Instrument #1
Sample Name: MSS-JH-012-001-A Rep 1 - 1.0150g
Misc Info   : Tray1,VT32- Rear
Vial Number: 6
```



**<u>Exhibit 12</u>**



natraceutical

## CERTIFICATE OF ANALYSIS

### CCX REDUCED FAT
### 12% POLYPHENOLS

| | | | |
|---|---|---|---|
| Lot N°: | L01251 | Analysis N°: | |
| Date of production: | 20/12/05 | Shelf life: | 12/2007 |
| Date of analysis: | 10/04/06 | Certificate date: | 05/05/06 |
| Contract N°: | | | |

| Parameters | Specifications | Results |
|---|---|---|
| **Description** | | |
| Botanical name | THEOBROMA CACAO | |
| Part of plant used | COCOA NIB | |
| Colour | BROWN-VIOLET | |
| Appearance | POWDER | |
| **Physicochemical profile** | | |
| Loss on drying (AOAC) | <= 8.0 % | 6.0 % |
| Fat content (AOAC) | 10.0 - 12.0 % | 11.0 % |
| pH (AOAC) | 5.0 - 7.0 | 5.7 |
| **Nutritional profile** | | |
| Total polyphenols (catechin) (UV-vis) | >= 12.0 % | 17.9 % |
| **Microbiological profile** | | |
| Total viable aerobic count (AOAC) | <= 5,000 c.f.u./g | < 100 C.F.U./G |
| Yeasts and moulds (AOAC) | <= 100 c.f.u./g | 35 a.f.u./g |
| Enterobacteriaceae (AOAC) | <= 10 c.f.u./g | ABSENT |
| E. Coli/g (AOAC) | ABSENT | ABSENT |
| Salmonella / 25g (AOAC) | ABSENT | ABSENT |
| **Suggested storage conditions** | | |
| Storage | STORE FROM 4 TO 30°C IN ORIGINAL SEALED PACKAGE | |
| | AVOID EXPOSURE TO LIGHT, HEAT AND AIR | |
| Shelf life | 2 YEARS UNDER SUGGESTED STORAGE CONDITIONS | |

| Approved by: | Quality Control Dpt. | | Quality Control Manager |
|---|---|---|---|
| Signature: | | | |



