# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**Chambers of**
**Claire C. Cecchi**
**United States Magistrate Judge**

**Martin Luther King Jr, Federal Bldg.**
**& U.S. Courthouse**
**50 Walnut Street, Room 2064**
**Newark, NJ 07102**
**(973) 645-6664**

April 12, 2007

## RECUSAL LETTER ORDER
## ORIGINAL FILED WITH THE CLERK OF THE COURT

All counsel of record on the docket sheet.

  **Re: Mars, Inc. v. Natraceutical, S.A., et al**
   **Civil Action No. 07-1574 (SRC)**

Dear Counsel:

  Please be advised that I am recusing myself from this case. Magistrate Judge Patty Shwartz will assume all Magistrate responsibilities for this case.

  **SO ORDERED.**

           s/ Claire C. Cecchi
          **Hon. Claire C. Cecchi**
          **United States Magistrate Judge**

CCC/nc
Orig.: Clerk of the Court
cc:  Hon. Stanley R. Chesler, U.S.D.J.
   Hon. Patty Shwartz, U.S.M.J.
   Parties
   File