UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., | ) |
| Plaintiff, | ) Civil Action No. 2:07-CV-1574(SRC)(MF) |
| vs. | ) **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
| NATRACEUTICAL, S.A., NATRA U.S., INC. | ) |
| Defendants. | ) |

MELISSA E. FLAX, of full age and upon her oath certifies:

1. I am an attorney at law in the state of New Jersey and a member of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, attorneys for plaintiff in the above-captioned matter.

2.    On April 12, 2007, the summons and complaint was personally served upon the defendant, Natraceutical, S.A. at Autovia A-3, Salida 343, Cami de Torrent, a/n., 46930 Quart de Poblet, Valencia, Spain, as evidenced by the return of service attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and accurate. Executed on April 16, 2007.

/s/ Melissa E. Flax
MELISSA E. FLAX (4060)

<u>EXHIBIT A</u>

**FedEx**

US Home | Español

Information Center | Customer S

Search

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 842832764315 | Reference | mars inc | |
| Signed for by | M.ARMENGOT | Destination | quart de poblet ES | |
| Ship date | Apr 10, 2007 | Delivered to | Receptionist/Front Desk | |
| Delivery date | Apr 12, 2007 5:17 PM | Service type | Priority Pak | |
| | | Weight | 1.8 lbs. | |

**Status**    Delivered

**Signature image available**    No

**Wrong Address?**
Reduce future mistal
FedEx Address Chec

**Tracking a FedEx Sr Shipment?**
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 12, 2007 | 5:17 PM | Delivered | quart de poblet ES | |
| | 2:07 PM | On FedEx vehicle for delivery | VALENCIA ES | |
| | 9:52 AM | At dest sort facility | VALENCIA ES | |
| | 9:52 AM | At local FedEx facility | VALENCIA ES | |
| | 7:38 AM | In transit | MADRID ES | |
| | 5:34 AM | In transit | MADRID ES | |
| | 3:45 AM | In transit | PARIS FR | |
| | 3:45 AM | In transit | PARIS FR | |
| Apr 11, 2007 | 9:33 PM | Departed FedEx location | PARIS FR | |
| | 6:47 PM | Arrived at FedEx location | PARIS FR | |
| | 6:47 PM | Int'l shipment release | PARIS FR | |
| | 4:51 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:16 AM | Departed FedEx location | NEWARK, NJ | |
| Apr 10, 2007 | 10:01 PM | Left origin | EAST HANOVER, NJ | |
| | 7:43 PM | Picked up | EAST HANOVER, NJ | |

**Take 15% off** list rates on eligible FedEx Express online shipments.

Learn more >>

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: | Your E-mail Address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

|   | English ▼ | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

# FedEx Express — International Air Waybill

**RETAIN THIS COPY FOR YOUR RECORDS** — Sender's Copy

Tracking barcode: /0810/0F80/0085/1146070

464  0402

## 1 From

- Date: 4/10/07
- Sender's FedEx Account Number: 6073-6949-4
- Sender's Name: F J CHESKY III
- Phone: 973 994-1700
- Company: CAPELLA, BIENE, BAIN & GILFILLA
- Address: 5 BECKER FARM RD
- City: ROSELAND
- State/Province: N.J.
- ZIP/Postal Code: 07068-1741
- Country: USA

## 2 To

- Recipient's Name: (blank)
- Company: NATRACEUTICAL, S.A.
- Address: AUTOVIA A3, SALIDA 343
- Address: CAMI DE TORRENT, s/n
- City: QUART DE POBLET
- State/Province: VALENCIA
- ZIP/Postal Code: 46930
- Country: SPAIN

## 3 Shipment Information

- Commodity Description: LEGAL DOCUMENTS (SUMMONS+COMPLAINT)
- Total Packages: 1
- Value for Customs: —0—
- Total Declared Value for Carriage: (blank)

## 4 Express Package Service

- ☑ FedEx Intl. Priority

## 5 Packaging

- ☑ FedEx Pak

## 7a Payment — Bill transportation charges to:

- ☑ Sender Acct No.

## 7b Payment — Bill duties and taxes to:

- ☑ Sender Acct No.

## 8 Your Internal Billing Reference

MARS, INC.

## 9 Required Signature

Sender's Signature: K. Michalak
Date Executed: 4/10/07

FedEx Tracking Number: 8428 3276 4315

For Completion Instructions, see back of fifth page.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.