UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574 (SRC) <br><br> **APPLICATION FOR ORDER TO SHOW CAUSE** |

**TO:**

Natra U.S., Inc.
c/o National Registered Agents, Inc.
 of New Jersey
100 Canal Pointe Blvd., Ste 108
Princeton, NJ 08540

Natraceutical, S.A.
c/o Natra U.S., Inc.
1059 Tierra Del Rey, Ste. H
Chula Vista, CA 91910

Natra U.S. Inc.  
c/o J. Michael Wilson  
591 Camino De La Reina  
Mission Valley, CA 92108

Natraceutical, S.A.  
Autovia A-3, Salida 343  
Cami de Torrent, a/n.  
46930 Quart de Poblet, Valencia, Spain

Please take notice that the undersigned attorneys for Plaintiff Mars, Inc. will apply for an Order to Show Cause before the Honorable Stanley R. Chesler, U.S.D.J., at the Frank R. Lautenberg United States Post Office & Courthouse Building, Federal Square, Newark, New Jersey, on a date and time to be set by the Court, for the entry of a preliminary injunction.

Please take further notice that Plaintiff shall rely upon the Declaration of Melissa E. Flax In Support of Plaintiff's Application for an Order to Show Cause and the exhibits and declarations referenced therein and Plaintiff's Memorandum in Support of its Application for an Order to Show Cause for a preliminary injunction (i) enjoining and restraining defendants and their officers, directors, employees, agents, subsidiaries, licensees, servants, successors and assigns, and any and all persons acting in privity or in concert or participation with defendants from infringement of U.S. Patent Nos. 6,312,753 and 6,790,966; (ii) enjoining and restraining defendants and their officers, directors, employees, agents, subsidiaries, licensees, servants, successors and assigns, and any and all persons acting in privity or in concert or participation with defendants from engaging in any exhibition, marketing or sales activities regarding CocoanOX at the IFT Expo in Chicago, Illinois in July 2007; and (iii) granting such further relief as the Court may consider appropriate and just and for expedited discovery.

A proposed form of Order to Show Cause has also been submitted.

CARELLA, BYRNE, BAIN, GILFILLAN,  
CECCHI, STEWART & OLSTEIN

Dated: April 16, 2007

By:   /s/ Melissa E. Flax  
MELISSA E. FLAX

## CERTIFICATE OF SERVICE

MELISSA E. FLAX, of full age and upon her oath certifies:

On April 16, 2007, I served, via a copy of the within Application for Order to Show Cause, Plaintiff Mars, Inc.'s Memorandum in Support of its Application for an Order to Show Cause for Preliminary Injunction, Declaration of Melissa E. Flax in Support of Plaintiff's Application for an Order to Show Cause, and Compendium of Exhibits in Support of Plaintiff's Order to Show Cause on the following as indicated:

*Via Hand Delivery*
Natra U.S., Inc.
c/o National Registered Agents, Inc.
   of New Jersey
100 Canal Pointe Blvd., Ste 108
Princeton, NJ 08540

*Via Federal Express*
Natraceutical, S.A.
c/o Natra U.S., Inc.
1059 Tierra Del Rey, Ste. H
Chula Vista, CA 91910

*Via Federal Express*
Natra U.S. Inc.
c/o J. Michael Wilson
591 Camino De La Reina
Mission Valley, CA 92108

*Via Federal Express*
Natraceutical, S.A.
Autovia A-3, Salida 343
Cami de Torrent, a/n.
46930 Quart de Poblet, Valencia, Spain

I certify under penalty of perjury that the foregoing is true and accurate. Executed on April 16, 2007.

/s/ Melissa E. Flax
MELISSA E. FLAX [MF4060]