UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574(SRC)(MF) <br><br> **AMENDED CERTIFICATE OF SERVICE** |

MELISSA E. FLAX, of full age and upon her oath certifies:

1. On April 16, 2007, service of a copy of the Application for Order to Show Cause, Plaintiff Mars, Inc.'s Memorandum in Support of its Application for an Order to Show Cause for Preliminary Injunction, Declaration of Melissa E. Flax in Support of Plaintiff's Application for an Order to Show Cause, and Compendium of Exhibits in Support of Plaintiff's Order to Show

Cause was attempted to be made on Natra U.S., Inc., c/o National Registered Agents, Inc. of New Jersey, 100 Canal Pointe Blvd., Ste 108, Princeton, NJ 08540 as indicated on the Certificate of Service filed with the Application for Order to Show Cause on April 16, 2007.

2.  Due to inclement weather, the office located at the address above was not opened.

3.  Accordingly, on April 17, 2007, service was successfully made on Natra U.S., Inc. at the address set forth above.

I certify under penalty of perjury that the foregoing is true and accurate. Executed on April 17, 2007.

/s/ Melissa E. Flax
MELISSA E. FLAX [MF4060]