# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**  **U.S. Post Office & Courthouse Bldg.**
**United States Magistrate Judge**  **Federal Square, Newark, NJ  07101**
                                   **(973) 645-6596**

April 20, 2007

John Michael Agnello
Melissa E. Flax
Carella, Byrne, Bain, Gilfillan
  Cecchi, Stewart & Olstein
notified via electronic filing

Allyn Zissel Lite
Jason Elliot Macias
Lite, DePalma, Greenberg & Rivas, LCC
notified via electronic filing

## **LETTER ORDER**

    **RE:**    MARS v. NATRACEUTICAL
               **Civil Action No. 07-1574(SRC)**

Dear Counsel:

    There shall be a telephone conference scheduled for **April 26, 2007 at 10:00 a.m.**  Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

                               **SO ORDERED.**

                               s/Patty Shwartz
                             **United States Magistrate Judge**