**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Jason E. Macias
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Attorneys for Defendants,*
*NATRACEUTICAL, S.A., NATRA U.S., Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | Civil Action No.: 07-1574 (SRC) <br><br> **APPLICATION BY NATRACEUTICAL, S.A. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the attorneys for Defendant, NATRACEUTICAL, S.A. for an extension of time within which to answer or otherwise move as to the Complaint herein for a period of fifteen (15) days pursuant to Local Civil Rule 6.1(b), said Defendant, NATRACEUTICAL, S.A. having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

132900 v1

1. There have been no prior extensions of time to answer or otherwise reply to the Complaint; and,

2. Defendant, NATRACEUTICAL, S.A.'s time to answer or otherwise reply as to the Complaint of Defendants expires on May 2, 2007.

Dated: April 24, 2007         **LITE DePALMA GREENBERG & RIVAS, LLC**

                                       /s/ Michael E. Patunas
                              Allyn Z. Lite
                              Michael E. Patunas
                              Jason E. Macias
                              Two Gateway Center, 12th Floor
                              Newark, New Jersey 07102-5003
                              (973) 623-3000

The above application be and hereby is GRANTED and the time for Defendant to answer or otherwise reply to the Complaint is extended for a period of fifteen (15) days up to and including May 17, 2007, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                            WILLIAM T. WALSH, Clerk
                                            United States District Court
                                            District of New Jersey

                                            _____

Dated:                                                                          Deputy Clerk

132900 v1