# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN
KERRIE R. HESLIN

JAMES D. CECCHI (1933-1995)

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H. TAYLOR
RAYMOND W. FISHER
DAVID J. REICH
DECANDA M. FAULK

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
LAURA S. MUNZER
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STANLEY J. YELLIN
FRANK J. CHESKY III
RAMON A. CAMEJO
STEPHEN R. DANEK

°MEMBER N.Y. BAR ONLY

April 30, 2007

*Via Electronic Filing and Federal Express*
Patty Schwartz, U.S.M.J.
Frank R. Lautenberg United States Post Office
    & Courthouse Building
Federal Square
Newark, New Jersey 07101

      Re:    *Mars, Inc. v. Natraceutical, S.A., Natra U.S., Inc.*
             Civil Action No. 07-1574(SRC)

Dear Judge Schwartz:

This firm represents plaintiff Mars, Inc. in connection with the above referenced matter.

Enclosed please find the following with respect to the *pro hac vice* application of Kenneth J. Jurek, Esq., Daniel N. Christus, Esq., Stephen T. Scherrer, Esq. and Linda A.O. Lamberson, Esq. which has been electronically filed today:

1. Declaration of John M. Agnello in Support of Plaintiff's *Pro Hac Vice* Admission of Counsel.

2. Declaration of Kenneth J. Jurek in support of *pro hac vice* admission.

3. Declaration of Daniel N. Christus in support of *pro hac vice* admission.

4. Declaration of Stephen T. Scherrer in support of *pro hac vice* admission.

5. Declaration of Linda A.O. Lamberson in support of *pro hac vice* admission.

6. Proposed Consent Order for *Pro Hac Vice* Admission of Counsel.

Counsel for defendants has consented to the *pro hac vice* admission of counsel.

Patty Schwartz, U.S.M.J.
April 30, 2007
Page 2

      If the enclosed meets with Your Honor's approval, we respectfully request that the order be entered.

      Thank you for your attention to and consideration of this matter.

      Respectfully submitted,

      CARELLA, BYRNE, BAIN, GILFILLAN,
      CECCHI, STEWART & OLSTEIN

      MELISSA E. FLAX

MEF
Enclosures
cc:    Michael E. Patunas, Esq. (via email) (w/enclosures)
       Linda A.O. Lamberson, Esq. (via email) (w/enclosures)

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
A PROFESSIONAL CORPORATION