John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Stephen T. Scherrer
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

*Attorneys for Plaintiff Mars, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., and NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574-SRC-PS <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br><br><br> **DECLARATION OF JOHN M. AGNELLO IN SUPPORT OF PLAINTIFF MARS, INC.'S *PRO HAC VICE* ADMISSION OF COUNSEL** |

I, JOHN M. AGNELLO, ESQ., of full age, hereby certify as follows:

1. I am an attorney licensed to practice in New Jersey and a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel of record for plaintiff Mars, Inc. ("Mars"), in the above-captioned matter. In such capacity, I am fully familiar with the facts contained herein.

2.       I make this declaration in support of plaintiff's application to have Kenneth J. Jurek, Daniel N. Christus, Stephen T. Scherrer, and Linda A.O. Lamberson, all of the law firm of McDermott Will & Emery LLP, admitted to this Court *pro hac vice* in this matter.

3.       As indicated in his accompanying declaration, Mr. Jurek has declared that he is a member in good standing of the Bar of the State of Illinois, and is licensed to appear before all of its courts. His declaration otherwise meets the requirements of the Local Rules for the District of New Jersey.

4.       As indicated in his accompanying declaration, Mr. Christus has declared that he is a member in good standing of the Bar of the State of Illinois, and the Bar of the State of Wisconsin, and is licensed to appear before all of their courts. His declaration otherwise meets the requirements of the Local Rules for the District of New Jersey.

5.       As indicated in his accompanying declaration, Mr. Scherrer has declared that he is a member in good standing of the Bar of the State of Illinois, and is licensed to appear before all of its courts. His declaration otherwise meets the requirements of the Local Rules for the District of New Jersey.

6.       As indicated in her accompanying declaration, Ms. Lamberson has certified that she is a member in good standing of the Bar of the State of Illinois, and is licensed to appear before all of its courts. Her declaration otherwise meets the requirements of the Local Rules for the District of New Jersey.

7.       I have agreed to work with Mr. Jurek, Mr. Christus, Mr. Scherrer, and Ms. Lamberson, to be responsible for the conduct of this case, and to ensure that the requirements of L.Civ.R. 101.1(c) are met.

8. If admitted Mr. Jurek, Mr. Christus, Mr. Scherrer, and Ms. Lamberson will contribute to the New Jersey Client Protection Fund in accordance with L.Civ.R. 101(C)(2), and will continue to do so as required by the Court Rules.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

_____
JOHN M. AGNELLO

Dated: April 30, 2007

#315832v1