John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

*Attorneys for Plaintiff Mars, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., | Civil Action No. 2:07-CV-1574-SRC-PS |
| Plaintiff, | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | |
| NATRACEUTICAL, S.A., and NATRA U.S., INC. | **DECLARATION OF KENNETH J. JUREK** |
| Defendants. | |

I, KENNETH J. JUREK, ESQ., of full age, hereby declares as follows:

1.  I am an attorney licensed to practice in Illinois and a member of the law firm of McDermott Will & Emery LLP, Chicago counsel for plaintiff Mars, Inc. in the above-captioned matter. I am fully familiar with the facts contained herein based upon my personal knowledge. I make this declaration in support of my application to be admitted *pro hac vice* in the above-captioned matter.

2. I am a member in good standing of the bars of the State of Illinois, and before the United States District Courts for the Northern District of Illinois, Central District of Illinois, Eastern District of Michigan, Northern District of California, Western District of Tennessee, District of Arizona and Western District of Wisconsin, the United States Court of Appeals for the Fifth, Sixth, Seventh, Eighth, Ninth and Federal Circuits and the Supreme Court of the United States.

3. I have never been held in contempt, nor have I been the subject of any disciplinary action by any court.

4. McDermott Will & Emery LLP will be affiliated with Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey as local counsel, upon whom all notices, orders and pleadings may be served.

5. I agree to abide by the provisions of District of New Jersey L.Civ.R. 101.1.

6. Based upon the foregoing, I respectfully request that I be admitted *pro hac vice* in the above matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

_____
KENNETH J. JUREK

Dated: April 19, 2007

#315811v1

2