John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ  07068
Telephone:  973.994.1700
Facsimile:  973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

*Attorneys for Plaintiff Mars, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., and NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574-SRC-PS <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br><br><br> **DECLARATION OF** <br> **STEPHEN T. SCHERRER** |

I, STEPHEN T. SCHERRER, of full age, hereby declares as follows:

1.     I am an attorney licensed to practice in Illinois and a member of the law firm of McDermott Will & Emery LLP, Chicago counsel for plaintiff Mars, Inc. in the above-captioned matter. I am fully familiar with the facts contained herein based upon my personal knowledge. I make this declaration in support of my application to be admitted *pro hac vice* in the above-captioned matter.

2

2. I am a member in good standing of the bars of the State of Illinois, and before the United States District Courts for the Northern District of Illinois.

3. I have never been held in contempt, nor have I been the subject of any disciplinary action by any court.

4. McDermott Will & Emery LLP will be affiliated with Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, Roseland, New Jersey as local counsel, upon whom all notices, orders and pleadings may be served.

5. I agree to abide by the provisions of District of New Jersey L.Civ.R. 101.1.

6. Based upon the foregoing, I respectfully request that I be admitted *pro hac vice* in the above matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

_____
STEPHEN T. SCHERRER

Dated: April 19, 2007

#315813v1