John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Stephen T. Scherrer
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

*Attorneys for Plaintiff Mars, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., and NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574-SRC-PS <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br><br><br> **CONSENT ORDER FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |

THIS MATTER having been brought before the Court by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein (John M. Agnello, Esq.), for an order allowing Kenneth J. Jurek, Esq., Daniel N. Christus, Esq., Stephen T. Scherrer, Esq. and Linda A.O. Lamberson, Esq. to appear and participate *pro hac vice*; on notice to and with the consent of Lite DePalma Greenberg & Rivas, LLC (Michael E. Patunas, Esq.), attorneys for defendants; and the Court having

considered the declarations submitted herewith; and for good cause shown pursuant to L.Civ.R. 101.1(c);

IT IS this _____ day of _____, 2007 hereby

**ORDERED** that Kenneth J. Jurek, Esq., a member of the bar of Illinois, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by John M. Agnello, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Daniel N. Christus, Esq., a member of the bar of Illinois, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by John M. Agnello, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Stephen T. Scherrer, Esq., a member of the bar of Illinois, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by John M. Agnello, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Linda A. O. Lamberson, Esq., a member of the bar of Illinois, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by John M. Agnello, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Kenneth J. Jurek, Esq., Daniel N. Christus, Esq., Stephen T. Scherrer, Esq. and Linda A.O. Lamberson, Esq. shall each pay the annual fee to the New Jersey Lawyers'

Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this order; and it is further

**ORDERED** that Kenneth J. Jurek, Esq., Daniel N. Christus, Esq., Stephen T. Scherrer, Esq. and Linda A.O. Lamberson, Esq. shall each make a payment of $150.00 on admission payable to the Clerk, U.S.D.C.; and it is further

**ORDERED** that Kenneth J. Jurek, Esq., Daniel N. Christus, Esq., Stephen T. Scherrer, Esq. and Linda A.O. Lamberson, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys.

SO ORDERED:

_____
PATTY SHWARTZ, U.S.M.J.