John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Stephen T. Scherrer
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

*Attorneys for Plaintiff Mars, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., and NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574-SRC-PS <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

  1. An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

  2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN
CECCHI, STEWART & OLSTEIN
*Attorneys for Plaintiff Mars, Inc.*


By: /s/ John M. Agnello
     JOHN M. AGNELLO

Dated: May 4, 2007

**PRO HAC VICE ATTORNEY INFORMATION:**

| | |
|---|---|
| Name: | Kenneth J. Jurek, Esq. |
| Address: | McDermott Will & Emery LLP |
| | 227 West Monroe Street |
| | Chicago, IL  60606-5096 |
| E-mail: | kjurek@mwe.com |

| | |
|---|---|
| Name: | Daniel N. Christus, Esq. |
| Address: | McDermott Will & Emery LLP |
| | 227 West Monroe Street |
| | Chicago, IL  60606-5096 |
| E-mail: | dchristus@mwe.com |

| | |
|---|---|
| Name: | Stephen T. Scherrer, Esq. |
| Address: | McDermott Will & Emery LLP |
| | 227 West Monroe Street |
| | Chicago, IL  60606-5096 |
| E-mail: | sscherrer@mwe.com |

| | |
|---|---|
| Name: | Linda A.O. Lamberson, Esq. |
| Address: | McDermott Will & Emery LLP |
| | 227 West Monroe Street |
| | Chicago, IL  60606-5096 |
| E-mail: | llamberson@mwe.com |

#315827v1