**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Jason E. Macais
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Attorneys for Defendants,*
*NATRACEUTICAL, S.A., NATRA U.S., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., | : |
| Plaintiff, | : Civil Action No.: 07-1574 (SRC) |
| v. | : |
| NATRACEUTICAL, S.A., NATRA U.S., INC., | : **CERTIFICATION OF MARK BOLAND IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |
| Defendants. | : |

**MARK BOLAND**, of full age, hereby certifies as follows:

1.  I am a partner at the firm of Sughrue Mion PLLC, located at 2100 Pennsylvania Avenue, NW Suite 800, Washington, DC 20037, co-counsel for defendants Natraceutical, S.A., Natra U.S., Inc. in the referenced matter. I make this Certification on my personal knowledge in support of defendants' application to have me admitted to this Court *pro hac vice* in the captioned matter. I am a member in good standing of the bars in Pennsylvania, District of Columbia, District of Columbia Court of Appeals, Pennsylvania Supreme Court, United States Court of Appeals - Federal Circuit, United States District Court - District of Columbia, Middle District of Pennsylvania, United

133199 v1

States Patent and Trademark Office. I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

2. I am fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules. The firm of Lite DePalma Greenberg and Rivas, LLC of Newark, New Jersey has agreed to work with my firm in the defense of this action.

3. I respectfully request that this Court grant defendants' motion to have me admitted *pro hac vice* for all purposes in this matter, including the trial of this case. Counsel for plaintiff has advised that plaintiff has no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: May 3, 2007

_____
Mark Boland

133199 v1