**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Jason E. Macias
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Attorneys for Defendants,*
*Natraceutical, S.A. and Natra U.S., Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARS, INC., <br><br>           Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC., <br><br>           Defendants. | Civil Action No.: 07-1574 (SRC) <br><br> **CERTIFICATION OF MICHAEL E. PATUNAS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Michael E. Patunas, of full age, certifies as follows:

1.      I am an attorney at law of the State of New Jersey, and a partner at the law firm of Lite DePalma Greenberg & Rivas, LLC, located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102, counsel for Defendants Natraceutical, S.A. and Natra U.S., Inc.("Natraceutical") in this matter. As such, I have personal knowledge of the facts herein.

2.      I make this Certification in support of Natraceutical's application to admit *pro hac vice* Raja N. Saliba, Mark Boland, Gordon Kit and Michael R. Dzwonczyk as counsel for Natraceutical.

143054 v1

Dockets.Justia.com

3. Raja N. Saliba is a partner in the firm of Sughrue Mion PLLC, located at 2100 Pennsylvania Avenue, NW Suite 800, Washington, DC 20037.

4. Mr. Saliba has advised me that he is a member in good standing of the bars in the United States Court of Appeals - Federal Circuit, United States District Court - District of Columbia, District of Columbia Court of Appeals, Court of Appeals for Maryland, United States Patent and Trademark Office. Mr. Saliba is not under suspension, nor has he ever been suspended or disbarred from any Court. Mr. Saliba is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Raja N. Saliba, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Natraceutical in this matter.

6. Mark Boland is a partner with the firm of Sughrue Mion PLLC, located at 2100 Pennsylvania Avenue, NW Suite 800, Washington, DC 20037.

7. Mr. Boland has advised me that he is a member in good standing of the bars in Pennsylvania, District of Columbia, District of Columbia Court of Appeals, Pennsylvania Supreme Court, United States Court of Appeals - Federal Circuit, United States District Court - District of Columbia, Middle District of Pennsylvania, United States Patent and Trademark Office. Mr. Boland is not under suspension, nor has he ever been suspended or disbarred from any Court. Mr. Boland is fully familiar with the facts of this case.

8. There is good cause for the *pro hac vice* admission of Mark Boland, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct

143054 v1

of the proceedings would be occasioned by his acting as attorney for Natraceutical in this matter.

9.  Gordon Kit is a partner with the firm of Sughrue Mion PLLC, located at 2100 Pennsylvania Avenue, NW Suite 800, Washington, DC 20037.

10. Mr. Kit has advised me that he is a member in good standing of the bars in the District of Columbia, United States Court of Appeals - District of Columbia, Federal Circuits, United States District Court - District of Columbia, Northern District of Texas, District of Columbia Court of Appeals, United States Patent and Trademark Office. Mr. Kit is not under suspension, nor has he ever been suspended or disbarred from any Court. Mr. Kit is fully familiar with the facts of this case.

11. There is good cause for the *pro hac vice* admission of Gordon Kit, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Natraceutical in this matter.

12. Michael R. Dzwonczyk is a partner with the firm of Sughrue Mion PLLC, located at 2100 Pennsylvania Avenue, NW Suite 800, Washington, DC 20037.

13. Mr. Dzwonczyk has advised me that he is a member in good standing of the bars in the District of Columbia, Pennsylvania, United States Court of Appeals - Federal Circuit, Supreme Court of the United States, United States Patent and Trademark Office. Mr. Dzwonczyk is not under suspension, nor has he ever been suspended or disbarred from any Court. Mr. Dzwonczyk is fully familiar with the facts of this case.

14. There is good cause for the *pro hac vice* admission of Michael R. Dzwonczyk, as he is familiar with the facts, issues and pleadings in this action and no

143054 v1

delay in the conduct of the proceedings would be occasioned by his acting as attorney for Natraceutical in this matter.

15. Pursuant to Rule 101.1(c)(3) of the Local Civil Rules, my firm will appear in this action on behalf of Natraceutical and agrees to accept service of all notices, orders and pleadings in this action.

16. Counsel for Plaintiffs has advised me that they consent to the *pro hac vice* admission of the above-named counsel.

17. Accordingly, I respectfully request that this Court enter an Order admitting Raja N. Saliba, Mark Boland, Gordon Kit and Michael R. Dzwonczyk *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        /s/Michael E. Patunas  
                                        Michael E. Patunas

Dated: May 9, 2007

143054 v1