UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC. | Civil Action No. 2:07-CV-1574 (SRC) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| NATRACEUTICAL, S.A., NATRA U.S., INC. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Mars, Inc. voluntarily dismisses defendant Natra U.S., Inc. from the above-captioned action without prejudice.

DATED: May 16, 2007

CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN

By: __/s/ Melissa E. Flax__
  MELISSA E. FLAX

and

KENNETH J. JUREK
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096

ATTORNEYS FOR MARS, INC.