## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC. <br><br> Defendants. | Civil Action No. 2:07-CV-1574(SRC)(MF) <br><br> **CERTIFICATE OF SERVICE** |

MELISSA E. FLAX, of full age and upon her oath certifies:

1. On May 16, 2007, I served a copy of the Notice of Voluntary Dismissal, via email and ECF, on:

Michael E. Patunas, Esq.
Lite DePalma Greenberg & Rivas LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

Mark Boland, Esq.
Sughrue Mion PLLC
2100 Pennsylvania Avenue, Suite 800
Washington, D.C. 20037

I certify under penalty of perjury that the foregoing is true and accurate. Executed on May 16, 2007.

/s/ Melissa E. Flax
MELISSA E. FLAX