MARS, INC. v. NATRACEUTICAL, S.A. et al                                                                                          Doc. 24
Case 2:07-cv-01574-SRC-PS   Document 24   Filed 05/24/2007   Page 1 of 1
Case 2:07-cv-01574-SRC-PS   Document 22   Filed 05/16/2007   Page 1 of 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone: 973.994.1700
Facsimile: 973.994.1744

Kenneth J. Jurek
Daniel N. Christus
Linda A.O. Lamberson
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

ATTORNEYS FOR MARS, INC.

| | |
|---|---|
| MARS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>NATRACEUTICAL, S.A., NATRA U.S., INC. | Civil Action No. 2:07-CV-1574 (SRC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Mars, Inc. voluntarily dismisses defendant Natra U.S., Inc. from the above-captioned action without prejudice.

DATED: May 16, 2007

SO ORDERED:
_/s/ Stanley R. Chesler_
STANLEY R. CHESLER, U.S.D.J.

CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN

By:   /s/ Melissa E. Flax
       MELISSA E. FLAX

and

KENNETH J. JUREK
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096

ATTORNEYS FOR MARS, INC.