UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., | ) Case No. 07-CV-1574 |
| Plaintiff, | ) |
| | ) Newark, New Jersey |
| vs. | ) April 26, 2007 |
| | ) 10:01 a.m. |
| NATRACEUTICAL, SA, and NATRA USA, Inc., | ) |
| Defendants. | ) |

TRANSCRIPT OF TELEPHONE CONFERENCE
BEFORE THE HONORABLE PATTY SHWARTZ
UNITED STATES DISTRICT COURT MAGISTRIATE JUDGE

APPEARANCES:

For the Plaintiff:    JOHN AGNELLO, Esq.
                      MELISSA FLAX, Esq.
                      Carella, Byrne, Bain, Gilfillan,
                      Cecchi, Stewart & Olstein, P.C.
                      5 Becker Farm Rd.
                      Roseland, New Jersey 07068-1739
                      (973) 994-1700

                      KENNETH J. JUREK, Esq.
                      DANIEL N. CHRISTUS, Esq.
                      LINDA A. O. LAMBERSON, Esq.
                      McDermott, Will & Emery, LLP
                      227 West Monroe Street
                      Chicago, IL 60606-5096
                      (312) 372-2000

For the Defendants:   ALLYN LITE, Esq.
                      MIKE PATUNAS, Esq.
                      Lite, DePalma, Greenberg & Rivas LLC
                      Two Gateway Center, 12th Floor
                      Newark, New Jersey 07102
                      (973) 623-3000