## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**  **U.S. Post Office & Courthouse Bldg.**
**United States Magistrate Judge**  **Federal Square, Newark, NJ 07101**
 **(973) 645-6596**

June 26, 2007

John Michael Agnello
Melissa E. Flax
Carella, Byrne, Bain, Gilfillan
  Cecchi, Stewart & Olstein
notified via electronic filing

Allyn Zissel Lite
Jason Elliot Macias
Lite, DePalma, Greenberg & Rivas, LCC
notified via electronic filing

## LETTER ORDER

**RE:** MARS v. NATRACEUTICAL
**Civil Action No. 07-1574(SRC)**

Dear Counsel:

There shall be a telephone conference scheduled for **July 2, 2007 at 4:00 p.m.** Plaintiff shall initiate the telephone call. Kindly mark your calendars accordingly.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**