UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARS, INC.                              :

    Plaintiff                      :         Civil Action No. 07-1574(SRC)

v.                                      :
                                                  ORDER ON INFORMAL
NATRACEUTICAL,                          :         APPLICATION

This matter having come before the Court by way of letters dated June 25, 2007 and June 26, 2007, regarding certain discovery disputes; and the Court having convened a telephone conference on the record on July 2, 2007; and the parties having advised the Court that they have resolved the disputes; and it therefore appearing that court-intervention is unnecessary;

IT IS THEREFORE ON THIS 2nd day of July, 2007

ORDERED that the request for court-intervention in connection with the matters set forth in the letters dated June 25, 2007 and June 26, 2007 are deemed withdrawn.

                                                      s/Patty Shwartz
                                                      **United States Magistrate Judge**