# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**                          **U.S. Post Office & Courthouse Bldg.**
**United States Magistrate Judge**                   **Federal Square, Newark, NJ  07101**
                                                     **(973) 645-6596**

July 20, 2007

John Michael Agnello
Melissa E. Flax
Carella, Byrne, Bain, Gilfillan
  Cecchi, Stewart & Olstein
notified via electronic filing

Allyn Zissel Lite
Jason Elliot Macias
Lite, DePalma, Greenberg & Rivas, LCC
notified via electronic filing

## **LETTER ORDER**

    **RE:**    MARS v. NATRACEUTICAL
               **Civil Action No. 07-1574(SRC)**

Dear Counsel:

      There shall be a telephone conference scheduled for **July 23, 2007 at 11:30 a.m.** Defendant shall initiate the telephone call.  Kindly mark your calendars accordingly.

                                       **SO ORDERED.**

                                       s/Patty Shwartz
                                       **United States Magistrate Judge**