**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Jason E. Macias
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Attorneys for Defendant, Natraceutical, S.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC., <br><br> Defendants. | Civil Action No.: 07-1574 (SRC) <br><br> **CERTIFICATION OF MICHAEL E. PATUNAS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**Michael E. Patunas**, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, and a partner at the law firm of Lite DePalma Greenberg & Rivas, LLC, located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102, counsel for Defendants Natraceutical, S.A. ("Natraceutical") in this matter. As such, I have personal knowledge of the facts herein.

2. I make this Certification in support of Natraceutical's application to admit *pro hac vice* Xavier Ruiz as counsel for Natraceutical.

3. Xavier Ruiz is a partner in the firm of Garrigues, located at 780 Third Avenue, 40th floor, New York, New York 10017.

4. Mr. Ruiz has advised me that he is a member in good standing of the bars in the State of New York and the nation of Spain. Mr. Ruiz is not under suspension, nor

155165 v1

has he ever been suspended or disbarred from any Court. Mr. Ruiz is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Xavier Ruiz, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Natraceutical in this matter.

6. Pursuant to Rule 101.1(c)(3) of the Local Civil Rules, my firm will appear in this action on behalf of Natraceutical and agrees to accept service of all notices, orders and pleadings in this action.

7. Counsel for Plaintiffs has advised me that they consent to the *pro hac vice* admission of the above-named counsel.

8. Accordingly, I respectfully request that this Court enter an Order admitting Xavier Ruiz *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

    /s/Michael E. Patunas
Michael E. Patunas

Dated: August 10, 2007

155165 v1