**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Jason E. Macias
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Attorneys for Defendants,*
*NATRACEUTICAL, S.A., NATRA U.S., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATRACEUTICAL, S.A., NATRA U.S., INC., <br><br> Defendants. | : Civil Action No.: 07-1574 (SRC) <br><br> **CERTIFICATION OF XAVIER RUIZ IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

**XAVIER RUIZ**, of full age, hereby certifies as follows:

1. I am a partner at the legal services firm Garrigues, located at 780 Third Avenue, 40th floor, New York, New York 10017, co-counsel for defendant Natraceutical, S.A. in the referenced matter. I make this Certification on my personal knowledge in support of defendant's application to have me admitted to this Court *pro hac vice* in the captioned matter. I am a member in good standing of the bars of the State of New York and the nation of Spain. I am not under suspension, nor have I ever been suspended or disbarred from any court. I am familiar with the facts of this case.

2. I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules. The firm of Lite

149547 v1

DePalma Greenberg and Rivas, LLC of Newark, New Jersey has agreed to work with my firm in the defense of this action.

3.    I respectfully request that this Court grant defendant's motion to have me admitted *pro hac vice* for all purposes in this matter, including the trial of this case. Counsel for plaintiff has advised that plaintiff has no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: July 26, 2007

_____
Xavier Ruiz

149547 v1