## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MARS, INC.,

               Plaintiff,        : Civil Action No.:  07-1574 (SRC)

               v.

NATRACEUTICAL, S.A., NATRA U.S.,           **ORDER**
INC.,

               Defendants.

THIS MATTER having come before the Court upon joint application of the

parties *dated August 9, 2007* for an Order amending the Court's April 26, 2007 Order setting a briefing

schedule in connection with plaintiff's motion for a preliminary injunction, and for good

cause shown,

IT IS on this _____ day of August, 2007;

ORDERED that the Court's April 26, 2007 Order setting a briefing schedule in

connection with plaintiff's motion for a preliminary injunction is amended as follows:

1.     Defendants' opposition brief shall be filed by August 29, 2007; and

2.     Plaintiff's reply brief shall be filed by September 12, 2007.

*All other deadlines and the date for the Rule 16 conference remain unchanged*

                                  _____
                                    Honorable Patty Shwartz, U.S.M.J.

154601 v1

Dockets.Justia.com