# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | DONALD S. BROOKS | WILLIAM SQUIRE |
| JOHN N. BAIN | A. RICHARD ROSS | PHONE (973) 994-1700 | FRANCIS C. HAND | ALAN J. GRANT° |
| JOHN G. GILFILLAN, III | KENNETH L. WINTERS | FAX (973) 994-1744 | AVRAM S. EULE | LAURA S. MUNZER |
| PETER G. STEWART | JEFFREY A. COOPER | www.carellabyrne.com | LINDSEY H. TAYLOR | MARC D. MICELI |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | | RAYMOND W. FISHER | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | | DAVID J. REICH | JACOB A. KUBERT |
| JAN ALAN BRODY | DENNIS F. GLEASON | | DECANDA M. FAULK | STANLEY J. YELLIN |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | | FRANK J. CHESKY III |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | OF COUNSEL | STEPHEN R. DANEK |
| JAMES E. CECCHI | BRIAN H. FENLON | | | DANIEL J. MULLIGAN |
| | KHOREN BANDAZIAN | | | °MEMBER N.Y. BAR ONLY |

JAMES D. CECCHI (1933-1995)

August 22, 2007

**<u>Via Electronic Filing and Ordinary Mail</u>**
Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg United States Post
  Office & Courthouse Building
Federal Square
Newark, New Jersey 07101

   Re: *Mars, Inc. v. Natraceutical, S.A., et al.*
      Civil Action No. 07-1574(SRC)

Dear Judge Chesler:

  Our firm along with McDermott Will & Emery, LLP are counsel for Plaintiff, Mars, Inc. ("Mars"). We are writing to advise the Court that Mars is withdrawing its application for Preliminary Injunction. No date had yet been set for a hearing on this application.

  On Thursday, August 16, 2007, we advised counsel for Natraceutical of Mars' intent to withdraw the application, so that they would avoid the now unnecessary expense of preparation and filing opposition papers.

  Thank you for your attention to and consideration of this matter.

               Respectfully yours,

           CARELLA, BYRNE, BAIN, GILFILLAN,
            CECCHI, STEWART & OLSTEIN

              JOHN M. AGNELLO

JMA/ljf
cc: Honorable Patty Shwartz, U.S.M.J.
   Mark Boland, Esq. (via e-mail)
   Allyn Z. Lite, Esq. (via e-mail)
   Kenneth J. Jurek, Esq. (via e-mail)