# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H. TAYLOR
RAYMOND W. FISHER
DAVID J. REICH
DECANDA M. FAULK

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
LAURA S. MUNZER
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STANLEY J. YELLIN
FRANK J. CHESKY III
STEPHEN R. DANEK
DANIEL J. MULLIGAN

°MEMBER N.Y. BAR ONLY

JAMES D. CECCHI (1933-1995)

August 22, 2007

**Via Electronic Filing and Ordinary Mail**
Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg United States Post
  Office & Courthouse Building
Federal Square
Newark, New Jersey 07101

   Re: *Mars, Inc. v. Natraceutical, S.A., et al.*
     Civil Action No. 07-1574(SRC)

Dear Judge Chesler:

  Our firm along with McDermott Will & Emery, LLP are counsel for Plaintiff, Mars, Inc. ("Mars"). We are writing to advise the Court that Mars is withdrawing its application for Preliminary Injunction. No date had yet been set for a hearing on this application.

  On Thursday, August 16, 2007, we advised counsel for Natraceutical of Mars' intent to withdraw the application, so that they would avoid the now unnecessary expense of preparation and filing opposition papers.

  Thank you for your attention to and consideration of this matter.

           Respectfully yours,

           CARELLA, BYRNE, BAIN, GILFILLAN,
          CECCHI, STEWART & OLSTEIN

          JOHN M. AGNELLO

JMA/ljf
cc: Honorable Patty Shwartz, U.S.M.J.
   Mark Boland, Esq. (via e-mail)
   Allyn Z. Lite, Esq. (via e-mail)
   Kenneth J. Jurek, Esq. (via e-mail)

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.